UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMPANELLI,

    Plaintiff(s).

v.

THE HERSHEY COMPANY,

    Defendants.

_____/

No. C 08-1862 WDB

ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE

On July 21, 2008, the parties appeared for an Initial Case Management Conference. On the record during the Conference, the parties indicated that they were amenable to attempting to resolve this action through mediation. Accordingly, the Court decided to defer setting a trial date until after the parties have attended the mediation and encouraged the parties to use the time leading up to the mediation to undertake whatever surgical discovery each side believes is necessary to have a productive mediation.

The parties will schedule a private mediation for the first half of January, 2009.

If during the surgical discovery process, or at any time before the mediation, the parties have a disagreement that they are unable to resolve through the meet and confer process, counsel must call (510) 637-3324 to arrange a telephone conference with the undersigned.

If the parties are not able to resolve the case through mediation, they must appear before the undersigned on **Wednesday, January 28, 2009, at 1:30 p.m.**, for a further case management conference during which the Court will set a trial date. Counsel may appear by telephone for the conference by notifying the undersigned's administrative law clerk at least

1

two days before the hearing at (510) 637-3324.  **By no later than Monday, January 26, 2009, at <u>noon</u>**, the parties must file a Further Joint Case Management Statement that describes the discovery that has taken place and suggests a specific case development plan and schedule.  The parties must <u>not</u> include in this Statement any information about the substance of their settlement negotiations.

If the matter settles before January 28, 2009, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

IT IS SO ORDERED.

Dated:   July 22, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge