THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
TERENCE D. EDWARDS (CA Bar No. 168095)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA* (CO Bar No. 18789)
29025-D Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax:     (303) 674-6684
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, and JOSEPHINE GODFREY on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No.: 08-cv-01862-WDB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE JANUARY 28, 2009 STATUS CONFERENCE** |

Plaintiffs JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, and JOSEPHINE GODFREY ("Plaintiffs") and Defendant THE HERSHEY COMPANY ("Defendant"), hereby stipulate and request that the January 28, 2009 status conference in this matter be continued approximately 60 days to no earlier than the week of March 30, 2009. The parties request this continuance in order to have additional time to complete their fact investigation and discovery in advance of the Court-requested mediation in this matter.

Dated: November 12, 2008

By: /s/ Brian J. Malloy
BRIAN J. MALLOY
Attorney for Plaintiffs

Dated: November 12, 2008

By: /s/ Chris A. Hollinger
CHRIS A. HOLLINGER
Attorney for Defendant

**IT IS SO ORDERED.**

The January 28, 2009 status conference is VACATED.

The status conference in this matter is continued to April 2, 2009. at 4:00 p.m.

Dated: November 12, 2008

/s/ Wayne D. Brazil
The Honorable Wayne Brazil
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE JANUARY 28, 2009 STATUS CONFERENCE - Case No.: 08-cv-01862-WDB