THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
TERENCE D. EDWARDS (CA Bar No. 168095)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024
Email: tjb@brandilaw.com

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA* (CO Bar No. 18789)
29025-D Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax:    (303) 674-6684
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, and JOSEPHINE GODFREY on their own behalf and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>                    v.<br><br>THE HERSHEY COMPANY,<br><br>          Defendant. | ) Case No.: 08-cv-01862-WDB<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO ALLOW PLAINTIFFS TO**<br>) **FILE A SECOND AMENDED**<br>) **COMPLAINT AND EXTEND TIME FOR**<br>) **DEFENDANT TO RESPOND TO SAME**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties hereby stipulate as follows:

1.     Plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto; and

2.     Hershey shall have twenty (20) days from the date on which Plaintiffs serve their Second Amended Complaint in which to file its responsive pleading.

Dated:  May 12, 2009             O'MELVENY & MYERS LLP

By: /s/ Chris A. Hollinger
       Chris A. Hollinger

Attorneys for Defendant
THE HERSHEY COMPANY

Dated:  May 12, 2009             THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
       Brian J. Malloy

Attorneys for Plaintiffs
JULIE CAMPANELLI et al.

**ORDER**

PURSUANT TO STIPULATION,

**IT IS SO ORDERED.**

Dated: _May 13, 2009_____

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Wayne D. Brazil
Judge Wayne D. Brazil
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT
AND EXTEND TIME FOR DEFENDANT TO RESPOND TO SAME