# THE BRANDI LAW FIRM

354 Pine Street, Third Floor
San Francisco, California 94104
Telephone: (415) 989-1800
Facsimile: (415) 651-9357
bjm@brandilaw.com

May 12, 2009

Via Facsimile: 510-637-3327

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Campanelli, et al. v. The Hershey Company*
      U.S. District Court, Northern District of California (08-cv-01862-WDB)
      Our File Reference: 27-361

Dear Judge Brazil:

Pursuant to your order at the May 5, 2009 telephone conference, the parties submit this letter to update you on the status of the meet and confer process on the factual issues raised during the telephone conference. On May 6, 2009, counsel met in person to discuss the various issues and in particular the Rule 30(b)(6) topics for which plaintiffs are seeking a deponent. Plaintiffs thereafter sent a letter confirming their proposed topics, and Defendant has responded in writing to same. In addition, Plaintiffs circulated their proposed Second Amended Complaint to Defendant on May 8, 2009, and Defendant stipulated to its filing on May 11, 2009. A Stipulation and Proposed Order concerning the filing of the Second Amended Complaint and Defendant's time to respond was filed on May 12, 2009.

The parties have made good progress and are continuing to meet and confer on the factual issues raised at the telephone conference. The parties propose that they provide the Court with a final status report by this Friday, May 15, 2009, which would include any issues on which the parties have not been able to reach agreement, and that require the Court's resolution.

Very truly yours,

/s/ *Brian J. Malloy*

BRIAN J. MALLOY
Counsel for Plaintiffs

Very truly yours,

/s/ *Chris A. Hollinger*

CHRIS A. HOLLINGER
Counsel for Defendant

Cc: All Counsel (Via Email)

APPROVED
*Wayne D. Brazil*
Judge Wayne D. Brazil

---

Thomas J. Brandi ✧ Daniel Dell'Osso* ✧ Terence D. Edwards ✧ Casey A. Kaufman ✧ Brian J. Malloy*⌐
*Also Licensed in Arizona & Nevada | ⌐Also Licensed in Washington D.C.