

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Two Embarcadero Center, 28th Floor | NEW YORK |
| BRUSSELS | San Francisco, California 94111-3823 | SHANGHAI |
| CENTURY CITY | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| HONG KONG | FACSIMILE (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
377,861-004

May 22, 2009

WRITER'S DIRECT DIAL
(415) 984-8906

**VIA FACSIMILE AND MAIL (510) 637-3327**

WRITER'S E-MAIL ADDRESS
chollinger@omm.com

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:  *Campanelli, et al. v. The Hershey Company*
U.S. District Court, Northern District of California
Case No. 08-cv-01862 WDB

Dear Judge Brazil:

A status conference is currently scheduled in the above-captioned matter for May 28, 2009. As the Court is aware, the parties have recently been engaged in substantial meet-and-confer efforts with the goal of moving this case forward to conduct a mediation by August 1, 2009, including telephonic status conferences with the Court and the submission of joint status reports. In light of those efforts, the parties do not believe it is necessary to have a status conference on May 28, and respectfully request a continuance of the same.

Both parties are available for a status conference on August 6, 2009, at 1:30 p.m. It is our understanding that the Court may have availability at this time, and the parties therefore respectfully request that the status conference be so re-scheduled.

Respectfully submitted,

/s/ Chris A. Hollinger

CHRIS A. HOLLINGER
O'MELVENY & MYERS LLP
Counsel for Defendant

Respectfully submitted,

/s/ Brian J. Malloy (with authorization)

BRIAN J. MALLOY
THE BRANDI LAW FIRM
Counsel for Plaintiff

cc:  All Counsel (via e-mail)

IT IS ORDERED that the status conference set for May 28, 2009 is continued to August 6, 2009, at 1:30 p.m.

DATED: 5/26/2009



IT IS SO ORDERED
Judge Wayne D. Brazil