IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,

        Plaintiffs,

  v.

HERSHEY COMPANY,

        Defendant.

          /

No. C 08-01862 WDB

**ORDER RE JOINT LETTER DATED AUGUST 5, 2009**

Having considered the parties' letter brief submissions, the Court ORDERS plaintiffs to (1) make Daniel Golin available for deposition as soon as practicable, and (2) produce to defense counsel, as soon as practicable, the resume of each of the named plaintiffs.

**IT IS SO ORDERED.**

Dated: August 7, 2009

WAYNE D. BRAZIL
United States Magistrate Judge