1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE CAMPANELLI, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 08-1862 BZ |
| | ) | |
| v. | ) | **PRETRIAL SCHEDULING ORDER** |
| | ) | |
| THE HERSHEY COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that the Joint Case Management Statement is adopted, except as expressly modified by this Order.  It is further **ORDERED** that:

1. <u>DATES</u>

Status Conference to set Class Certification Motions and trial schedule.  The Court is reserving 3 trial weeks beginning November 29, 2010: **Monday, April 5, 2010 at 4:00 p.m.**

Last Day to add plaintiffs: **Monday, January 4, 2010**

2. <u>DISCLOSURE AND DISCOVERY</u>

The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil

1

Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

In the event a discovery dispute arises, **lead counsel** for each party shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court does not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter filed electronically not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties shall reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

Absent further order of the Court, each side is limited to five depositions, excluding parties and expert witnesses. Plaintiff withdrew his requests for other limitations.

3.  MOTIONS

Consult Civil Local Rules 7-1 through 7-5 and this

1  Court's standing orders regarding motion practice.  Motions
2  for **summary judgment** shall be accompanied by a statement of
3  the material facts not in dispute supported by citations to
4  admissible evidence.  The parties shall file a joint statement
5  of undisputed facts where possible.  If the parties are unable
6  to reach complete agreement after meeting and conferring, they
7  shall file a joint statement of the undisputed facts about
8  which they do agree.  Any party may then file a separate
9  statement of the additional facts that the party contends are
10 undisputed.  A party who without substantial justification
11 contends that a fact is in dispute is subject to sanctions.
12      In addition to **lodging** a Chambers copy of all papers, a
13 copy of all briefs shall be e-mailed in WordPerfect or Word
14 format to the following address: bzpo@cand.uscourts.gov.
15 4.   SETTLEMENT
16      This case is referred for assignment to a Magistrate
17 Judge to conduct a settlement conference in April or May of
18 2010.  Counsel will be contacted by that judge's chambers with
19 a date and time for the conference.
20 Dated: October 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

24 G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\Pretrial Scheduling Order.wpd