CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

FRAMROZE A. VIRJEE (S.B. #120407)
fvirjee@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6047

Attorneys for Defendant
THE HERSHEY COMPANY


THE BRANDI LAW FIRM
THOMAS J. BRANDI (S.B.# 53208)
tjb@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA (pro hac vice)
David@Feolalaw.com
34523 Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax: (303) 674-6684

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, et al., <br><br> Plaintiffs, <br> v. <br><br> THE HERSHEY COMPANY, <br><br> Defendant. | Case No. C 08-1862 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF DANIEL GOLIN WITH PREJUDICE** |

WHEREAS on May 12, 2009, Plaintiffs filed a Second Amended Class Action Complaint against Defendant The Hershey Company ("Hershey") in the United States District Court, Northern District of California, Case No. C 08-1862;

WHEREAS Hershey answered the Second Amended Complaint on June 2, 2009;

WHEREAS Plaintiff Daniel Golin ("Golin") now voluntarily seeks to dismiss himself with prejudice from the case;

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), Hershey and Golin hereby stipulate and agree that Golin be dismissed with prejudice from this action, Case No. C 08-1862 BZ, with the Parties bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: Oct. 29, 2009.    O'MELVENY & MYERS LLP

By:  /s/
    Chris A. Hollinger

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: Oct. 29, 2009.    THE BRANDI LAW FIRM

By:  /s/
    Thomas J. Brandi

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Date: October 29, 2009

4

5 _____
Hon. Bernard Zimmerman
6 Magistrate Judge
United States District Court
7 LA3:1161911.2  Northern District of California

8