1  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111-3305
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  FRAMROZE A. VIRJEE (S.B. #120407)
   fvirjee@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street
7  Los Angeles, CA 90071
   Telephone: (213) 430-6000
8  Facsimile: (213) 430-6047

9  Attorneys for Defendant
   THE HERSHEY COMPANY
10

11 THE BRANDI LAW FIRM
   THOMAS J. BRANDI (S.B.# 53208)
12 tjb@brandilaw.com
   354 Pine Street, Third Floor
13 San Francisco, CA 94104
   Telephone: (415) 989-1800
14 Facsimile: (415) 707-2024

15 LAW OFFICE OF DAVID C. FEOLA, P.C.
   DAVID C. FEOLA (pro hac vice)
16 David@Feolalaw.com
   34523 Upper Bear Creek Road
17 Evergreen, CO 80439
   Phone: (303) 674-7000, Ext. 14
18 Fax: (303) 674-6684

19 Attorneys for Plaintiffs
   JULIE CAMPANELLI, et al.
20

21                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
22                       SAN FRANCISCO DIVISION

23 | JULIE CAMPANELLI, et al.,        | Case No. C 08-1862 BZ
24 |         Plaintiffs,              |
25 |   v.                             | **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF DANIEL GOLIN WITH PREJUDICE**
26 | THE HERSHEY COMPANY,             |
27 |         Defendant.               |
28

1  WHEREAS on May 12, 2009, Plaintiffs filed a Second Amended Class Action Complaint against Defendant The Hershey Company ("Hershey") in the United States District Court, Northern District of California, Case No. C 08-1862;

WHEREAS Hershey answered the Second Amended Complaint on June 2, 2009;

WHEREAS Plaintiff Daniel Golin ("Golin") now voluntarily seeks to dismiss himself with prejudice from the case;

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), Hershey and Golin hereby stipulate and agree that Golin be dismissed with prejudice from this action, Case No. C 08-1862 BZ, with the Parties bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: Oct. 29, 2009.              O'MELVENY & MYERS LLP


                                   By:      /s/
                                        Chris A. Hollinger

                                   Attorneys for Defendant
                                   THE HERSHEY COMPANY

Dated: Oct. 29, 2009.              THE BRANDI LAW FIRM


                                   By:      /s/
                                        Thomas J. Brandi

                                   Attorneys for Plaintiffs
                                   JULIE CAMPANELLI, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 29, 2009

*[signature: Bernard Zimmerman]*

Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

LA3:1161911.2