THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024
Email: tjb@brandilaw.com

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA* (CO Bar No. 18789)
34523 Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000
Email: David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al. | ) Case No.: 08-cv-01862-BZ </br> ) </br> ) **STIPULATION AND [PROPOSED]** </br> ) **ORDER TO ALLOW PLAINTIFFS TO** </br> ) **FILE A THIRD AMENDED COMPLAINT** </br> ) **AND EXTEND TIME FOR DEFENDANT** </br> ) **TO RESPOND TO SAME** </br> ) </br> ) </br> ) |
| Plaintiffs, | |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant. | |

The parties hereby stipulate as follows:

1. Plaintiffs may file a Third Amended Complaint, a copy of which is attached hereto; and

1

2. Hershey shall have thirty (30) days from the date on which Plaintiffs serve their Third Amended Complaint in which to answer, move, or otherwise respond.

Dated: January 7, 2010

O'MELVENY & MYERS LLP

By: /s/ Chris A. Hollinger
Chris A. Hollinger

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: January 7, 2010

THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
Brian J. Malloy

Attorneys for Plaintiffs
JULIE CAMPANELLI et al.

**ORDER**

**IT IS SO ORDERED.**

Dated: January 8, 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge

I, Brian J. Malloy, am the ECF User whose ID and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANT TO RESPOND TO SAME. I hereby attest that concurrence in the filing of the within document has been obtained from each of the signatories herein.

Dated: January 7, 2010　　　　　　　　　THE BRANDI LAW FIRM

　　　　　　　　　　　　　　　　　　　　By:　/s/ Brian J. Malloy
　　　　　　　　　　　　　　　　　　　　　　　Brian J. Malloy