THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA* (CO Bar No. 18789)
34523 Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | Case No.: 08-cv-01862-BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANT TO RESPOND TO SAME** |

The parties hereby stipulate as follows:

1.  Plaintiffs may file a Third Amended Complaint, a copy of which is attached hereto; and

2. Hershey shall have thirty (30) days from the date on which Plaintiffs serve their Third Amended Complaint in which to answer, move, or otherwise respond.

Dated: January 7, 2010                                O'MELVENY & MYERS LLP


By: /s/ Chris A. Hollinger
     Chris A. Hollinger

Attorneys for Defendant
THE HERSHEY COMPANY


Dated: January 7, 2010                                THE BRANDI LAW FIRM


By: /s/ Brian J. Malloy
     Brian J. Malloy

Attorneys for Plaintiffs
JULIE CAMPANELLI et al.

**ORDER**

**IT IS SO ORDERED.**

Dated: January 8, 2010

*[signature]*
The Honorable Bernard Zimmerman
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANT TO RESPOND TO SAME

1  I, Brian J. Malloy, am the ECF User whose ID and password are being used to file the
2  STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED
3  COMPLAINT AND EXTEND TIME FOR DEFENDANT TO RESPOND TO SAME.  I hereby attest that
4  concurrence in the filing of the within document has been obtained from each of the signatories herein.

Dated: January 7, 2010            THE BRANDI LAW FIRM

                                  By:  /s/ Brian J. Malloy
                                       Brian J. Malloy