```
 1

 2

 3

 4

 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   JULIE CAMPANELLI, et al.,    )
                                  )
12            Plaintiff(s),       )      No. C 08-1862 BZ
                                  )
13        v.                      )
                                  )      ORDER SCHEDULING TELEPHONIC
14   THE HERSHEY COMPANY,         )      DISCOVERY CONFERENCE
                                  )
15            Defendant(s).       )
                                  )
16   _____ )

17        Having received two letters from the parties with respect

18   to outstanding discovery disputes, IT IS ORDERED as follows:

19        1.  Each side shall reply to the other side's letter by

20   5:00 p.m., on Tuesday, January 26, 2010.

21        2.  A telephone conference to discuss the outstanding

22   disputes is scheduled for Wednesday, January 27, 2010 at

23   3:00 p.m.  Counsel shall contact CourtCall, telephonic court

24   appearances at 1-888-882-6878, and make arrangements for the

25   telephonic conference call.

26   Dated: January 25, 2010
                                _____
27                                    Bernard Zimmerman
                                   United States Magistrate Judge
28
     G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER SCHEDULING DISC CONF 1.wpd

                                   1
```