UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE CAMPANELLI, et al., | ) | |
| Plaintiff(s), | ) | No. C 08-1862 BZ |
| v. | ) | |
| | ) | **FIRST DISCOVERY ORDER** |
| THE HERSHEY COMPANY, | ) | |
| Defendant(s). | ) | |

Following a telephone conference with respect to the outstanding discovery disputes at which both sides were represented by counsel, **IT IS ORDERED** as follows:

1. By **February 5, 2010** the parties shall meet in an effort to resolve the dispute over the subpoenas, having in mind the views expressed by the Court. If they are unsuccessful, plaintiffs have leave to move for a protective order.

2. By **February 5, 2010**, plaintiffs shall advise the Court in writing whether Campanelli will be supplementing her interrogatory answers or elects to stand on her answers, in which case the Court will issue a preclusionary order

1

regarding her testimony.

Dated: February 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\DISC ORD 1.FINAL VERSION.wpd