```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JULIE CAMPANELLI, et al.,     )
                              )
          Plaintiff(s),       )    No. C 08-1862 BZ
                              )
     v.                       )
                              )    FIRST DISCOVERY ORDER
THE HERSHEY COMPANY,          )
                              )
          Defendant(s).       )
                              )
_____)
```

Following a telephone conference with respect to the outstanding discovery disputes at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1. By **February 5, 2010** the parties shall meet in an effort to resolve the dispute over the subpoenas, having in mind the views expressed by the Court. If they are unsuccessful, plaintiffs have leave to move for a protective order.

    2. By **February 5, 2010**, plaintiffs shall advise the Court in writing whether Campanelli will be supplementing her interrogatory answers or elects to stand on her answers, in which case the Court will issue a preclusionary order

regarding her testimony.

Dated: February 1, 2010

                                          */s/ Bernard Zimmerman*
                                            Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\DISC ORD 1.FINAL VERSION.wpd

2