FRAMROZE M. VIRJEE (S.B. #120407)
fvirjee@omm.com
MICHAEL GARRISON (S.B. #212647)
mgarrison@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6047

CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
THE HERSHEY COMPANY


THE BRANDI LAW FIRM
THOMAS J. BRANDI (S.B. #53208)
tjb@brandilaw.com
BRIAN MALLOY (S.B. #234882)
bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA (pro hac vice)
David@Feolalaw.com
34523 Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax: (303) 674-6684

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYNN ALLEN, DANIEL HALLARAN, RON ROBERTS, KIM TRACY and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Location: Courtroom G, 15th Floor<br>Judge: Honorable Bernard Zimmerman |

**WHEREAS,** on September 9, 2009, Plaintiffs and Defendant The Hershey Company ("Hershey") filed a Joint Case Management Conference Statement in the above-captioned matter (Doc. No. 63) which, *inter alia*, set out a "Joint Proposed Schedule" suggested by the parties;

**WHEREAS,** the parties appeared before this Court for a Case Management Conference on October 5, 2009, after which this Court issued a Pretrial Scheduling Order dated October 7, 2009 (Doc. No. 65), which adopted the Joint Proposed Schedule "except as expressly modified" by the Pretrial Scheduling Order;

- 2 -

STIP. & [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
C 08-1862 BZ

**WHEREAS,** the parties currently believe they need additional time for discovery, and wish to propose certain modifications to said schedule;

**WHEREFORE,** the parties hereby stipulate and agree to the following modified dates, and respectfully request that they be adopted by this Court:

| | |
|---|---|
| April 2, 2010 | Last day by which non-expert fact discovery regarding class certification must be completed. |
| April 9, 2010 | Last day for Plaintiffs and Defendant to disclose their expert witnesses and reports, regarding class certification, pursuant to Rule 26(a)(2) of the FRCivP. |
| April 30, 2010 | Last day by which parties must exchange disclosures and reports of rebuttal expert class-certification witnesses pursuant to Rule 26(a)(2) of the FRCivP. |
| May 21, 2010 | Last day by which expert discovery regarding class certification must be completed. |

**IT IS SO STIPULATED.**

Dated: February 3, 2010.              O'MELVENY & MYERS LLP

By: /s/ Framroze M. Virjee
          Framroze M. Virjee

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: February 3, 2010.   THE BRANDI LAW FIRM

By: /s/ Thomas J. Brandi
Thomas J. Brandi

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: February 4, 2010

_____
Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

787342