1  FRAMROZE M. VIRJEE (S.B. #120407)
   fvirjee@omm.com
2  MICHAEL GARRISON (S.B. #212647)
   mgarrison@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071
   Telephone:  (213) 430-6000
5  Facsimile:   (213) 430-6047

6  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
7  ADAM P. KOHSWEENEY (S.B. #229983)
   akohsweeney@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, CA  94111-3305
   Telephone:  (415) 984-8700
10 Facsimile:   (415) 984-8701

11 Attorneys for Defendant
   THE HERSHEY COMPANY
12

13
   THE BRANDI LAW FIRM
14 THOMAS J. BRANDI (S.B. #53208)
   tjb@brandilaw.com
15 BRIAN MALLOY (S.B. #234882)
   bjm@brandilaw.com
16 354 Pine Street, Third Floor
   San Francisco, CA 94104
17 Telephone:  (415) 989-1800
   Facsimile:   (415) 707-2024
18
   LAW OFFICE OF DAVID C. FEOLA, P.C.
19 DAVID C. FEOLA (pro hac vice)
   David@Feolalaw.com
20 34523 Upper Bear Creek Road
   Evergreen, CO 80439
21 Phone:  (303) 674-7000, Ext. 14
   Fax:      (303) 674-6684
22
   Attorneys for Plaintiffs
23 JULIE CAMPANELLI, et al.

24

25

26

27

28

STIP. & [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
C 08-1862 BZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYNN ALLEN, DANIEL HALLARAN, RON ROBERTS, KIM TRACY and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>          Defendant. | Case No. C 08-1862 BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Location:    Courtroom G, 15th Floor<br>Judge:        Honorable Bernard Zimmerman |

**WHEREAS,** on September 9, 2009, Plaintiffs and Defendant The Hershey Company ("Hershey") filed a Joint Case Management Conference Statement in the above-captioned matter (Doc. No. 63) which, *inter alia*, set out a "Joint Proposed Schedule" suggested by the parties;

**WHEREAS,** the parties appeared before this Court for a Case Management Conference on October 5, 2009, after which this Court issued a Pretrial Scheduling Order dated October 7, 2009 (Doc. No. 65), which adopted the Joint Proposed Schedule "except as expressly modified" by the Pretrial Scheduling Order;

**WHEREAS,** the parties currently believe they need additional time for discovery, and wish to propose certain modifications to said schedule;

**WHEREFORE,** the parties hereby stipulate and agree to the following modified dates, and respectfully request that they be adopted by this Court:

| | |
|---|---|
| April 2, 2010 | Last day by which non-expert fact discovery regarding class certification must be completed. |
| April 9, 2010 | Last day for Plaintiffs and Defendant to disclose their expert witnesses and reports, regarding class certification, pursuant to Rule 26(a)(2) of the FRCivP. |
| April 30, 2010 | Last day by which parties must exchange disclosures and reports of rebuttal expert class-certification witnesses pursuant to Rule 26(a)(2) of the FRCivP. |
| May 21, 2010 | Last day by which expert discovery regarding class certification must be completed. |

**IT IS SO STIPULATED.**

Dated: February 3, 2010.

O'MELVENY & MYERS LLP

By:  /s/ Framroze M. Virjee
       Framroze M. Virjee

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: February 3, 2010.

THE BRANDI LAW FIRM

By: /s/ Thomas J. Brandi
Thomas J. Brandi

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

**PURSUAD TO STIPULATION, IT IS SO ORDERED**.

Date: February 4, 2010

_____
Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

787342