1   FRAMROZE A. VIRJEE (S.B. #120407)
    fvirjee@omm.com
2   MICHAEL GARRISON (S.B. #212647)
    mgarrison@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street
4   Los Angeles, CA 90071
    Telephone: (213) 430-6000
5   Facsimile: (213) 430-6047

6   CHRIS A. HOLLINGER (S.B. #147637)
    chollinger@omm.com
7   ADAM P. KOHSWEENEY (S.B. #229983)
    akohsweeney@omm.com
8   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
9   San Francisco, CA 94111-3305
    Telephone: (415) 984-8700
10  Facsimile: (415) 984-8701

11  Attorneys for Defendant
    THE HERSHEY COMPANY

13

14  THE BRANDI LAW FIRM
    THOMAS J. BRANDI (S.B. #53208)
    tjb@brandilaw.com
15  BRIAN MALLOY (S.B. #234882)
    bjm@brandilaw.com
16  354 Pine Street, Third Floor
    San Francisco, CA 94104
17  Telephone: (415) 989-1800
    Facsimile: (415) 707-2024

19  LAW OFFICE OF DAVID C. FEOLA, P.C.
    DAVID C. FEOLA (pro hac vice)
    David@Feolalaw.com
20  34523 Upper Bear Creek Road
    Evergreen, CO 80439
21  Phone: (303) 674-7000, Ext. 14
    Fax: (303) 674-6684

23  Attorneys for Plaintiffs
    JULIE CAMPANELLI, et al.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYNN ALLEN, DANIEL HALLARAN, RON ROBERTS, KIM TRACY and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated, <br><br>Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 BZ <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE** <br><br>Location: Courtroom G, 15th Floor <br>Judge: Honorable Bernard Zimmerman |

**WHEREAS,** on September 9, 2009, Plaintiffs and Defendant The Hershey Company ("Hershey") filed a Joint Case Management Conference Statement in the above-captioned matter (Doc. No. 63) which, *inter alia*, set out a "Joint Proposed Schedule" suggested by the parties;

**WHEREAS,** the parties appeared before this Court for a Case Management Conference on October 5, 2009, after which this Court issued a Pretrial Scheduling Order dated October 7, 2009 (Doc. No. 65), which adopted the Joint Proposed Schedule "except as expressly modified" by the Pretrial Scheduling Order;

**WHEREAS,** the parties stipulated to and the Court ordered extension of certain discovery deadlines on February 4, 2010;

**WHEREAS,** the parties currently believe they need additional time for non-expert fact discovery, and wish to propose certain modifications to said schedule;

**WHEREFORE,** the parties hereby stipulate and agree to the following modified dates, and respectfully request that they be adopted by this Court:

| | |
|---|---|
| May 3, 2010 | Last day by which non-expert fact discovery regarding class certification must be completed. |

**IT IS SO STIPULATED.**

Dated: March 5, 2010.                    O'MELVENY & MYERS LLP


By: ___/s/_____
           FRAMROZE A. VIRJEE

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: March 5, 2010.                    THE BRANDI LAW FIRM


By: ___/s/_____
           BRIAN J. MALLOY

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 5 March 10

Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

787342