1  FRAMROZE A. VIRJEE (S.B. #120407)
   fvirjee@omm.com
2  MICHAEL GARRISON (S.B. #212647)
   mgarrison@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071
   Telephone:  (213) 430-6000
5  Facsimile:   (213) 430-6047

6  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
7  ADAM P. KOHSWEENEY (S.B. #229983)
   akohsweeney@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, CA  94111-3305
   Telephone:  (415) 984-8700
10 Facsimile:   (415) 984-8701

11 Attorneys for Defendant
   THE HERSHEY COMPANY
12

13
   THE BRANDI LAW FIRM
14 THOMAS J. BRANDI (S.B. #53208)
   tjb@brandilaw.com
15 BRIAN MALLOY (S.B. #234882)
   bjm@brandilaw.com
16 354 Pine Street, Third Floor
   San Francisco, CA 94104
17 Telephone:  (415) 989-1800
   Facsimile:   (415) 707-2024
18
   LAW OFFICE OF DAVID C. FEOLA, P.C.
19 DAVID C. FEOLA (pro hac vice)
   David@Feolalaw.com
20 34523 Upper Bear Creek Road
   Evergreen, CO 80439
21 Phone:  (303) 674-7000, Ext. 14
   Fax:     (303) 674-6684
22
   Attorneys for Plaintiffs
23 JULIE CAMPANELLI, et al.

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYNN ALLEN, DANIEL HALLARAN, RON ROBERTS, KIM TRACY and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**<br><br>Location: Courtroom G, 15th Floor<br>Judge: Honorable Bernard Zimmerman |

**WHEREAS,** on September 9, 2009, Plaintiffs and Defendant The Hershey Company ("Hershey") filed a Joint Case Management Conference Statement in the above-captioned matter (Doc. No. 63) which, *inter alia*, set out a "Joint Proposed Schedule" suggested by the parties;

**WHEREAS,** the parties appeared before this Court for a Case Management Conference on October 5, 2009, after which this Court issued a Pretrial Scheduling Order dated October 7, 2009 (Doc. No. 65), which adopted the Joint Proposed Schedule "except as expressly modified" by the Pretrial Scheduling Order;

**WHEREAS,** the parties stipulated to and the Court ordered extension of certain discovery deadlines on February 4, 2010;

1  **WHEREAS,** the parties currently believe they need additional time for non-
2  expert fact discovery, and wish to propose certain modifications to said schedule;
3  **WHEREFORE,** the parties hereby stipulate and agree to the following
4  modified dates, and respectfully request that they be adopted by this Court:

| | |
|---|---|
| May 3, 2010 | Last day by which non-expert fact discovery regarding class certification must be completed. |

8  **IT IS SO STIPULATED.**

Dated: March 5, 2010.                O'MELVENY & MYERS LLP


By:_____/s/_____
         FRAMROZE A. VIRJEE

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: March 5, 2010.                THE BRANDI LAW FIRM


By:_____/s/_____
         BRIAN J. MALLOY

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 5 March 10

*(signature)*

Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

787342