# THE BRANDI LAW FIRM

354 Pine Street, Third Floor
San Francisco, California 94104
Telephone: (415) 989-1800
Facsimile: (415) 651-9357
bjm@brandilaw.com

March 29, 2010

**Via Electronic Case Filing**

The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

> Re: Request to Reschedule April 5, 2010 Status Conference
> *Campanelli, et al. v. The Hershey Company*,
> **U.S. District Court, Northern District of California,**
> **Case No. 08-cv-01862-BZ**

Dear Judge Zimmerman:

There is a status conference scheduled in the above-referenced matter for April 5, 2010 at 4:00 p.m. The parties' counsel will be traveling back to Pennsylvania the week of April 5, 2010 for depositions of Hershey corporate personnel pursuant to Federal Rule of Civil Procedure 30(b)(6). Accordingly, due to the conflict between the status conference and the depositions, the parties respectfully request that the status conference be moved to April 19, 2010.

Respectfully submitted,

/s/
Brian J. Malloy
for Plaintiffs

/s/
Framroze Virjee
for Hershey Company

cc: All Counsel of Record (via ECF and E-mail)

DATED: 3/29/2010

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

---