CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

FRAMROZE A. VIRJEE (S.B. #120407)
fvirjee@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6047

Attorneys for Defendant
THE HERSHEY COMPANY

THE BRANDI LAW FIRM
THOMAS J. BRANDI (S.B.# 53208)
tjb@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA (pro hac vice)
David@Feolalaw.com
34523 Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax: (303) 674-6684

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS PLAINTIFF<br>KIM TRACY WITH PREJUDICE** |

1     WHEREAS on January 8, 2010, Plaintiffs filed a Third Amended Class Action Complaint against Defendant The Hershey Company ("Hershey") in the United States District Court, Northern District of California, Case No. C 08-1862;

    WHEREAS Hershey answered the Third Amended Complaint on February 5, 2010;

    WHEREAS Plaintiff Kim Tracy ("Tracy") now voluntarily seeks to dismiss herself with prejudice from the case;

    WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), Hershey and Tracy hereby stipulate and agree that Tracy be dismissed with prejudice from this action, Case No. C 08-1862 BZ, with the Parties bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: March 26, 2010      O'MELVENY & MYERS LLP

By:    /s/
       FRAMROZE A. VIRJEE

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: March 26, 2010      THE BRANDI LAW FIRM

By:    /s/
       THOMAS J. BRANDI

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 27/March 2010

_____
Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California