```
 1  CHRIS A. HOLLINGER (S.B. #147637)
    chollinger@omm.com
 2  O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
 3  San Francisco, CA 94111-3305
    Telephone: (415) 984-8700
 4  Facsimile:  (415) 984-8701

 5  FRAMROZE A. VIRJEE (S.B. #120407)
    fvirjee@omm.com
 6  O'MELVENY & MYERS LLP
    400 South Hope Street
 7  Los Angeles, CA 90071
    Telephone: (213) 430-6000
 8  Facsimile:  (213) 430-6047

 9  Attorneys for Defendant
    THE HERSHEY COMPANY
10

11  THE BRANDI LAW FIRM
    THOMAS J. BRANDI (S.B.# 53208)
12  tjb@brandilaw.com
    354 Pine Street, Third Floor
13  San Francisco, CA 94104
    Telephone: (415) 989-1800
14  Facsimile:  (415) 707-2024

15  LAW OFFICE OF DAVID C. FEOLA, P.C.
    DAVID C. FEOLA (pro hac vice)
16  David@Feolalaw.com
    34523 Upper Bear Creek Road
17  Evergreen, CO 80439
    Phone: (303) 674-7000, Ext. 14
18  Fax:   (303) 674-6684

19  Attorneys for Plaintiffs
    JULIE CAMPANELLI, et al.
20
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HERSHEY COMPANY, <br><br> Defendant. | Case No. C 08-1862 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF KIM TRACY WITH PREJUDICE** |

1    WHEREAS on January 8, 2010, Plaintiffs filed a Third Amended Class
2 Action Complaint against Defendant The Hershey Company ("Hershey") in the
3 United States District Court, Northern District of California, Case No. C 08-1862;
4
5    WHEREAS Hershey answered the Third Amended Complaint on February 5,
6 2010;
7
8    WHEREAS Plaintiff Kim Tracy ("Tracy") now voluntarily seeks to dismiss
9 herself with prejudice from the case;
10
11   WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1),
12 Hershey and Tracy hereby stipulate and agree that Tracy be dismissed with
13 prejudice from this action, Case No. C 08-1862 BZ, with the Parties bearing their
14 own attorneys' fees and costs.
15
16 **IT IS SO STIPULATED.**
17
18   Dated:  March 26, 2010              O'MELVENY & MYERS LLP
19
20                                        By:_____/s/_____
                                                FRAMROZE A. VIRJEE
21
22                                        Attorneys for Defendant
                                          THE HERSHEY COMPANY
23   Dated:  March 26, 2010              THE BRANDI LAW FIRM
24
25
26                                        By:_____/s/_____
                                                THOMAS J. BRANDI
27                                        Attorneys for Plaintiffs
                                          JULIE CAMPANELLI, et al.
28

                            2       STIP. & [PROPOSED] ORDER TO DISMISS
                                    PLAINTIFF KIM TRACY WITH PREJUDICE
                                                              C 08-1862 BZ

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Date: _____

Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

- 3 -

STIP. & [PROPOSED] ORDER TO DISMISS
PLAINTIFF KIM TRACY WITH PREJUDICE
C 08-1862 BZ