UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., )<br>  )<br>     Plaintiff(s), )<br>  )<br>     v. )<br>  )<br>THE HERSHEY COMPANY, )<br>  )<br>     Defendant(s). )<br>_____) | No. C 08-1862 BZ<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDERSEAL** |

On April 28, 2010, plaintiffs filed an administrative motion to file a particular document underseal. See Docket No. 100. Because defendants, as the designating parties, have failed to file a declaration establishing that the material is sealable, plaintiffs' motion is **DENIED**. The document will be made a part of the public record. See Civil Local Rule 79-5(d).

Dated: May 7, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORD DENYING ADMIN MOT TO SEAL DOCS.wpd

1