UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., | |
| Plaintiff(s), | No. C 08-1862 BZ |
| v. | |
| | **SCHEDULING ORDER** |
| THE HERSHEY COMPANY, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that the hearing on plaintiffs' Motion To Exclude, presently scheduled for June 2, 2010 at 10:00 a.m., is **advanced** to **Tuesday, May 25, 2010 at 1:30 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 20, 2010

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER ADVANCING HRG TO MAY 25.2010.wpd

1