UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., ) | |
| ) | |
| Plaintiff(s), ) | No. C 08-1862 BZ |
| ) | |
| v. ) | **ORDER REOPENING DISCOVERY** |
| ) | |
| THE HERSHEY COMPANY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS ORDERED THAT** class certification discovery is reopened until **JUNE 14, 2010**. Plaintiff's motion for class certification **SHALL** be filed by **JUNE 21, 2010**. All other dates shall remain the same. The parties **SHALL** cooperate in the scheduling of depositions. Each deposition **SHALL** not be longer than three hours.

Dated: 2 June 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORD REOPENING DISC.wpd

1