UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al.,       )<br>                                 )<br>            Plaintiff(s),       )<br>                                 )<br>     v.                          )<br>                                 )<br> THE HERSHEY COMPANY,            )<br>                                 )<br>            Defendant(s).       )<br> _____ ) | No. C 08-1862 BZ<br><br>**SECOND DISCOVERY ORDER** |

The Court has reviewed Docket No. 111 and 112. The Court is unwilling to alter the present briefing and certification schedule. Nor, based on this record, is the Court willing to preclude Hershey from relying on any of the documents produced on May 28, 2010. It is not clear why the plaintiffs allowed this document production to take so long. At the same time, it is difficult to believe that the 622,000 pages could not have been produced earlier. Just reacting to the example cited by defendant in the penultimate paragraph of its letter, it is not clear why, if Hershey was willing to produce documents back to April 2004, it did not do so while it was disputing with plaintiff whether to extend that date to

1

January 2003.  In any event, in the interest of expeditiously resolving the class certification issues, the motion will proceed as scheduled and plaintiff may move to strike any documents that Hershey actually relies on in its opposition and that plaintiffs believe were produced late.  The Court will then determine, if necessary, whether the late production of those documents somehow violated Hershey's discovery obligations.

Dated: June 11, 2010

                                      Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\DISC ORD 2.wpd