UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,           )
                                    )
        Plaintiff(s),               )    No. C 08-1862 BZ
                                    )
    v.                              )
                                    )    **ORDER GRANTING**
THE HERSHEY COMPANY,                )    **ADMINISTRATIVE MOTION TO**
                                    )    **FILE EXHIBITS UNDER SEAL**
        Defendant(s).               )
                                    )
_____)

   Having reviewed Hershey's showing in support of the sealing motion, **IT IS ORDERED** that:

   1.   Exhibits Z, AA, II, JJ, KK, QQ, RR and TT shall be sealed;

   2.   The following portions of Exhibits Y (Pages 192, line 16 through 195, line 17), LL (Bates Nos. H00016698, H00016718, H00016798, H00016815, H00016820-21 and H00016829) and MM (Bates Nos. H00007916-17, H00007924, H00007939-40, H00007957-59, H00007964, H00007971-72, H00007975, H00007979, H00007981-87, H00007989-94 and H00007996-8000) shall be sealed.

   3.   Exhibits Y (<u>except</u> Pages 192, line 16 through 195,

1

line 17), BB, CC, DD, EE, FF, GG, HH, LL (Bates Nos. H00016688-89 and H00016786 only), MM (Bates Nos. H00007914-15, H00007927, H00007943-46, H00007951, H00007961-63, H00007973-74, H00008002-03, H00008009 and H000080011-14 only), NN, OO, PP, SS and UU shall not be sealed, and accordingly shall become part of the public record.

    4. This Order is entered for the purpose of allowing these motions to proceed expeditiously. The parties are cautioned that in connection with future proceedings, Hershey may be required to make a further showing as to why some of these documents should be maintained under seal.

    5. By **July 6, 2010,** plaintiffs shall file a revised memorandum which conforms with this sealing order.

    6. By **July 6, 2010**, Hershey shall re-file the exhibits to which it has withdrawn its, confidentiality assertions, so they may become part of the public record.

Dated: June 29, 2010

                            /s/ Bernard Zimmerman
                            Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL.wpd