UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYN ALLEN, DANIEL HALLARAN, RON ROBERTS, and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | Case No. C 08-1862 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE HERSHEY COMPANY'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS**<br><br>Courtroom: G, 15th Floor<br>Judge:    Hon. Bernard Zimmerman |

Having considered Defendant The Hershey Company's Administrative Motion Pursuant to Local Rule 7-11 to Exceed Page Limitations, and the stipulation provided therewith, the Court finds that good cause exists to relieve the parties' Opposition and Reply briefs from the page limitations contained in Local Civil Rule 7-4(b).

The motion is therefore **GRANTED:** Hershey's Opposition brief may not exceed forty (40) pages of text and Plaintiffs' Reply brief may not exceed twenty-five (25) pages of text. The parties are cautioned to edit their briefs carefully and not to include redundant and cumulative material.

**IT IS SO ORDERED**

Dated: __June 30__, 2010     _/s/ Bernard Zimmerman_
Honorable Bernard Zimmerman
Magistrate Judge, United States District Court
Northern District of California

797820