1   CHRIS A. HOLLINGER (S.B. #147637)
    chollinger@omm.com
2   ADAM P. KOHSWEENEY (S.B. #229983)
    akohsweeney@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA 94111-3305
    Telephone: (415) 984-8700
5   Facsimile: (415) 984-8701

6   FRAMROZE M. VIRJEE (S.B. #120407)
    fvirjee@omm.com
7   MICHAEL W. GARRISON, JR. (S.B. #212647)
    mgarrison@omm.com
8   O'MELVENY & MYERS LLP
    400 South Hope Street
9   Los Angeles, CA 90071
    Telephone: (213) 430-6000
10  Facsimile: (213) 430-6047

11  Attorneys for Defendant
    THE HERSHEY COMPANY

12

## UNITED STATES DISTRICT COURT

13

## NORTHERN DISTRICT OF CALIFORNIA

14

## SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYN ALLEN, DANIEL HALLARAN, RON ROBERTS, and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 BZ<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT THE HERSHEY COMPANY'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Courtroom: G, 15th Floor<br>Hearing: August 11, 2010<br>Judge: Hon. Bernard Zimmerman |

28

1     Having considered the Administrative Motion to File Under Seal and the
Declaration of Adam P. KohSweeney in Support of Administrative Motion to File Under
Seal, the Court finds that good cause exists to seal portions of Defendant The Hershey
Company's Evidentiary Objections to Plaintiffs' Motion for Class Certification.

    The request is therefore GRANTED and portions of this document are hereby
ordered to be filed under seal.

**IT IS SO ORDERED**

DATED: 2 July, 2010

X _____
The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California