1  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
2  ADAM P. KOHSWEENEY (S.B. #229983)
   akohsweeney@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  FRAMROZE M. VIRJEE (S.B. #120407)
   fvirjee@omm.com
7  MICHAEL W. GARRISON, JR. (S.B. #212647)
   mgarrison@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, CA 90071
   Telephone:   (213) 430-6000
10 Facsimile:    (213) 430-6047

11

12 Attorneys for Defendant
   THE HERSHEY COMPANY

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY GOLIN, KEVIN SHANAHAN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYN ALLEN, DANIEL HALLARAN, RON ROBERTS, and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>        v.<br><br>THE HERSHEY COMPANY,<br><br>                     Defendant. | Case No. C 08-1862 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT THE HERSHEY COMPANY'S MOTION TO FILE A SUR-REPLY OPPOSING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Courtroom:  G, 15th Floor<br>Judge:       Hon. Bernard Zimmerman |

28

On August 2, 2010, Defendant The Hershey Company, Inc. ("Hershey") filed a Motion For Leave To File a Sur-Reply Opposing Plaintiffs' Motion for Class Certification. Having considered the pleadings and papers on file in this matter, and such other relevant information and evidence that were presented to this Court, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Pursuant to N.D. Cal. Civil Local Rule 7-3(d), Hershey's Motion is hereby GRANTED, and Hershey's Sur-Reply Opposing Plaintiffs' Motion for Class Certification, including its supporting documents, is deemed filed.

**IT IS SO ORDERED.**

Dated: 9 Aug_____, 2010

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

[PROPOSED] ORDER GRANTING HERSHEY'S
MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. C 08-1862 BZ