THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
4611 Plettner Lane, Suite 110
Evergreen, Colorado 80439
Phone: (303) 674-7000, Ext. 14
Fax:    (303) 674-6684
Email: David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No.: 08-cv-01862-BZ<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**<br><br>**Courtroom: G, 15th Floor**<br>**Judge: Hon. Bernard Zimmerman**<br><br>**Trial Date: November 29, 2010** |

1

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs move the Court for a sealing order regarding certain documents that Defendant The Hershey Company ("Hershey") has designated "confidential" pursuant to the Stipulated Protected Order that Plaintiffs wish to use as exhibits in support of the Reply In Support of Plaintiffs' Motion for Class Certification.

Under Civil Local Rule 79-5(d), "[i]f a party wishes to file a document that has been designed confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum . . . to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule." Further, "[w]ithin five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." *Id.* "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." *Id.*

Here, Plaintiffs seek to use the following exhibits attached to the Reply Declaration of Brian J. Malloy that have been designated by Hershey as "confidential" pursuant to the Stipulated Protective Order:

Exhibit 13- H00015736-H00015738

Exhibit 14- H03872-H03873

//

//

//

2

PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL
Case No. 08-CV-01862-BZ

Pursuant to Civil Local Rule 79-5(b), Plaintiffs will lodge with the Clerk two copies of the sealed exhibits, one of which is to be delivered to Chambers.

Dated:  July 23, 2010                                        THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
    THOMAS J. BRANDI
    BRIAN J. MALLOY


HOBAN & FEOLA, LLC


By: /s/ David C. Feola
    DAVID C. FEOLA

*Attorneys for Plaintiffs*



DENIED
Judge Bernard Zimmerman

Dated:  8/30/2010

3

PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL
Case No. 08-CV-01862-BZ