UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JULIE CAMPANELLI, et al.,     )
                              )
         Plaintiff(s),        )    No. C 08-1862 BZ
                              )
    v.                        )    ORDER RE NOTICE
                              )
THE HERSHEY COMPANY,          )
                              )
         Defendant(s).        )
                              )
_____)
```

Following a hearing at which all parties were represented by counsel and consistent with the views expressed in court, **IT IS ORDERED AS FOLLOWS**:

1. Defendant **SHALL** provide the last known addresses for all putative collective action members by **September 13, 2010**.

2. Plaintiffs **SHALL** send out the notices attached to this order by **October 1, 2010**.

3. The notices shall be sent out by first class mail to all recipients, including current employees.

4. Plaintiffs request for email addresses and phone numbers of the putative collective action members is **DENIED**. However, if any of the mailed notices are returned as

undeliverable, defendants **SHALL** provide plaintiffs with any contact information available for those members.

    5. Recipients of the notice shall have **60 days** to return the consent to join form.

    6. Plaintiffs **SHALL** file the consents on ECF as they arrive.

    7. Discovery is reopened until the dates listed in Doc. No. 162.

    8. Hershey's request that plaintiffs post its Interrogatory Response dated June 17, 2009 on the website for this action is **DENIED**.

Dated: September 7, 2010

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE FORM OF NOTICE.wpd

2