UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al., )
                          )
        Plaintiff(s),     )    No. C 08-1862 BZ
                          )
    v.                    )
                          )    **ORDER SCHEDULING DISCOVERY**
THE HERSHEY COMPANY,      )    **CONFERENCE**
                          )
        Defendant(s).     )
                          )
_____ )

**IT IS HEREBY ORDERED** that a telephone conference to discuss the four outstanding discovery disputes is scheduled for **Thursday, November 4, 2010 at 2:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  In advance of the conference, counsel for defendants shall lodge with the Court a copy of the interrogatories and requests for production which have been propounded to the opt-in plaintiffs and a copy of the 30(b)(6) deposition notice which plaintiff has served.

Dated: November 2, 2010

                                        Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\TEL CONF 1 ORD.wpd

1