UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> THE HERSHEY COMPANY, <br><br> Defendant(s). | No. C 08-1862 BZ <br><br> **SCHEDULING ORDER** |

Following a telephonic discovery conference at which all parties were represented by counsel, **IT IS ORDERED** as follows:

1. The parties, through their lead trial counsel, **SHALL** meet and confer by no later than **5 p.m., November 12, 2010,** and attempt to resolve their disputes in accordance with the views expressed by the court. They shall also discuss whether they wish a discovery referee appointed.

2. To the extent any disputes remain unresolved, each party has leave to file an appropriate discovery motion to be noticed on the court's law and motion calendar.

///

///

1

3. If the parties wish to have a discovery referee appointed, they shall file a stipulation to that effect.

Dated: November 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\SCHED ORD.wpd