UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JULIE CAMPANELLI, et al.,   )
                            )
         Plaintiff(s),      )    No. C 08-1862 BZ
                            )
    v.                      )    ORDER RE: OPT-INS
                            )
THE HERSHEY COMPANY,        )
                            )
         Defendant(s).      )
                            )
_____)
```

Both parties have submitted letters requesting resolution of three issues. Having reviewed the letters, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiffs' request to extend the opt-in period for former Hershey RSRs is **DENIED**. However, I will consider individual applications by former Hershey RSRs to opt-in late upon a showing of good cause. See Fed. R. Civ. P. 60(b).

2. Plaintiffs' request to send a reminder postcard to individuals who have not opted-in is **GRANTED**. The postcard **SHALL** include the correct opt-in deadline which requires that the notices be postmarked on or before **December 1, 2010**. Plaintiffs **SHALL** file a copy of the proposed postcard by

1

**Friday, November 19, 2010**.

3. In as much as there is a discrepancy between when the notices are due, notices postmarked on or before December 1, 2010 shall be valid.

Dated: November 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\NOTICE ORD 2.wpd