UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> THE HERSHEY COMPANY, ) <br> ) <br> Defendant(s). ) <br> ) <br>_____) | No. C 08-1862 BZ <br><br> **ORDER REGARDING POSTCARD** |

**IT IS ORDERED** that plaintiffs are permitted to mail the postcard proposed in Docket Number 240.

Dated: November 24, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE POSTCARD.wpd

1