```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   JULIE CAMPANELLI, et al.,    )
                                  )
12              Plaintiff(s),     )    No. C 08-1862 BZ
                                  )
13        v.                      )
                                  )    THIRD DISCOVERY ORDER
14   THE HERSHEY COMPANY,         )
                                  )
15              Defendant(s).     )
                                  )
16   _____)
```

17        Following a status conference, **IT IS ORDERED** as follows:

18        1. By **December 14, 2010**, the parties shall meet and
19   confer regarding outstanding discovery issues in accordance
20   with my Initial Discovery Order. If the parties are unable to
21   resolve their issues, they shall notify the Court what remains
22   of their disputes. If needed, the Court will issue a briefing
23   schedule.

24        2. A status conference is scheduled for **December 20,**
25   **2010** at **4:00 p.m.** By **noon, December 16, 2010**, both parties
26   shall submit separate statements to the Court on the issue of
27   how the trial should proceed in this matter.

28        2. The last day for the Court to hear dispositive

1

motions in this case, including a motion to decertify the class, is **February 16, 2011.**

Dated: December 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\DISC ORD 3.wpd

2