1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   JULIE CAMPANELLI, et al.,        )
                                      )
12            Plaintiff(s),           )     No. C 08-1862 BZ
                                      )
13        v.                          )
                                      )     **FOURTH DISCOVERY ORDER**
14   THE HERSHEY COMPANY,             )
                                      )
15            Defendant(s).           )
                                      )
16   _____ )

17        Following the status conference on December 20, 2010, **IT**

18   **IS ORDERED** that defendant shall submit to the Court a proposed

19   order from the status conference by **December 22, 2010**.

20   Defendant shall have plaintiffs approve the form of the

21   proposed order before submitting it to the Court.

22

23   Dated: December 21, 2010

24

25                              Bernard Zimmerman
                          United States Magistrate Judge
26

27   G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\DISC ORD 4.wpd

28

                                    1