UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, JOSEPHINE GODFREY, JOHN MICHALSKI, KAREN METZGER, ROBERT MUSOLF, SCOTT WOOD, JUAN CARLOS LOPEZ, CHRIS NIELSEN, ANNE COMPTON, PHYLLIS DAVIS, ANDREW LEVISON, CHARLOTTE BRYNN ALLEN, DANIEL HALLARAN, RON ROBERTS, KIM TRACY and RYAN PARSONS, on their own behalf and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>           Defendant. | Case No. C 08-1862 BZ<br><br>[~~PROPOSED~~] ORDER FOLLOWING DECEMBER 20, 2010 STATUS CONFERENCE |

Following the December 20, 2010, status conference in the above-captioned matter, **IT IS ORDERED** as follows:

    **1.** Defendant's request to compel interrogatory responses regarding the post-Hershey employers of named plaintiffs is denied.

    **2.** Defendant's request to compel depositions of 15 opt-in plaintiffs is denied. Plaintiffs shall provide to Defendant the availability for deposition of the five opt-in plaintiffs referenced in Defendant's December 3, 2010, letter no later than close of business on December 22, 2010. (*See also* ¶ 4, *infra*.)

    **3.** Defendant's request to compel answers to requests for production of documents and interrogatories from 25 opt-in plaintiffs is granted in part and denied in part. Plaintiffs shall provide substantive responses from ten opt-in plaintiffs of

Defendant's choosing by close of business on January 10, 2011. Defendant shall identify these ten opt-in plaintiffs by close of business on December 23, 2010.

4. To the extent the Defendant so requests and Plaintiffs do not agree, if Hershey can demonstrate to the Court that the information it is receiving thus far is helpful to its defenses, the Court will revisit Defendant's requests for additional depositions and written discovery from opt-in plaintiffs after Defendant has taken the depositions and received the written discovery referenced in paragraphs 2 and 3, *supra*. This Court's decision regarding additional opt-in discovery will be principally based on the content of the information obtained by Defendant through the initial five depositions and ten sets of discovery responses.

5.

(a) [Defendant's proposal] Plaintiffs will disclose their trial witnesses (excluding witnesses called strictly for impeachment or rebuttal) to Defendant by close of business on January 17, 2011. Defendant will disclose its trial witnesses (excluding witnesses called strictly for impeachment or rebuttal) to Plaintiffs by close of business on January 17, 2011.

~~(b) [Plaintiffs' proposal] The parties will exchange their preliminary witness lists on February 1, 2011.~~

6. A further status conference will be held on January 31, 2011, at 4 p.m. The parties shall file separate status reports no later than noon on January 24, 2011.

7. The trial in this matter shall commence on April 18, 2011.

Dated: December 22, 2010.

Bernard Zimmerman
United States Magistrate Judge

809945

- 2 -

[PROPOSED] ORDER FOLLOWING
DECEMBER 20, 2010 CONF. – C 08-1862 BZ