THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
4611 Plettner Lane, Suite 110
Evergreen, Colorado 80439
Phone: (303) 674-7000
Fax:    (303) 674-6684
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al. | Case No.: 08-cv-01862-BZ |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | **PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS FOR PURPOSES OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES** |
| THE HERSHEY COMPANY, | |
| Defendant. | |

1
PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS FOR PURPOSES OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES - Case No.: 08-cv-01862-BZ

Date: February 2 and 16, 2011
Time: 10:00 a.m.
Courtroom: G, 15th Floor
Judge: Hon. Bernard Zimmerman

Trial Date: April 18, 201

Pursuant to Civil L.R. 56-2 and this Court's October 7, 2009 Pretrial Scheduling Order [Doc. No. 65], Plaintiffs submit the following Separate Statement of Undisputed Facts for purposes of Plaintiffs' Joint Opposition to Defendant The Hershey Company's Motion for Partial Summary Judgment Re: Calculation of FLSA Overtime Damages (Docket No. 303) and Plaintiffs' Cross-Motion for Summary Judgment Re: Calculation of FLSA Overtime Damages.

| UNDISPUTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 1. The payroll statements that the RSRs receive reflect that their salary is only for 38.75 hours per week (77.5 hours for two weeks). | Ex. C:[1] payroll statements for plaintiffs Julie Campanelli (Eastman) (P3, P4, P6, and P7), Sabrina Anderson (Brown) (P30-P84), Kathryn Elder (P959-P960), Brodie Boilard (P961), Jason Haley (P962), Andrea Ott (P963-P967). |
| 2. Hershey's policy is to treat a workday as 7.75 hours, workweek as 38.75 hours, and a salary as compensating for only 38.75 hours per week. | H00000029, Ex. D; Deposition of Rule 30(b)(6) designee Christine Slotznick 59:10-19, Ex. E. |

---

[1] "Ex." refers to the exhibits attached to the Declaration of Brian J. Malloy In Opposition to Hershey's motion for partial summary judgment and in support of Plaintiffs' cross-motion for partial summary judgment re: calculation of FLSA damages.

| | |
|---|---|
| 3.   After RSRs are hired, Hershey provides them the Hershey Salaried Employee Handbook. | Slotznick at 116:10-25, Ex. E. |
| 4.   The Handbook advises employees, including all RSRs, that a normal Hershey workday is 7.75 hours, and the normal workweek is 38.75 hours. | *Id.* at 51:9-19, Ex. E; *see also* H00000029, Ex. D. |
| 5.   The Handbook advises salaried employees who have been classified as non-exempt that they will be paid straight time for hours worked between 38.75 hours and 40.0 hours per week and one-and-one-half time for all hours worked over 40.0 hours per week. | H00000029, Ex. D; *see also* Slotznick 56:24-57:6, Ex. E. |
| 6.   Hershey has never paid its workers only at .5 hourly rate multiplier for overtime. | Slotznick 87:17-23, Ex. E. |
| 7.   When RSRs are recruited, they are told that the position is a range of an eight hour day. | Deposition of Rule 30(b)(6) designee Thomas Smuda 113:15-21, Ex. F. |
| 8.   Before RSR Declarant Colleen Dow started working at Hershey no one told her that she would be working regularly over 40 hours per week. | Deposition of RSR Declarant Colleen Dow 96:18-24, Ex. G. |
| 9.   Hershey's compensation policies state that the employee will not receive compensation if they miss work for a variety of reasons. | Attendance and Paid Time Off, H00000036-H00000042 (noting a number of instances where time off will not be paid, including if absent for more than 1 day for a death in the family (H00000038-H00000039) and court appearances other than jury |

3
PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS FOR PURPOSES OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES - Case No.: 08-cv-01862-BZ

| |
|---|
| duty or subpoenaed to court (H00000039), Ex. D. |

Dated:   January 12, 2011        THE BRANDI LAW FIRM


By   /s/ Brian J. Malloy
         Thomas J. Brandi
         Brian J. Malloy


HOBAN & FEOLA, LLC

By:  /s/ David C. Feola
        DAVID C. FEOLA

*Attorneys for Plaintiffs*

4
PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS FOR PURPOSES OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES - Case No.: 08-cv-01862-BZ