THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
4611 Plettner Lane, Suite 110
Evergreen, Colorado 80439
Phone: (303) 674-7000, Ext. 14
Fax:    (303) 674-6684
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al. | Case No.: 08-cv-01862-BZ |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | **DECLARATION OF BRIAN J. MALLOY IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES** |
| THE HERSHEY COMPANY, | |
| Defendant. | |
| | **Date:   February 2 and 16, 2011** |
| | **Time:  10:00 a.m.** |
| | **Courtroom:  G, 15th Floor** |
| | **Judge:  Hon. Bernard Zimmerman** |

1

I, Brian J. Malloy, declare under penalty of perjury of the laws of the United States of America that the following is true and correct:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am admitted to the United States District Court for the Northern District of California. I am with The Brandi Law Firm, attorneys of record for plaintiffs herein. I make this declaration of my own personal knowledge and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of Defendant The Hershey Company's Answer to Plaintiffs' Third Amended Complaint, filed on February 5, 2010 at Docket No. 85.

3. Attached as Exhibit B is a true and correct copy of Hershey's Objections and Answers to Plaintiffs' Interrogatories, Set No. One, served on February 8, 2010.

4. Attached as Exhibit C is a true and correct copy of redacted payroll statements for plaintiffs Julie Campanelli (Eastman) (P3, P4, P6, and P7), Sabrina Anderson (Brown) (P30-P84), Kathryn Elder (P959-P960), Brodie Boilard (P961), Jason Haley (P962), Andrea Ott (P963-P967). The bank and bank account numbers have been redacted.

5. Attached as Exhibit D is a true and correct copy of the "Hershey Salaried Employee Handbook," H00000002-H00000057).

6. Attached as Exhibit E is a true and correct copy of excerpts of the April 6, 2010 deposition of Hershey's Rule 30(b)(6) designee Christine Slotznick, which I personally attended.

7. Attached as Exhibit F is a true and correct copy of excerpts of the June 18, 2009 deposition of Hershey's Rule 30(b)(6) designee Thomas Smuda, which I personally attended.

8. Attached as Exhibit G is a true and correct copy of excerpts of the June 7, 2010 deposition of Colleen Dow.

2

PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES - Case No. 08-CV-01862-BZ

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of January, 2011 at San Francisco, California.

_____/s/ Brian J. Malloy_____
BRIAN J. MALLOY

PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT THE HERSHEY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES (DOCKET NO. 303) AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT RE: CALCULATION OF FLSA OVERTIME DAMAGES - Case No. 08-CV-01862-BZ