# EXHIBIT D

IMPORTANT NOTICE



# HERSHEY SALARIED EMPLOYEE HANDBOOK
## (Applies to U.S. Salaried Employees)

## FORWARD

We at Hershey are proud of our heritage and our products and especially in making your workplace productive and safe. Not only do we provide wages and benefits on a competitive basis with other companies, we do our best to treat you with the respect and dignity you deserve.

Hershey believes that our employees should be informed about our policies, procedures, practices, benefits, and employee obligations. This handbook is intended to provide employees with summary and general information. With the exception of the verbatim policies in the section - *Policy Statements* - due to the critical importance of having every employee knowledgeable of these specific policies, all included information is in summary form. If an interpretation discrepancy between Policy and the included summarized information occurs, formal Policy will always supersede and can be easily accessed on-line under Employee Info - for Managers - Policies/Procedures. Hershey has attempted to establish policies that comply with applicable federal, state, and local laws. If, however, there are inconsistencies between applicable law and this Handbook or between policies and procedures in the Human Resource Manual, applicable law governs. This Handbook may briefly describe some benefits that are provided through insurance carriers or through plan or trust documents. Such benefits are governed by the contracts, trust documents, and plan documents notwithstanding anything stated in this handbook or any other document or statement. For your convenience, where a section summarizes Policy, the Policy is referenced and a blue highlighted link to the Human Resources Manual is provided. This handbook, however, is **not** a contract or promise of continued employment. Employment with Hershey is "at-will" which means that either you or the Company can choose to end the employment relationship at any time, with or without cause or specified reason. The Company can and will change our policies and procedures from time to time and as this occurs, we will inform you.

This handbook has been designed to answer most questions you may have. The contents of this handbook are intended to serve as general information regarding existing policies, procedures, employment practices, and benefits which for the most part are consistent for all our U.S. salaried employees. If you work at a site outside of Hershey, PA or in Field Sales where different practices may exist from Hershey, PA, reference is made for you to contact your manager or location Employee Relations Manager. We ask that you read this handbook and bookmark the location for a quick and useful reference guide. If you have any questions or comments about any of the information, feel free to ask your manager or Employee Relations Representative.

Welcome to Hershey Foods Corporation!

## TABLE OF CONTENTS

## YOUR COMPANY

http://homepage/d_hr/employee_handbook.html

PLAINTIFF'S
EXHIBIT
82

4/22/2005

H00000002

IMPORTANT NOTICE

The Hershey Heritage

M.S. Hershey's Philosophy

Hershey Foods Corporation Mission

Corporate Philosophy

Customer Service Philosophy

Productivity - Quality Through Excellence

## YOUR WORK ENVIRONMENT

Ethical Standards

Handling Company Information

Representing the Company

Employee-to-Employee Relationships

## POLICY STATEMENTS

Equal Employment Opportunity (EEO)

Discriminatory Harassment

Inappropriate Conduct

Americans With Disabilities Act (ADA)

Computer Usage Policies

## YOUR EMPLOYMENT

Working Hours

Employee Status

Flextime

Payroll Information/Direct Deposit

Employee Identification

Employee Solicitations

http://homepage/d_hr/employee_handbook.html                    4/22/2005

H00000003

IMPORTANT NOTICE

Personal Data Changes

Personal Appearance

Smoking In the Work Place

Substance Abuse

Communications

Visitors

Parking

Medical Facilities/Emergencies

Employee Assistance Program (EAP)

Safety

Enjoying Our Products

Employment Verifications


ATTENDANCE AND PAID TIME OFF

Vacation

Holidays

Emergency and Professional Appointment Absence

Attendance

Inclement Weather

Death In The Family

Jury Duty

Salary Continuance Short-Term Disability

Leaves Of Absence

Family And Medical Leave Act (FMLA)

Military Leave

Personal Leave of Absence

H00000004

Political Volunteerism Leave

Community Service Volunteerism Leave

## SALARY ADMINISTRATION

The Position

Position Evaluation

Performance Management

Salary Ranges

Merit Review/Salary Increases

Promotions or Transfers

You And Your Manager

Employee Status/Overtime

## PERSONAL AND CAREER ENRICHMENT

Job Opportunity System (JOS)

Cross Entity Training/Transfer

Educational Tuition Refund Program

In-House Training

Career Development and Counseling

## BENEFITS AND SERVICES

FLEXIBLE Benefits Program

Service Recognition

Physical Fitness Centers

U.S. Savings Bonds

Hershey Scholarship Program

Credit Union

Discount Tickets

Child Care

## DIVERSITY/WORK LIFE BALANCE

Elder Care

Long-Term Care

Tele-working

Real Life Benefits

## YOUR FUTURE FINANCIAL SECURITY

Hershey Retirement Plan (HRA)

Employee Savings & Stock Ownership Plan (ESSIOP)

Hershey Employee Stock Purchase Plan (HESSP)

Money In Motion

## HERSHEY FOODS CORPORATION IN THE COMMUNITY

Volunteer Recognition

Higher Education Gift Matching

United Way

Children's Miracle Network

Hershey Track & Field Youth Program

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## YOUR COMPANY

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### THE HERSHEY HERITAGE

Today, in the United States, his name is a national symbol for chocolate—he is our founder, Milton S. Hershey. His products have become American traditions and his life typifies the American dream.

http://homepage/d_hr/employee_handbook.html                        4/22/2005

H00000006

Milton Hershey was born in 1857 on a farm in Derry Church, Pennsylvania. His boyhood was influenced by the "Pennsylvania Dutch" tradition and the value of hard work was instilled in him at a very young age. Although he adopted no formal beliefs, he was raised as a Mennonite. It was said that years later, when asked what religion he followed, he replied, "The Golden Rule." His family moved several times during his youth and his formal education continued only through fourth grade when he started work as an apprentice to a printer in Gap, Pennsylvania. When it became apparent that his talent did not lie in printing, Milton Hershey then became an apprentice to a candy and ice cream maker in Lancaster.

In 1876, with skills at hand, Milton Hershey opened his first candy business in Philadelphia at the age of 18. Although he possessed all the elements for success, he couldn't meet expenses and the business failed six years later. Discouraged, but still ambitious, he set out on foot across the country still trying to establish himself as a candy maker and met more failures. He returned to Lancaster in 1886, penniless and labeled an "irresponsible drifter." While the world could only see his failure, Milton Hershey could still only see his dream. Although his travels were not financially successful, he had gained invaluable knowledge that would become the secret of his success—fresh milk makes the best candy. Buoyed by that secret and the support of those close to him, Mr. Hershey continued to experiment and developed "Hershey's Crystal A," a melt in your mouth caramel. With that caramel, Milton Hershey had finally met success. He established the Lancaster Caramel Company and by 1894, he was known as one of Lancaster's most prominent citizens.

The making of chocolate had always intrigued Milton Hershey. In 1893, while visiting the World's Fair in Chicago, he became fascinated with German chocolate-making equipment on exhibition there. He bought the equipment and had it installed in his plant in Lancaster. There he experimented with it and decided that chocolate was the future.

In 1900, Milton Hershey sold his successful Lancaster Caramel Company for one million dollars and announced his intention to build a chocolate factory back in his birthplace of Derry Church. The move shocked people because the location seemed so remote, but always the innovator, Mr. Hershey had already planned for a community to surround the factory. As far as he was concerned, Derry Church had the required elements—plentiful water, fresh milk, rail service, and an industrious labor force.

Ground was broken in 1903 and from the beginning, personal involvement was Milton Hershey's trademark. Experiments for mass production of chocolate were not relegated to others, Mr. Hershey worked side-by-side with a few trusted workers to develop the process that would make him famous. It is said that the idea for the Hershey Kiss was his own.

As the chocolate plant grew, so did the town. It was not like any other "company town." Milton Hershey lived by the philosophy that great wealth should be used to benefit people. The town, renamed "Hershey" in 1906, had every desirable feature that Mr. Hershey could imagine. During the Depression years, it was his personal boast that no one in Hershey was laid off. At that time he planned and completed the Community Center, the Hotel, Senior Hall, and the Hershey Arena. Mr. Hershey's pride in the town was evident when he sought to promote it by including postcards of town scenes with each purchase of a Hershey Bar. Today the town remains as he envisioned it—a major tourist attraction.

The main focus of his philanthropy, however, was the Hershey Industrial School. Saddened because they had no children of their own and anxious to share their fortune with others, Milton Hershey and his wife Catherine established the school in 1909. Today the school is known as the

H00000007

Milton Hershey School, and it provides education and lodging to over one thousand children whose families have been disrupted in some way. In 1918, Mr. Hershey donated his stock in the Hershey Chocolate Company to the school that stands today as a living tribute to them both.

In 1927, in a move to raise additional funds, 20% of Hershey Chocolate Company was sold to the public and was accepted for trading on the New York Stock Exchange. During the 1930's, 40's and 50's, Hershey products experienced incredible growth, and Hershey became a household word. Sales grew from $20 million in 1921 to $55 million in 1941. On a historical note, it was during World War II that Hershey developed the "Field Ration D," a chocolate bar with a high melting point and nutritional value. Part of every soldier's ration, it quickly became a part of American folklore. To the foot soldier, it was a taste of home, a prized bartering item, or a treat given to a hungry child of war.

## A Century of Growth and Beyond

Mr. Hershey first manufactured chocolate products in early 1894. Hershey Chocolate Company grew rapidly, reaching $5 million in sales in 1911 - the beginning of a successful trend that was to continue through the coming decades. Milton S. Hershey died in 1945, leaving a securely established business and a unique heritage. However, while the business continued to expand into the 1950's, it remained essentially a one-plant operation based on the manufacture and sale of chocolate and confectionery products.

The 1960's saw the first dramatic growth outside traditional product lines. Hershey Chocolate Corporation, as it was then called, made its first major acquisition in 1963 - the H. B. Reese Candy Company, located in Hershey, PA, the producer of Reese's peanut butter cups. (The local firm was founded by Harry B. Reese, a former dairy employee of Milton Hershey who, inspired by Mr. Hershey's success, left the dairy to make his living in the candy business.)

The year 1963 also saw the opening of a Canadian chocolate manufacturing plant in Smiths Falls, Ontario, marking the beginning of the first manufacturing operations outside Hershey, PA. In the same year, the Company announced plans to construct a manufacturing plant in Oakdale, CA, to meet the growing consumer demand which the plant in Hershey, working at full capacity, could not satisfy on its own. The Oakdale plant opened in 1965.

In 1968, Hershey Chocolate Corporation was reorganized as Hershey Foods Corporation with the domestic chocolate and confectionery operations forming a separate division, Hershey Chocolate Company.

In 1969, Hershey Foods entered into a joint venture agreement to form Nacional de Dulces, S.A. de C.V., marking the corporation's entry into the Mexican confectionery market.

The second major confectionery acquisition came in 1977 with the purchase of Y&S Candies Inc. The initials "Y&S" stand for J. S. Young and C.A. Smylie who founded the operation in Brooklyn, NY, in 1845. Today, Twizzlers holds the number one position in the domestic and Canadian licorice candy category.

The Canadian facility, which originally operated under the name of Hershey Chocolate of Canada and was part of Hershey Chocolate Corporation, was reorganized in 1981. The name was changed to Hershey Canada Inc. and headquarters were relocated near Toronto.

Hershey Chocolate U.S.A. opened a new manufacturing facility in Stuarts Draft, VA, in 1982. Four

years later, the Luden's and 5th Avenue trademarks were added through acquisition of The Dietrich Corporation's confectionery operations. In 1988, Hershey Foods acquired the Peter Paul/Cadbury U.S. confectionery operations. (Today, Hershey manufactures, markets, and sells under license Peter Paul/Cadbury's U.S. confectionery brands including Almond Joy candy bar, Mounds candy bar, York Peppermint Patties, and several Cadbury's label items).

In December 1995, Hershey Foods acquired Henry Heide Inc. located in New Brunswick, NJ. Major brands include: Jujyfruits candy, Wunderbeans jellybeans, and Heide Jujubes.

Hershey Foods' most recent acquisition was completed in December 1996 with the purchase of Huhtamaki's Leaf North America confectionery operations. This acquisition enhances Hershey's overall position in the North American confectionery market and provides an excellent opportunity to grow Hershey's non-chocolate confectionery business.

Hershey manufactures, markets, and distributes Leaf's North American confectionery brands including Good & Plenty candy, Heath toffee bar, Jolly Rancher candy, Milk Duds chocolate covered caramels, Pay Day peanut caramel bar, and Whoppers malted milk balls.

Hershey currently operates 17 manufacturing facilities, located as follows:

- Hershey, PA (3)
  - Hershey Plant
  - West Hershey Plant
  - H.B. Reese Plant

- Hazleton, PA

- Lancaster, PA

- Las Piedras, Puerto Rico

- Memphis, TN

- Naugatuck, CT

- Oakdale, CA

- Reading, PA

- Robinson, IL

- Sao Roque, Brazil

- Stuarts Draft, VA

- Nova Scotia

- Montreal, Quebec

- Smiths Falls, Ontario

http://homepage/d_hr/employee_handbook.html                        4/22/2005

- Guadalajara, Mexico

**Hershey International**

Hershey's branded confectionery and grocery products are exported to over 60 countries worldwide. Hershey International markets traditional products as well as Hershey's Extra Creamy milk chocolate, designed specifically to meet the preferences of international consumers.

Hershey International continues to focus its efforts in areas of the world where it can achieve profitable growth and a reasonable return on investments. Hershey's International headquarters is located in Weston, Florida.

---

## M.S. HERSHEY'S PHILOSOPHY

Milton Hershey was committed to the highest standards of quality, honesty, fairness and integrity. He practiced these principles during his lifetime and set the example by which the Company has been guided. Although Mr. Hershey's Company has changed tremendously over the years, his beliefs have not been compromised. On the contrary, they have been reinforced. Mr. Hershey believed:

- In high moral and religious principles, without favoritism to any sect or creed.

- In the practice of truth, honesty, integrity and in the habits of thrift, economy, and industry.

- In the Golden Rule, "Do unto others as you would have them do unto you."

- That our most precious possessions are family and friendships and that the foundation of those precious relationships are loyalty, mutual respect, and mutual support.

- That every human being should be given the opportunity to earn an education which leads to a useful, purposeful and rewarding life.

- That the responsibility for education should be given to men and women of high moral principles who, by their very example, have a positive impact on those lives they touch.

- That knowledge and understanding is accelerated through "learning to do by doing."

- That there is more to life than just work; that beauty, nature, and wholesome leisure time activities are essential ingredients to a full life.

- That our greatest rewards come from the satisfaction we earn from our work and pride in quality workmanship.

- That success is principally the result of hard work; that is a discipline learned early in life; and that there is no age limit to those who believe in hard work.

- That the rewards of success should be used for the benefit of others and that money in itself is nothing; it is the good one accomplishes with it that counts.

- That a leader must see, hear, touch, and feel what is going on within the institution.

- In employing and rewarding men and women who have demonstrated a capacity for hard work and who have observed an unswerving loyalty to high values and visionary aspirations.

- In setting and maintaining the highest standards for quality in products, facilities, and personal performance.

- In a clean, healthy, and strong body and mind.

- In pursuing one's own visions and convictions with persistence and commitment, in experimenting and taking risks, and in not allowing one's actions to be dictated by others.

## HERSHEY FOODS CORPORATION MISSION

Our mission is to enhance shareholder value as a focused, snack food company in North America and selected international markets and to be a leader in every aspect of our business.

This mission will be accomplished through emphasis on vision and organization/teamwork as follows:

### Vision:

- Continue to profitably grow our North American confectionery and grocery business;

- Build growing, profitable, economic value-adding confectionery businesses in selected markets outside North America; and

- Capitalize on value-adding business opportunities within the broader snack food category which leverage our business capabilities.

### Organization/Teamwork:

The growth vision will be achieved by developing and leveraging the skills and knowledge of our people as a unified Hershey Foods team. A seamless organizational structure will provide low-cost business capabilities as guided by the QTE process, by a clear focus on customer satisfaction as its #1 priority, and be a commitment to integrity, personal leadership, and team work.

Reaffirmed
May 18, 2000

## CORPORATE PHILOSOPHY

As a focused food company, we are in business to make a reasonable profit and adequate return on our investment and to enhance the value of our shareholders' investment.

We recognize that, to achieve this objective, we must use our resources efficiently, and we must

H00000011

provide for the proper balance among the fundamental obligations that we have to our shareholders, employees, customers, consumers, suppliers, and society.

In seeking to balance our desire for profitable growth with the obligations which we have to other various constituencies, we shall:

I. Protect and enhance the Corporation's high level of ethics and conduct.

- Honesty, integrity, fairness, and respect must be key elements in all dealings with our employees, shareholders, suppliers, and society in general.

- Our operations will be conducted within regulatory guidelines and in a manner that does not adversely affect our environment.

- We continually strive to be good neighbors and to support community projects.

- Employees are encouraged to take an active part in improving the quality of community life.

II. Maintain a strong "people" orientation and demonstrate care for every employee.

- Employees will be treated with respect, dignity, and fairness.

- Employees will be expected to participate in and contribute to the Corporation's success.

- We strive to provide competitive wages and benefits, good working conditions, and rewards for results.

- We pursue our sincere commitment to our Affirmative Action Program in the letter and spirit of the law.

- Promotion from within the Corporation is practiced to the fullest extent possible.

- We constantly strive to improve communications and work with each other in a spirit of constructive cooperation.

III. Attract and hold customers and consumers with products and services of consistently superior quality and
value.

- We will provide quality products and services of real value at competitive prices through a process of continuous improvement in all aspects of our business.

IV. Sustain a strong "results" orientation, coupled with a prudent approach to business.

- We set challenging objectives to assure a steady rate of real growth, while maintaining the financial strength of the Corporation.

- We pursue profitable growth by maintaining excellence in our current business.

- Growth opportunities are actively sought from within and outside the Corporation in areas which capitalize upon our strengths.

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

H00000012

- We constantly strive for positions of market leadership.

We shall continue to create a climate throughout the organization which causes this philosophy to become a way of life.

We know that you will identify with and promote these values. You also will have the opportunity to make a major contribution to and be an active part of our continuing success.

---

## CUSTOMER SERVICE PHILOSOPHY

Customer service encompasses all activities within the Company that provides our customers with information and service which assist them in distributing and retailing our product line to customers. Our commitment to the concept of "Quality Through Excellence" (QTE) demands that each customer transaction be accurate, that all communications be forthright, honest and ethical, and that our dealings be based on mutual respect and benefit. A commitment to high levels of customer service within all disciplines and levels of the Company will provide a competitive advantage that will support our growth aspirations. Our goal is to satisfy our customer's needs and make a profit.

It is critical that every employee at every level knows and recognizes who their customers are — whether it be the end consumer of our products; the organizations that promote, stock, and sell our products; or your own co-workers with whom you work side by side daily. Providing the highest level of service and maintaining open and honest communications at all times is mutually advantageous to everyone. Thank you for your continual awareness of YOUR customers' needs in our ongoing goal to be a high-quality, low-cost producer.

---

## PRODUCTIVITY - QUALITY THROUGH EXCELLENCE (QTE)

Since the mid 1980's, the primary driver of our productivity has been QTE or Quality Through Excellence. The principles of QTE enable us to produce high quality products, meet the needs and expectations of increasingly demanding customers, and maintain low production costs while keeping our employees safe, protecting the environment, and being a good neighbor to the communities in which we operate.

**Five Pillars of Quality**

The five pillars of QTE are the organizational principles by which every Hershey facility is expected to operate. They are:

- Customer Focus

  This means recognizing who our internal and external customers are and finding out (by asking them) how we're doing and what we can do better.

- Employee Involvement

H00000013

The problem solving and decision making skills of all employees can be better utilized.

Doing so requires managers to let go of some of their traditional authority, to recognize that the people who work for them have significant skills to offer, and to be patient as their people learn to perform new tasks.

It requires the workforce to recognize that there are limits to resources and not everything we would like to do can be done. It also requires patience with managers and supervisors who are learning new ways to do their jobs.

- Measurement

In order to understand how well or how poorly an operation is performing, it must be measured and those measurements compared over time. Key measures such as manufacturing cost, quality, customer service, and safety are critical to understanding what needs to be improved.

- Systematic Support

This means there are policies, procedures, and supporting organizations to help the primary business units excel. We must constantly evaluate these support systems to ensure they are properly aligned to support the function's reason for being - making and selling candy products.

- Continuous Improvement

If the first four principles of QTE are being followed, the result will be continuous improvement of everything we do. Our processes, our problem solving skills, our financial measures and most of all, our products. By continuously improving our costs, our quality, and our customer service, we ensure that the Company can remain competitive in the only place it really counts - the marketplace.

## The 7 C's

In order for the Company to operate according to the QTE principles, every employee must possess the characteristics which we have referred to since the late 1980's as the 7 C's.

- Create Value

How do we create value? Does the particular activity we're involved with add value to our business and how? Does it improve quality? Does it help things happen more quickly or improve cycle time? Does it lower costs or lower resource requirements? Does it improve customer service or value? If not, why do we do it? All of our efforts should be focused toward creating value and anything that we do which does not create value is a waste of time. Reducing reports, making meetings more effective, or eliminating barriers to effective problem solving and decision making are some of the ways we can improve this value.

- Communication

The ability to freely communicate within your environment. Simple communications are often the cause of major misunderstandings and company failures. It is management's

H00000014

responsibility to communicate to all employees the Company's successes, plans, and direction for the future. However, employees should feel an obligation to communicate upward in an effort to improve the Company's environment and operations.

Communication is very important and is the primary characteristic of a successful corporation.

- Competence

Successful, productive companies and people tend to be continuous students all of their lives. They are constantly developing their skills and trying to reach their potential. Achieving individuals find reasons to cultivate new talents and blend them with their ambitions and the Company's mission.

- Commitment

This is the toughest requirement of all. It's the most important. Only you can make a commitment. This is where your individual thinking process comes into play. The most common thread of success throughout business and industry seems to be personal commitment. It is agreeing to a goal, to your company's direction, and striving toward the accomplishment of that goal.

- Cooperation

Cooperation means working together toward a common goal. Individual cooperation is needed to explore cost-effective approaches to problems and opportunities. Cooperation is the ability to work together and identify problems - within your own department, as well as across functions - openly and truthfully, in an effort to find solutions.

Cooperation involves deciding what has to be done and dividing the tasks in a manner that makes sense. It means being sensitive to each other's needs and being willing to help each other out in order to achieve continued success within our Company. We all want to be part of the marketplace - our customers and consumers are constantly something successful - what better way than through cooperation. We can achieve cooperation by doing our best, by possessing a gut feeling of doing what's right and by honoring each other's values.

- Challenge

Challenge the system, look beyond today, beyond our current business, beyond our current ways of doing business. Challenge the way we do things. In reviewing histories of less fortunate companies, we find that some of the traditional ways of doing business that were in part responsible for success will in no way guarantee success in the future. To some degree, past successes could become a burden in times of dynamic change.

- Change

Changing. We have to be able to adapt to those changes. History tells us that organizations that are prepared with the right strategy and are ready to pursue that strategy in a timely manner will persist. Those that refuse to change or change too slowly will not.

## Opportunities For Involvement

As the description of the QTE Principles and the 7 C's indicate, we need the involvement of all employees on many levels in order to be successful. The primary focus of our efforts should be on applying the QTE Principles to the job we do every day. In addition to our own teams, there will be many other opportunities to be involved in teams and committees that perform important tasks.

In addition, there are groups that will be formed on a temporary basis to perform a particular project or task and then are disbanded after their work is complete. For example, a number of VLP teams have been formed within the company to evaluate the application of Volume Leveraged Purchase principles to a particular product that is used throughout the Company. Once the evaluation and decision has been made on that product, the team can be disbanded or reformed to look at a different product.

If you have an interest in being involved in a particular activity, please see your manager. We may not be able to accommodate everyone, but we will make note of your interest and get you involved when the opportunity arises.

## YOUR WORK ENVIRONMENT

### ETHICAL STANDARDS

Hershey is justifiably proud of the outstanding reputation it has earned as a leader in industry and the community. To maintain this position, it is important that we conduct all operations and relationships -- with customers, vendors, competitors, government representatives, the media, the community, and with our fellow employees -- according to the highest ethical and professional standards.

As a member of the Hershey team, you share this special responsibility. Your personal and professional actions should reflect the integrity which is part of Hershey's history. In business matters, the dual interests of the Company and the public are of the highest priority.

At times, you may face situations which involve ethical or moral considerations with several alternate courses of action. If you are unsure about which action is appropriate, please consult your manager. If you do this promptly and honestly, you will fulfill your obligations to conduct Hershey's business according to the highest ethical standards.

Any employee with a question or concern about standards of business ethics may contact the Ethical Business Practices Committee. The names of the members of the Committee can be located under "Ethical Business Practices Committee" in the Hershey Foods phone book. Confidential inquiries or reports can be made by voice mail by calling the Concern Line at 1-800-362-8321 or in writing to Concern, P. O. Box 83, Hershey, PA 17033. Employees who report a suspected violation and communicate in good faith will not be subject to retribution and their confidentiality will be protected consistent with law and company policy.

---

### HANDLING COMPANY INFORMATION  (HR Policy 2.28)

http://homepage/d_hr/employee_handbook.html                          4/22/2005

H00000016

During the course of your employment, you may be exposed to sensitive and confidential information.

To help you understand the importance of maintaining the confidentiality of Company information and to assist in handling this information, "The Company Confidential Information Program Outline" is available from your manager or Human Resources.

Information held within the Company is the property of the Company and should not be disclosed outside the Company, except as management chooses to disclose such information. Therefore, all information relating to the Company's affairs and all documents containing such information, should be restricted to use and disclosure within the Company, unless specifically approved for outside disclosure, or already known by or readily available to the public.

Any company, including Hershey, must count among its significant assets the considerable information generated, organized, and handled by its employees. Just as the physical assets of the Company deserve proper protection, so does the information held by the Company. The purpose of the COMPANY CONFIDENTIAL INFORMATION PROGRAM (CCIP or Program) is to protect our confidential information and to set forth basic principles and procedures through which such protection can be achieved. Provisions of the Program are intended to add clarification to communications rather than to deter such communications.

If you have any questions about handling confidential information, see your manager or contact Employee Relations.

---

## REPRESENTING THE COMPANY

Occasionally you may be asked to speak about the Company or Company activity either at a speaking engagement or via a contact over the telephone or though the mail. All requests should be discussed with your department manager prior to releasing any information or committing to a speaking engagement. They will provide the appropriate guidance with respect to confidentiality. For additional information, contact your Human Resources Representative.

---

## EMPLOYEE- TO-EMPLOYEE RELATIONSHIPS

One of the most important relationships that exists in the workplace is the one we share as co-workers. The way we communicate and interact or work with each other as co-workers can result in a good experience or one of conflict. Hershey Foods recognizes that people are one of our most important assets and that the relationships between co-workers is equally important.

In order to provide a safe and positive environment in which to work, it is necessary to establish rules of conduct to define what is acceptable and unacceptable employee behavior. While no set of rules is all-inclusive when attempting to define acceptable behavior, employees are expected to treat their co-workers fairly and with respect at all times. The use of profane, obscene, and threatening language or gestures is not acceptable in the workplace. Offensive comments directed toward someone's race, sex, age, religion, disability, or natural origin are illegal and will not be tolerated. Rules such as these are very important. Employees that fail to abide by the rules listed within this Employee Handbook will receive appropriate discipline.

http://homepage/d_hr/employee_handbook.html                              4/22/2005

We are all individuals with different strengths, skills, and experiences to share. Our ability to work together as a team and to share our strengths and support each other is the key to our continued success. Every employee can support one another through sharing their individual skills and knowledge to enhance the quality of all that we do. Teamwork and diversity require a personal commitment and attitude that relies upon how well we relate and get along with one another.

Whenever possible, it is desirable that employees resolve employee-to-employee issues among themselves, without disciplinary measures. Unfortunately, this is not always possible and rules governing our conduct are necessary to protect the rights and well being of every employee. While not all inclusive, the following principles that guide the Company have been summarized so that you are familiar with what is expected from you while at work:

- Treat others with respect and fairness and be open and honest with each other.

- Initiate and accept responsibility for your personal safety and that of others.

- Share skills and experiences with each other and encourage co-workers.

- Communicate and work together cooperatively.

- Contribute ideas and support Company initiatives for the success of the Company.

- Encourage employees to give recognition to their co-workers who contribute to the success of their work group.

- Be responsible for your own personal development and improve your skills to be successful.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## POLICY STATEMENTS

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### EQUAL EMPLOYMENT OPPORTUNITY (EEO)  (HR Policy 2.6)

Hershey Foods Corporation realizes its obligation as a corporate citizen and has made a commitment to a progressive and successful equal opportunity program. Therefore, it is the policy of Hershey Foods to recruit, hire, and promote within all classifications without regard to race, religion, sex, veteran status, age, national origin, or disabilities and to comply with all applicable laws governing hiring and promotion practices. The Statement of Policy and Invitation to Program Benefits is posted on bulletin boards throughout the Company. Additional information relating to Affirmative Action and Equal Employment Opportunity is available from Human Resources. Employees alleging violations of this policy are encouraged to contact their manager or Employee Relations representative.

-------------------------------------------------------------------------------

### DISCRIMINATORY HARASSMENT  (HR Policy 2.21)

Hershey Foods Corporation is committed to creating and sustaining a work environment in which each employee has the opportunity to grow, develop, and contribute fully to our success. Accordingly, the Corporation will not tolerate harassment or intimidation of any employee based

on race, age, gender, religion, disability, national origin, veteran status, sexual orientation, or any other status protected by federal, state, or local law. Our "zero tolerance" policy extends to discriminatory harassment or intimidation by another Hershey employee or by a vendor, contractor, customer, or other business partner regardless of the identity, position, or gender of the harasser or victim. This policy applies to conduct on all Corporation property as well as areas off Corporation property where an employee typically performs or is performing job-related duties.

Supervisors, managers, and other decision-makers are prohibited from making any tangible employment decisions (hiring, firing, promotion, wage adjustments, etc.) based upon an employee's race, age, gender, religion, disability, national origin, veteran status, sexual orientation, or other protected traits or upon an employee's response to sexual advances, sexual harassment, or any other discriminatory harassment.

The Corporation does not tolerate retaliation or reprisals against any employee who reasonably and in good faith opposes discriminatory harassment in the workplace or uses the Corporation's harassment complaint procedures in good faith.

Any employee found to have engaged in conduct inconsistent with this policy will be subject to discipline up to and including discharge from employment.

**Discriminatory Harassment Defined**

Discriminatory harassment is conduct that creates a hostile working environment as a result of severe and pervasive harassment based upon an individual's race, age, gender, religion, disability, national origin, veteran status, sexual orientation, or any other status protected by federal, state, or local law. A hostile working environment is one which a reasonable person would find so offensive as to alter the terms and conditions of that individual's employment. The Corporation prohibits all forms of harassing conduct which cause, constitute, or could lead to a discriminatory hostile working environment.

i. Sexual Harassment

Sexual harassment includes unwelcome sexual advances, requests for sexual favors, verbal or physical conduct of a sexual nature, and other harassing conduct based upon the victim's sex when submission to the conduct is made either implicitly or explicitly a term or condition of employment or the conduct is sufficiently severe and pervasive to alter the terms and conditions of a reasonable person's employment.

Whether specific conduct will constitute discriminatory sexual harassment as defined by law depends upon the particular circumstances of the situation; however, for the purposes of this policy, the following are some examples of conduct which may constitute prohibited sexual harassment:

(a) Verbal Sexual Harassment: Offensive or vulgar comments regarding a person's gender or directed at an individual because of that person's gender; sexually vulgar language; offensive jokes of a sexual nature; remarks about a person's gender-related physical anatomy or characteristics; sexual propositions or intimidation; threats of physical harm for a sexual purpose.

(b) Physical Sexual Harassment: Unwelcome touching of another person;

H00000019

touching another person in a sexually suggestive way; slapping, pinching, or grabbing another person's breasts, genital areas or buttocks; sexual assault; intimidating conduct, such as blocking a person's movements, directed at an individual because of that person's gender.

(c) Visual Sexual Harassment: Distributing or displaying nude pictures or other written or graphic sexual materials in the workplace; distributing or displaying nudity or sexually-oriented graphics on computer terminals, including offensive or inappropriate e-mail messages, screen savers, or downloads from the Internet; offensive or sexually vulgar gestures, such as grabbing one's genitals, etc.

Sexual harassment does not refer to compliments of a socially acceptable nature nor to acts that usually are considered non-offensive or acceptable by most people. However, actions that seem harmless or amusing to some employees may be offensive to others. Actions that may be overlooked away from work may cause sexual harassment complaints if they occur on the job.

2.   Other Forms of Discriminatory Harassment

Discriminatory harassment towards employees based upon race, age, gender, religion, disability, national origin, veteran status, sexual orientation, or other protected traits is unacceptable conduct and will not be tolerated. Whether specific conduct will constitute discriminatory harassment as defined by law depends upon the particular circumstances of the situation; however, for purposes of this policy, the following are some examples of conduct which may constitute discriminatory harassment: using racial, religious, or ethnic slurs; using other language including telling jokes that would reasonably offend members of a given racial, age, gender, religious, disability, nationality, veteran status, sexual orientation, or other protected group; distributing or displaying any materials that would reasonably offend members of a given racial, age, gender, religious, disability, nationality, veteran status, sexual orientation, or other protected group; displaying written or graphic materials on computer terminals that would reasonably offend members of a given racial, age, gender, religious, disability, nationality, veteran status, sexual orientation, or other protected group; displaying symbols, pictures, cartoons, posters, or graphic materials that would reasonably offend members of a given racial, age, gender, religious, disability, nationality, veteran status, sexual orientation, or other protected group; offensive verbal or physical harassment directed at an individual due to that individual's membership in any racial, age, gender, religious, disability, nationality, veteran status, sexual orientation, or other protected group.

**Harassment Reporting Procedures**

The Corporation is committed to eliminating discriminatory harassment from the workplace and will take all reasonable measures to do so. Nevertheless, if management is not aware that harassment is taking place, the situation cannot be addressed. Accordingly, all employees, managers and supervisors must:

1.   Immediately report all discriminatory harassment you have experienced or observed to any one of the following individuals: (a) your immediate supervisor or the manager of your department; (b) your Employee Relations Manager or the Human Resources Manager for

http://homepage/d_hr/employee_handbook.html                        4/22/2005

H00000020

your work group; (c) your Plant Manager; OR (d) any other manager or supervisor with whom you feel comfortable discussing the situation.

2. Cooperate with the individual who investigates your report of discriminatory harassment by providing detailed information regarding the situation including, but not limited to, the identity of the harasser, the identity of the victim(s), the date(s) of the incidents, the conduct being complained of, and any witnesses to the conduct.

3. If you do not cooperate with the Corporation in investigating any potential discriminatory harassment, the Corporation will be unable to conduct a proper investigation or take prompt remedial action. Accordingly, any employee (including managers and supervisors) who fails to cooperate with the Corporation in its investigation will be subject to discipline up to and including discharge.

Any manager or supervisor who receives an employee complaint of discriminatory harassment or otherwise becomes aware of discriminatory harassment in the workplace, must immediately report the discriminatory harassment to the appropriate Employee Relations Manager or Human Resources Manager responsible for the workplace location.

Information concerning harassment complaints will be treated with the appropriate confidentiality. Management personnel needs to participate in the investigation, the alleged harasser, and any witnesses may be contacted during the investigation and thereby learn of the complaint. Discussion of the complaint or the results of the investigation will be limited to those necessary to conduct the investigation, to take any appropriate remedial measures, and to administer and manage the Corporation's Policy Against Discriminatory Harassment.

If you have been offended by harassing or offensive conduct which you feel is inappropriate, but is not sufficiently severe and pervasive to constitute a discriminatory hostile work environment and you are comfortable doing so, you should politely but firmly confront the individual engaging in the conduct, indicate that the conduct is not welcome, and ask the individual to stop. If you are not comfortable doing so, or if the conduct persists, you should notify your supervisor, Employee Relations, or a member of management.

**Harassment Investigation Procedures**

When a harassment complaint is made, the Employee Relations Manager or Human Resources Manager responsible for the workplace location will conduct a prompt investigation as may be appropriate under the circumstances. If the harassment has occurred within the chain of command of the individual responsible for conducting the investigation, arrangements will be made to designate an appropriate individual to conduct a neutral investigation. Without the presence of the complaining employee, the investigator will inform the alleged harasser that a complaint has been made, explain the nature of the complaint, and obtain the alleged harasser's version of the incident(s). The investigator may obtain additional evidence or facts from any witnesses, other possible victims or co-workers.

The Corporation will warn any individual accused of harassing conduct that retaliation or reprisal taken against an individual who has complained of harassment is not permitted. Any person who retaliates or takes reprisals against a person who has made a good faith report will be subject to discipline, up to and including discharge from employment.

Once relevant information has been obtained, the Law Department, cooperating with the

Employee Relations Manager or Human Resources Manager responsible for the workplace location, will determine whether discriminatory harassment has occurred and promptly communicate that decision to the complaining employee, the alleged harasser, and any appropriate manager or supervisory employee who needs the information to implement prompt remedial measures. Either the complaining employee or the alleged harasser may appeal this decision in a written note or letter promptly delivered to the General Counsel.

### Remedial Measures

In all cases where discriminatory harassment has occurred, appropriate remedial measures will be taken to bring the harassment to an end. In all such cases, the remedial measures will be designed to ensure that the victim of the harassment is not subjected to further harassing conduct by the harasser. Such remedial measures are not progressive, will depend upon the factual circumstances of each case, and may include a verbal warning, additional training or supervision, a written warning, suspension, and/or other disciplinary measures up to and including discharge from employment. In some cases, remedial measures may be taken pending investigation to ensure that no harassing conduct occurs during the investigation. If the harassment persists after remedial measures are taken, the individual experiencing the harassment must report the matter immediately so that additional appropriate remedial measures may be taken.

If it is determined that a complaint of discriminatory harassment has not been made in good faith or has been made for an improper purpose, disciplinary action may be taken against the complainant, up to and including discharge from employment.

### Record Keeping

All records of investigations under these procedures must be retained for the duration of employment of the individuals involved plus 18 months. Only such records will be retained in an employee's file as are deemed appropriate for inclusion based upon the disciplinary measures taken affecting the employee.

### INAPPROPRIATE CONDUCT (HR Policy 2.25)

The Corporation prohibits inappropriate conduct and activity in the workplace, including but not limited to the following:

**Sexual Activity or Contact.** Employees may not engage in any sexual activity or contact in the workplace. This includes, but is not limited to, any and all touching, contact, or behavior of a sexual nature and other behavior which has the effect or purpose of obtaining or giving sexual gratification or arousal.

**Abusive Conduct.** Employees may not engage in workplace conduct which has the purpose or effect of intimidating, threatening, or publicly humiliating another.

**Other Unacceptable Conduct.** Employees may not engage in any workplace conduct which generally would be found to be grossly unacceptable or unprofessional.

**Consensual Relationships.** Consensual romantic and/or sexual relationships between a manager or supervisor and an employee he or she directly supervises are

IMPORTANT NOTICE

prohibited. Consensual romantic and/or sexual relationships between a manager or supervisor and an employee that he or she does not directly supervise will be considered carefully and appropriate action may be taken. Any manager or supervisor involved in such a relationship must report the relationship to his or her immediate supervisor, Employee Relations Manager, or Plant Manager.

For purposes of this policy, "workplace" shall include all Corporation property, including but not limited to parking lots and vehicles, as well as any other areas off Corporation property where an employee typically performs or is performing job related duties. Violation of this policy will not be tolerated and will result in disciplinary action up to and including discharge from employment.

Employees who experience or are aware of behavior that violates this policy should report it to their supervisor, Employee Relations, or any member of management.

## AMERICANS WITH DISABILITIES ACT (ADA) (HR Policy 2.33)

It is the policy of Hershey Foods Corporation to provide equal opportunities for all qualified individuals with physical or mental disabilities and to comply with all applicable laws and regulations of the Americans with Disabilities Act (ADA).

The ADA is a federal law which makes it illegal to discriminate against individuals with disabilities in all aspects of employment, public services, transportation, and telecommunications. The law requires that we not discriminate against any qualified person on the basis of a disability including recruitment, hiring, examinations, firing, salaries, promotions, assignments, benefits, etc. All hiring decisions must be based on the "essential functions" of a job and employers are required to make "reasonable accommodations" to qualified individuals with a disability so that those individuals are able to perform the essential functions of a job.

The ADA is not an affirmative action mandate for employers. It does not require the selection of an applicant with a disability over one without an impairment. It merely seeks to ensure that persons with a disability compete on a level playing field with non-disabled employees with regard to the ability to perform the essential functions of the job. The Equal Employment Opportunity Commission defines essential functions of a job as those duties which are fundamental to the position and does not include tasks that are marginal or infrequent.

If you have any questions or need more information on the ADA, please contact Employee Relations.

## COMPUTER USAGE POLICIES

All computers, and our company computer network, and associated computer equipment within the company are company property. As such, the data, files, and other information stored on the computers, network, and associated equipment are company property. Users should not expect that anything stored on the computer system is private. If management becomes aware of unauthorized information on the system, the information will be removed. All computer users must be aware of the need for adequate information security, since much of the data which is recorded and/or collected via computers can be considered company confidential. Unauthorized software

H00000023

IMPORTANT NOTICE

is not allowed and is defined as any software which has been installed on any PC, workstation, network server, or on computers connected to the network which has not been installed under accepted Corporate Information Technology guidelines. Computer viruses are a company confidential issue as well. We do not want to jeopardize Hershey's outstanding credibility with its customers or consumers by giving them reason to think a virus has affected the quality of our service, business, or products. In order to avoid virus contamination, it is unacceptable for users of Hershey computers to use or install unauthorized software such as games, screen savers, bitmap images, etc., or floppy disks of unknown origin in any PC within the company. When a virus is detected, it should not be discussed other than to notify your manager who in response will contact the Help Desk, who will dispatch appropriate technical personnel to remove the virus.

The circulation and forwarding of chain letters via e-mail facilities is not acceptable. Chain letters are a waste of company time and resources. If you receive a chain letter, it should be immediately discarded and not forwarded to others while at work. Electronic mail is a company resource which is provided for conducting company business. The company has the right to access, review, copy, or delete any messages for any purpose and to disclose them to any person inside or outside the company as appropriate. Accordingly, employees should not use the e-mail systems to send, receive, or store any messages that they wish to keep private. The company may also automatically delete old messages to save storage space.

Users of company-wide systems, including the Internet resources, are expected to exercise due professional care and integrity in their communication across the network. The creation and/or exchange of any photographs or materials that display either sexually suggestive, offensive, or obscene matters and/or communications that may contain language that is either profane, suggestive, or offensive in nature are inappropriate and should not be shared with fellow employees, transmitted or stored in any company files, but should be reported to your manager or Human Resources.

Compliance with these requirements is of utmost importance as information technology is such an intricate and important part of our daily business transactions. Failure to comply with these guidelines and policies will result in disciplinary action up to and including termination of employment. Due to the critical importance of every Hershey employee knowing and following these policies and procedures, the full company policy on appropriate email and Internet usage follows:

**Hershey Foods Corporation Electronic Mail Appropriate Use Policy**

**Purpose**

Electronic mail (email) has progressed from a simple internal company communication device to a global communication media which is critical to business productivity. New email capabilities and enhanced internal networks, combined with rapidly expanding Internet communication, permit almost instant communication between employees, customers, suppliers, and business partners.

The purpose of this Electronic Mail Appropriate Use Policy is to establish rules and conditions for appropriate email communications. The policy also establishes retention guidelines and reinforces that the Hershey Foods Corporation (Hershey) rules of ethical conduct apply to email communications. The policy supersedes any prior policies. Due to the rapidly changing technology, this policy may be updated periodically.

**Scope**

http://homepage/d_hr/employee_handbook.html

4/22/2005

H00000024

This policy applies to all users who undertake email communications, as defined below.

*"Users"* include Hershey employees, contractors, vendors, and any other parties who have the ability to send or receive email by way of the Hershey email system.

*"Email communication"* includes any email text message, attachment, or fax which is transmitted through the use of Hershey computer resources or to a Hershey provided email resource, as well as any such communications which might be construed as intended to represent Hershey.

### Responsibilities and Requirements for Effective Business Use

1. Ethical and Responsible Business Use

   Email is provided for business purposes and is intended to be a productivity enhancing tool. Users must ensure that email is used in such a manner. Users are expected to exercise due professional care and integrity in all email communications and should not engage in any email communications which is not consistent with the Hershey Code of Ethical Business Conduct.

2. Privacy/Monitoring

   Users of the Hershey email system should have no reasonable expectation of privacy with respect to the content of any email communications, including personal email communications. Email communications can, depending upon the technology, be forwarded, intercepted, printed, and stored, and used by both intended and unintended recipients. In addition, while it is not Hershey's policy to regularly monitor email communications, the content and usage of all email communications may be monitored to support operational, maintenance, auditing, security, and investigative activities. Users should structure their email communications accordingly.

3. Retention

   Due to the high utilization of Hershey email communications, it is the responsibility of all users to purge email no longer needed for business purposes. All users are expected to exercise appropriate judgment with respect to the burdens which their use places upon the email system and are subject to the following storage and retention rules:

   a) The overall storage capacity per mailbox is limited to a total of 25 megabytes.

   b) Email communications in your inbox that are in excess of ninety (90) days old will automatically be purged from the email system.

   c) The maximum "attachment" size for any email communication is limited to five (5) megabytes.

4. Security

   Users must exercise prudent caution in transmitting Hershey confidential information via the Internet. Like any electronic communication traveling across a public network, email is subject to possible interception. Further, there is no guarantee of confidentiality when email

is transmitted across a public network like the Internet. Users are reminded that email messages are not encrypted by default so alternative delivery methods should be considered for highly sensitive or confidential material.

Users must recognize that email can be distributed beyond the sender's original intent, possibly to parties who should not be recipients. If appropriate, the sender should clearly indicate at the beginning of the email that the contents are not meant for re-distribution.

Proper care should be exercised in addressing email communications to make certain that messages are not inadvertently sent to inappropriate recipients. In particular, exercise care when using distribution lists to be sure that all addressees are appropriate recipients of the information.

5. Prohibited Conduct

Any prohibited or inappropriate use of email will result in disciplinary action, up to and including discharge and pursuit of any other remedies available under law, based upon the severity of the violation.

Email communications should never contain inappropriate, offensive, or unethical content. Users must ensure that any communication is courteous, professional, and businesslike. Specifically, users may not transmit, circulate, or distribute any email communications that contain:

    a) profane, vulgar, obscene, offensive, harassing, defamatory, or other inappropriate comments or materials

    b) discriminatory comments based on sex, race, religion, age, national origin, disability, or other protected traits

    c) personal information about any individual without legitimate business purpose or prior authorization

    d) trade secrets or confidential information to outside individuals or companies not authorized to receive the information

    e) chain letters

    f) excessive personal messages

    g) information relating to a personal business

Misrepresenting, obscuring, suppressing, or replacing a user's identity on an email communication is forbidden. The user name, email address, organizational affiliation, and related information included with email communications or electronic postings must reflect the actual originator of the message or posting.

Except where specifically authorized, users may not intercept, disclose, or assist in the interception or disclosure of email.

Automatic forwarding of email communications, distribution lists, or address books to a non-

Hershey email systems is prohibited. This practice precludes Hershey from guaranteeing the confidentiality of the information contained within the email communication.

Use of the email system for any purpose in violation of any laws is strictly prohibited.

6. Corporate Representation and Disclaimers

Users must exercise due professional care to ensure that all email messages are appropriate and acceptable. Personal opinions should be proceeded with a disclaimer stating that the comment(s) are of a personal nature and not representative of Hershey.

## Compliance

Use of Hershey email resources constitutes consent to the terms of this policy, including monitoring and evaluation of email communications. If you do not agree to comply with this policy, your email account will be revoked.

Any questions regarding this policy or your use of the email system should be directed to the ITI Help Desk. Every employee before being provided email access must read and sign an acknowledgment and agreement regarding this policy.

## Hershey Foods Corporation Internet Appropriate Policy

1. Confidentiality

Users of Hershey's Internet resources must take appropriate precautions to protect information that is deemed to be "company confidential" as outlined in Hershey's Company Confidential Information Policy.

Until implementation of a company-standard encryption software package, consideration must be given to using fax, the U.S. Postal Service, or other delivery services for sending information deemed to be "company confidential" rather than using the Internet.

2. World Wide Web Issues

a) Employees wanting to disseminate information across the Internet via Hershey's World Wide Web-site should contact the HFC Corporate Communications Department.

b) No web servers are to be implemented using company resources without formal authorization from ITI.

c) Employees with personal "homepages" via their private Internet access provider must not misrepresent their personal site as an extension of Hershey Foods Corporation.

3. Security Issues

a) All access of the Internet from within any of Hershey's internal networks must be via Hershey's Internet connection.

b) A standard set of Internet access tools, tested, approved, and supported by ITI will be made available to authorized users. Users may experience difficulties if they attempt to use

H00000027

other Internet software. All network-based Internet software must be tested and approved by ITI before it is used on Hershey's internal networks.

c) Requests for addition of Internet services that are not currently supported must be directed to ITI. All requests for new services must be reviewed by ITI for their impact on security and supportability.

d) Hershey's Internet connection utilizes a specialized computer, called a "firewall", to secure the interface between Hershey's private, secure networks and the Internet. The primary purposes of the firewall networks from the Internet and to restrict access to the Internet to only authorized users and services.

e) Any perceived Internet security breaches or use violations should be reported immediately to ITI Security via an email to itisec@hersheys.com or the Help Desk at ext 5630.

f) Violations of this Internet Appropriate Use Policy, including excessive personal use or inappropriate use, will result in disciplinary action up to and including discharge and pursuit of other remedies available under law based on the severity of the violation.

4. Obtaining Internet Access

a) Employees can obtain Internet access from their desktop by submitting a completed Internet Access Request Form and a signed Acknowledgment of and Agreement to Terms of Hershey Foods Corporation Internet Appropriate Use Policy to the ITI Information Security Department. The forms must be signed by the applicant indicating that the applicant has read, understands, and agrees to comply with the guidelines in the Internet Appropriate Use Policy. The forms must also be approved by the requester's manager.

b) New Internet users are encouraged to complete classroom or self-study Internet Explorer training available through the ITI Training Department prior to using the Internet.

c) Users are responsible for ensuring that virus protection is available for their PC before requesting Internet access. If you have read the Appropriate Use Policy and are interested in access to the Internet, print a copy of the Acknowledgment of and Agreement to Terms of Hershey Foods Corporation Internet Appropriate Use Policy; then go to the Internet Access Request Form and print a copy of the form. The forms should be completed, signed, and then sent to Information Security at the Data Center.

5. News Groups

a) Hershey employees are not permitted to use Hershey's Internet resources to start, moderate, or participate in an Internet newsgroup without prior approval of user's manager.

b) Users of Hershey-provided resources must restrict their access to newsgroups that have a direct bearing on Hershey and the user's job responsibilities.

c) Newsgroups function as a great source of information. Adding new information (posting) to newsgroups is very much the same as using email and the same restrictions and warnings noted above apply to newsgroups as well.

H00000028

d) Remember that newsgroup postings are traceable to Hershey. Where applicable, users must ensure that newsgroup postings carry an appropriate disclaimer indicating that statements and opinions contained in the post are personal and may not reflect Hershey's official position.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## YOUR EMPLOYMENT

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## WORKING HOURS

The normal Hershey workday is 7.75 hours. The normal work week is 38.75 hours. Office hours are from 8:00 a.m. to 4:30 p.m., Monday through Friday. The normal lunch period is from 12:00 p.m. to 12:45 p.m.

In certain departments, work schedules may vary. Please discuss your work schedule with your manager.

Our non-exempt employees will receive overtime pay at 1½ times their equivalent hourly rate if they work more than 40 hours per week. Hours between 38.75 and 40.0 will be paid at the normal equivalent straight-time rate. Overtime must be authorized in advance by your department manager.

## EMPLOYEE STATUS  (HR Policy 3.2)

As a Hershey employee, you may be full-time salaried exempt or non-exempt or may be a continuous part-time (CPT) employee. Exempt salaried employees are not paid overtime if their work week extends beyond 38.75 hours. Non-exempt salaried employees are paid overtime including straight time for hours worked between 38.75 hours and 40.0 hours per week and one-and-one-half time for all hours worked over 40.0 hours per week. The only exception to this are salaried exempt first line production supervisors who receive time and one-half for hours worked over 45.0 hours per week when such hours are in the supervision of other employees. Although a CPT would not normally work overtime, if they did, they would receive overtime pay the same as a non-exempt full-time employee. Overtime worked must be reported within the pay period it is worked.

Compensatory time off may be given as an alternative to overtime pay but with the mutual agreement of both the employee and their manager. Overtime compensated by compensatory time off must be compensated at the rate of time and one-half and must be taken by the next regular pay period.

Based on short or long-term personal needs or changes in job responsibilities, a full-time salaried employee, whether exempt or non-exempt, can change to a continuous part-time status, with the approval of the employee's manager. The maximum hours a CPT can work is 25 hours per week. Also, all benefits an employee has under FLEX as a full-time employee terminate at midnight of the day prior to changing to CPT status. Participation in the Hershey Retirement Account, ESSIOP, and HESPP, if elected, will be continued. Vacation eligibility will be calculated on a pro-rated basis determined by hours worked per week. Employees hired as CPTs or those

H00000029

changing from full-time to CPT status as of July 1, 2000 and later will receive a maximum of 10 days vacation per year-regardless of years of service.

There is a separate Continuous Part-Time Employee Handbook that is made available when you are hired as a CPT or change from full-time to continuous part-time status. You can directly access this document by clicking on the blue highlighted title above.

---

## FLEXTIME (HR Policy 2.19)

Flextime is a work schedule that permits employees to choose their starting, lunch, and quitting times during the workday. Any flextime schedules must be approved by your manager.

Workdays may begin on the half hour between 6:30 a.m. and 9:30 a.m.

Workdays may end on the half hour at or after 3:00 p.m. Employees are required to work 7.75 hours each day (38.75 hours/week). The current 45-minute lunch period will be maintained. Employees may take lunch between 10:30 a.m. and 2:00 p.m.

NOTE: THE OFFICIAL HOURS OF BUSINESS CONTINUE TO BEGIN AT 8:00 A.M. AND END AT 4:30 P.M.

These guidelines should in no way supersede area practices, rotating shift schedules, or any existing or future business required schedules.

---

## PAYROLL INFORMATION/DIRECT DEPOSIT

Our paydays at Hershey are on Fridays on a bi-weekly basis. If a Friday pay falls on a holiday, you will receive your paycheck on the immediate preceding workday.

Your paycheck includes a statement of earnings and any deductions for the pay period just ended and for year-to-date earnings. The Company is required by law to make certain deductions from your salary for various taxes.

You may utilize payroll deductions for certain benefit plan contributions such as Employee Savings and Stock Investment Ownership Plan (ESSIOP), U.S. Savings Bond purchases, United Way Fund contributions, and other approved related programs. Please contact Payroll for information on payroll deductions. We encourage you to participate in our Direct Deposit Program which will allow you to automatically deposit your paycheck in your personal accounts within your selected participating financial institutions. You may be a full-time or part-time employee of Hershey to enroll. You can start, stop, or change financial institutions or accounts when you wish. However, if you drop out of Direct Deposit, you must wait six months to be eligible to rejoin.

Some of the benefits of this program for you, the employee, are:

- No service charges are involved.

- No chance of lost or stolen checks.

http://homepage/d_hr/employee_handbook.html

4/22/2005

H00000030

- No going to the bank or standing in line just to deposit your check.
- Your pay will be deposited at the start of business on payday.
- No need to make special arrangements when you are on vacation or ill.
- No chance for overdrafts because you could not deposit your check on time.

You will receive an "earnings statement" on payday which will verify your deposited check.

If you would like more information to enroll in this program, contact Employee Relations or the Payroll Department.

## EMPLOYEE IDENTIFICATION

Hershey employees receive a photo identification card. You should keep this card in your possession at all times while in Hershey Foods Corporation facilities – it is proof that you are an employee and provides for your admission to the Hershey premises that you have been authorized to enter.

Hershey identification and access badges are the property of Hershey Foods Corporation. Employees must surrender their badges upon retirement, termination, lay-off, or at the request of management or Security.

Your ID cards may also be requested when purchasing products from the Company store and Chocolate World and when using a Hershey physical fitness facility.

ID cards are not transferable. If your ID card is lost, please contact the Employee Relations Department and a replacement ID card will be issued immediately. In the event that your ID card is lost a second time or more, a minimal replacement fee will be charged to you.

Before or after business hours, you must present your identification and sign in or out. If you are working late, you should notify the Security Department that you are still in the building in case of an emergency.

Certain areas require special identification and/or clearance for entrance.

- When in the Hershey Plant manufacturing areas at 19 E. Chocolate Avenue, all Company staff employees must wear their photo identification badge. You must comply with the safety and grooming regulations which apply in that area of the Plant.
- Other areas may be designated as restricted or controlled areas requiring special clearance. If you must use one of these areas, please see the area manager, who will explain any control procedures you must honor.

## PERSONAL DATA CHANGES

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

H00000031

In order to keep your personnel records up-to-date, please notify your manager so they can note any changes on your blue personnel profile and forward it to the Employee Service Center (ESC) or you may update personal changes by using the online <u>Personal Data Form</u>. Changes to be noted would be your address, telephone number, marital status, number of dependents, positions held, education, or military service status. Keeping your personnel record accurate and current is important and will enable the Human Resources Department to better serve you.

## PERSONAL APPEARANCE

The goal is to provide a comfortable, yet appropriate, work environment for our employees. We expect that employees will choose neat, clean attire that is suitable for the office and their job responsibilities, as well as create a proper impression with customers and visitors in the workplace. The ability to inspire trust and gain the confidence of internal and external customers depends in part on presenting a professional image in your appearance and actions. At work, our employees are a message about Hershey Foods Corporation and that message must be top-notch and professional. Business casual is permissible at all times. This should allow you to feel comfortable at work, and still present a neat and professional image. The full provisions of the Personal Dress Guidelines including examples of "do's" and "don'ts" can be found on the Dress Code Committee's <u>Dress Code Policy</u> web page.

## SMOKING IN THE WORKPLACE  (<u>HR Policy 2.6</u>)

It is the intent of Hershey to control smoking in the workplace (buildings, facilities, and vehicles) recognizing and accepting the position of the Surgeon General of the United States regarding smoking and secondary smoking which states that for the majority of American workers, cigarette smoking represents a greater cause of death and disability than their workplace environment.

In order to ensure consistency throughout the workplace, the following will apply:

- Smoking is prohibited at 100 Crystal A Drive and the Data Center as well as on all private grounds surrounding these buildings.

- Likewise, smoking is prohibited at the Technical Center and all private surrounding grounds.

- Smoking is prohibited at 1 East and 14 East Chocolate Avenue buildings. Smoking in 19 East is restricted to the smoking area located in the cafeteria.

These guidelines will in no way supersede local or state laws, area practices, union agreements, or any existing or future regulations established for fire, health, or safety reasons.

## EMPLOYEE SOLICITATIONS  (<u>HR Policy 2.10</u>)

With the exception of an annual United Way Campaign, Children's Miracle Network, Savings Bond Drive, and periodic Blood Drives, the Company does not permit employees to solicit or to be solicited during normal business hours.

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

If you wish to secure the help of your fellow employees to satisfy a non-commercial, charitable need, please contact your manager or the Employee Relations Department for guidance and approval.

## SUBSTANCE ABUSE (HR Policy 2.7)

Substance abuse presents a serious threat to employee health and safety, as well as the well-being of our Company and can tragically destroy families, careers, and lives. Employees who feel they are having a substance abuse related problem are encouraged to seek confidential assistance. This applies whether the problem is one of physical illness, mental or emotional illness, financial, marital or family distresses, legal problems, or other concerns, or a combination of these which may be manifested in alcoholism and other drug abuse. Hershey retains the right to conduct, without prior notice, random drug testing for cause. Employees can contact the Employee Assistance Program and/or the Hershey Health Services Department for assistance.

## COMMUNICATIONS

Communications are very important at Hershey. We are part of a very dynamic corporation that is always growing and adapting to changes dictated by our own preferences, current events, and of course, those dictated by law. We have committed ourselves to making every effort to keep you aware of all those changes and other current information. We ask that you, in turn, take an active approach to the following means of communication.

- Hershey Hot Line

  The Hershey Hot Line is a monthly news publication about local and corporate events. Issues are "desk dropped" monthly.

- Hershey Intranet Site

  Hershey Foods employees who have access to the Intranet can "click on" their Microsoft Internet Explorer Icon and review the resources offered on the Intranet. This site contains on-line salaried postings, HR forms, benefits, and other employee and employee-related information. Some functions, such as the Hershey Plant, have their own web sites.

- Bulletin Board and Easels

  In this handbook, you have been directed to the bulletin boards as a source of information. As an employee, you should make it a habit to read materials posted on them which include job opportunities, safety, community events, Hershey Foods Stock Prices and quarterly earnings reports, and other relevant Company information. All personal employee postings must be approved prior to posting.

  Easels will be placed at building entrances to attract attention to information that is timely in nature. It is a good idea to make yourself aware of the information posted on them; it could be anything from a temporary parking lot closure to specially available

training.

## VISITORS

All visitors who enter Company buildings during normal working hours must report to the receptionist and be issued a visitor's pass.

You or your designated representative will escort your visitor into the work area. You will be personally responsible for your visitor as long as they are in your area. Also, please escort your visitor when they leave the building. If this departure is after normal business hours, make sure the visitor is escorted out of the building and has signed the appropriate visitor's register.

If your visitor has business with someone else at Hershey, please escort them to the next employee, who assumes full responsibility for the visitor. If the visitor has business in the plant, make sure they sign out from the office and escort them to the Security Office, which then assumes responsibility.

## PARKING

Off-street parking lots are provided for our employees. Please obtain a parking permit for your vehicle from Security. If you change your vehicle or misplace your permit, you must notify Security and they will issue a new parking permit. On-street parking is for visitors having short duration business. We expect employees to keep this space open and use the parking lots provided. In addition, please follow the designated parking lot guidelines, i.e. handicap areas, etc.

Hershey is not responsible for any damage to your vehicle or theft while parked on a Company lot.

## MEDICAL FACILITIES/EMERGENCIES (HR Policy 2.4)

Hershey maintains a well-staffed and equipped Health Services Department. The facility is located just inside the main entrance to the Hershey Plant at 19 East Chocolate Avenue. It may be contacted by calling 534-4203 or 534-4205. If you become ill or injured at work, you should immediately contact your supervisor.

In case of an *emergency*, please call the following telephone number for your building location:

| BUILDING | TELEPHONE NUMBER |
|---|---|
| 19 East | 4911 (Heart Team) |
| 14 East | 911 |
| 1 East | 911 |
| 100 Crystal A Drive | 911 |
| Data Center | 911 |
| Technical Center | 911 |

http://homepage/d_hr/employee_handbook.html

4/22/2005

H00000034

The HEART-Team is a group of employees at the 19 East building who are certified and/or trained to respond to medical emergencies. The 911 number for the other locations will result in a faster response to the medical emergency. If you work at a location outside of Hershey, PA, contact your manager or Employee Relations representative for established procedures for emergencies at your facility.

In the event of a personal problem such as drug or alcohol abuse, marital or family, emotional difficulty or other health problems, the Health Services Department will assist you in obtaining appropriate treatment. All contacts regarding your personal problems will be confidential, regardless of the situation or individuals involved.

Medical records are regarded as confidential and will not be shared with management or others unless authorized by you. The only exceptions are when it is necessary to provide an accommodation of a disability or to enable emergency care givers to provide appropriate care or when authorized by law.

---

## EMPLOYEE ASSISTANCE PROGRAM (EAP) (HR Policy 5.1)

The Employee Assistance Program is a voluntary, professional and confidential counseling service designed to help employees and eligible members of their families resolve their personal problems. Counseling services are available to help with a variety of problems such as:

| | |
|---|---|
| Emotional | Parenting |
| Family | Psychiatric |
| Marital | Retirement |
| Alcohol | Aging |
| Drugs | Stress |
| Career | Adoption |
| Legal | Sexuality |
| Financial | Medical |

All contacts with the Employee Assistance Plan are strictly confidential. No information will be released without written consent by the employee or family member. A professional counselor will handle your call and help you decide what resources or services will be most appropriate. See the intranet for contact information on Hershey's Employee Assistance Plans.

---

## SAFETY

Hershey continues to provide a safe workplace for all employees. It is the responsibility of all employees to maintain their work area in a safe manner. Behaviors or activities which compromise the security of our employees will not be tolerated. Also, if you should become aware of any situation that presents a threat to your personal security or that of another employee, you should immediately report the incident to your manager, Human Resources, or on-site Security personnel. Employees should not try to correct the situation themselves.

H00000035

IMPORTANT NOTICE

All of our employees should be aware of the evacuation routes and fire signals for the facility in which they work and be prepared to follow them when needed. Please ask your manager for more specific information concerning your area and routes.

---

## ENJOYING OUR PRODUCTS

So you can enjoy our products at a discount, Hershey operates employee stores at 19 East Chocolate and 100 Crystal A Drive. We feature many of the products produced by the Corporation which are available only to you, an employee, at these special discount rates. The store is located adjacent to the Plant Employee Relations Department at the Hershey Plant. If you wish to purchase items, you must show your Company ID card. Your spouse may also make purchases at the store if they show their Company medical ID card. Company products may also be purchased at discount prices at Hershey's Chocolate World.

Only candy purchased at the employee store may be removed from the Company premises. Candy provided in the office area is to be eaten on the premises and not taken home.

---

## EMPLOYMENT VERIFICATIONS

During your career with Hershey, you will no doubt be making major purchases such as a home or car, or renting a home or apartment, at which time a verification of your employment will be requested. This is done through an automated telephone system. Managers/supervisors should not be providing references but rather forward any requests on current or former employees to Employee Relations. The Work Number For Everyone website provides additional information on employment verifications.

*********************************************************************

## ATTENDANCE AND PAID TIME OFF

*********************************************************************

## VACATION (HR Procedure 4.6)

---

## HOLIDAYS (HR Procedure 4.7)

Salaried employees in Hershey, PA celebrate 12 holidays each year:

New Year's Day
Good Friday
First Friday In May
Memorial Day
Independence Day
Labor Day

4/22/2005

H00000036

Thanksgiving Day
The Day Following Thanksgiving Day
Christmas Day
2 Floating Holidays
1 Discretionary Holiday

The floating holidays will be announced in advance and the discretionary holiday is to be selected individually with your manager's approval. The discretionary holiday may be taken singularly or used, for example, to add onto existing holidays, weekends, or scheduled vacations. Check with your manager or Employee Relations representative for your annual holiday schedule if you work outside of Hershey, PA.

---

## EMERGENCY AND PROFESSIONAL APPOINTMENT ABSENCES  (HR Procedure 4.3)

*Emergency absences* are of short duration, usually one to three hours. Employees are required to report back to the job as soon as the emergency situation is temporarily resolved.   Examples are:

- House related such as pipes freezing or basement flooding.

- Transportation related such as accident, break down on the way to work, or icy roads.

- Family care related such as sitter cancels or sudden illness of child or other family members

- Professional appointment absences are usually of short duration, one to three hours, caused by the requirement to be present during the office hours of a professional. Employees are required to minimize the time away from work by leaving from work immediately before the appointment and reporting back to their job immediately afterwards.  Examples are:

*Professional appointment* absences are usually of short duration, one to three hours, caused by the requirement to be present during the office hours of a professional. Employees are required to minimize the time away from work by leaving from work immediately before the appointment and reporting back to their job immediately afterwards.  Examples are:

- Doctor/Dentist Appointment
- Internal Revenue Service Audit
- Accountant/Attorney Appointment
- Teacher Conferences
- House Settlement
- Court Appearance

---

## ATTENDANCE

The Company's departmental responsibilities and schedules have been carefully planned so that we can all achieve high levels of efficiency, productivity, and continued success.  Therefore, it is extremely important that you report to work regularly and promptly each day.

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

H00000037

We all recognize there may be times when you must be absent because of illness, accident, or personal emergency. If you are ill and unable to work, call your manager at work as soon as possible to give the reason for your absence and the date you expect to return. If you need time off for an emergency other than illness, you should discuss the matter with your manager.

The Company uses an industry standard of 2.0% absenteeism in determining abuse while taking into consideration individual circumstances and reasons. Countable absences do not include any that are FMLA covered or are for Death In The Family, Jury Duty, or Military Leave. Absences not FMLA protected are counted on a day-by-day basis with no adjustments for consecutive days equaling one incident.

## INCLEMENT WEATHER  (HR Policy 2.23)

It is the Company's policy that its office and manufacturing facilities are open during normal hours/shifts regardless of weather conditions. Employees who elect not to report to work for the day may use vacation days, discretionary holiday, or time off without pay. Lateness or early departure due to inclement weather may be covered through the Emergency Absence Policy if less than 4 hours, through use of a half-day vacation or without pay.

## DEATH IN FAMILY  (HR Procedure 4.1)

Paid time off due to the death of a member of an employee's immediate family is limited to **up to three (3) days** from date of death up to and including the date of internment or alternative service for the following relationships:

- Current spouse
- Child (including step, adopted, and still-born)
- Parent (including step)
- Brother/Sister (including step, half)
- Grandparent
- Great grandparent
- Father/Mother-in-law (including step)
- Grandchild/Great grandchild
- Son/Daughter-in-law
- Legal guardian

Paid time off due to the death of a member of an employee's immediate family is limited to **one (1) day** -- the date of internment or alternative service for the following relationships:

http://homepage/d_hr/employee_handbook.html                              4/22/2005

H00000038

- Grandparent-in-law

- Great grandparent-in-law

- Brother/Sister-in-law (including spouse's)

Please discuss with your manager how many days you will be absent. Additional time off without pay or use of vacation days may be granted by your manager.

---

## JURY DUTY (HR Procedure 4.2)

Hershey recognizes that jury duty is a necessary civic obligation for every employee. You will receive your base salary less the daily compensation you receive from the court when you are absent from work due to jury duty.

Please follow these steps if you are selected for jury duty:

- Notify your manager when you first become aware of the jury duty assignment. You will be granted time off for the duration of the jury duty.

- Upon your return to work, be sure to bring a signed statement of compensation received from the court. Your manager will submit this to the Payroll Department for processing.

- Payroll will deduct the amount of jury duty compensation, excluding received reimbursement for daily travel expenses, from your next regular pay.

- If the jury duty compensation is greater than the salary of the employee, the excess is to be retained by the employee.

- Court appearances other than for jury duty or subpoenaed to appear in court will not be compensable under the jury duty procedure. Available Emergency/Professional time may be used with your manager's approval. If Emergency/Professional time isn't available, the time off will not be compensated.

---

## SALARY CONTINUANCE/SHORT TERM DISABILITY (HR Procedure 5.2)

As a full-time employee, if you are absent from work due to personal illness, the Company will continue to pay you your salary under the Salary Continuation Plan. If your absence is due to short-term disability, you will continue to receive 100% of your base pay for the first 13 weeks and then 85% of your base pay for a second 13 weeks. The income benefit you have after this 26-week period is dependent on your Long-Term Disability election under FLEX Benefits in coordination with Social Security Disability if qualified..

---

## LEAVES OF ABSENCE

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

## FAMILY AND MEDICAL LEAVE ACT  (HR Procedure 4.4)

The Family and Medical Leave Act of 1993 provides up to 12 weeks of job-protected leave for specific situations to employees who work within 75 miles of a Company site with 50 or more employees. To qualify, employees must have worked for the Company at least 12 months and have worked 1,250 hours in the 12 months prior to the leave request.

Qualified employees may take a leave for the birth or placement of a child for adoption or foster care; to care for a certified seriously ill child, spouse, or parent; or for an employee's own certified serious health condition.

Prior to beginning an unpaid leave for the care of an eligible dependent, employees are required to use all earned vacation and paid time off before taking qualified unpaid leave. Employees are also required to provide a 30-day advance notice, when possible, of a request for leave. If a 30-day advance notice is not possible, employees must notify their managers as soon as they learn of the need for a leave of absence. Employees who request leave due to their own or a child, spouse, or parent's serious health condition must provide certification from the health care provider. The Company may request and pay for a second or third medical opinion. Documentation will also be required for placement of a child for adoption or foster care.

Group health benefits are maintained during the 12-week leave as long as you maintain your monthly co-payment. Employees who elect not to return at the expiration of the approved FMLA unpaid leave may be eligible to extend benefits through COBRA.

## MILITARY LEAVE (HR Procedure 4.6)

All full-time and continuous part-time employees ordered to report for service in any of the armed services or forces of the United States on a voluntary or involuntary basis, including military Reserve or National Guard training, drills, medical examinations, funeral honors duty, or active duty, will be granted an immediate leave of absence to fulfill their commitment. This procedure applies to leaves of absence for all covered Hershey Foods Corporation employees who are fulfilling annual training duty obligations or who have been called to active duty in the U.S. Armed Forces, Reserves, or National Guard.

Human Resources Policy 4.6 details the provisions of a Military Leave of Absence including notification requirements, compensation, and benefits while on leave and reinstatement upon completion of the leave.

## PERSONAL LEAVE (HR Procedure 4.4)

You are eligible to apply for a leave of absence after completion of one year of continuous employment if you are a full-time or continuous part-time employee. A leave of absence may be granted for personal reasons such as, but not limited to, child care, dependent care, or engagement in a variety of community service projects or political activities.

Such a leave of absence may be for any reasonable period of time up to 12 calendar months. The duration of the leave of absence will be determined by your manager; a senior executive; and

http://homepage/d_hr/employee_handbook.html                           4/22/2005

the Manager, Human Resources. Holding gainful employment during an approved leave of absence is forbidden.

A leave of absence may be granted either with or without pay or at reduced pay. Generally, a leave of absence granted for personal or for reasons which are intended to directly benefit you will be without pay. Leave granted for community or social service projects which the Company supports may be compensated at partial or full salary. The level of compensation will be determined by your manager; a senior executive; and the Manager, Employee Relations.

Full-time employees who take an approved leave of absence that does not fall under the guidelines of the Family and Medical Leave Act must exercise their COBRA rights in order to continue health coverage. To request a leave of absence you must apply in writing to your manager. Forms are available from the Employee Relations Department.

It is the responsibility of the employee's manager to notify HR and Payroll in a timely manner of the return of the employee from a leave by use of the blue profile. Upon your return to work, all reasonable attempts will be made to place you into your former position. If, however, your former position is no longer available, every attempt will be made to place you into a position of approximately the same level.

## POLITICAL VOLUNTEERISM LEAVE  (HR Policy 2.13)

Hershey Foods Corporation strongly supports the democratic political process. Hershey also encourages employees to accept good citizenship responsibilities by participating in political activities at the local, state, and national levels such as serving on local school boards; municipal and county governing bodies; serving in state legislatures and Congress; participating on local, state, and federal regulatory task forces; and supporting individual candidates or political parties.

Such participation always is a matter of personal choice for individual employees; no employee will be solicited, directed, ordered, or forced in any manner by their manager or other superior, or by any Corporate director or officer to engage or not engage in such political activities. Neither will an employee's status with the Company be jeopardized in any way because of such participation or because of any unwillingness to participate.

Employee participation in political activities in no way obligates our political action committees to provide financial support to political candidates or organizations; such requests will be considered during the normal course of business by our political action committees.

It is the responsibility of the employee's manager to inform HR and Payroll in a timely manner of the return of the employee from a leave by use of the blue profile. Also, should an employee on an approved leave not return to active employment by the ending date of the approved leave, the manager is responsible for terminating the employee by use of the on-line Termination/Retirement/Death Notification form found on the ER/Transitions web site under the Voluntary Termination / Retirement Process.

The guidelines for political participation and leave are fully detailed in Human Resources Policy 2.13.

H00000041

## COMMUNITY SERVICE VOLUNTEERISM LEAVE (HR Policy 2.14)

Hershey accepts the role of corporate citizen and is committed to fulfilling its obligations of service and financial contribution to the community. Hershey also encourages employees to accept good citizenship responsibilities by participating in civic activities which contribute to the community including United Fund, service clubs, Urban League, PTO, etc. and by taking leadership positions on governing boards of civic and community-related not-for-profit organizations.

Participation in community service, however, will not obligate Hershey to provide financial support to organizations in which its employees participate; such requests will be considered during the normal course of business by the Corporation.

Employee participation in civic or community activities is a voluntary personal decision and typically will be conducted outside of normal working hours. It is recognized, however, that company time may occasionally be required for such activities. Permission to undertake such "occasional" activities on company time may be granted by the employee's manager when such absence does not unduly affect the employee's job responsibilities or when absent time can be made up. Employees will not be permitted, however, to undertake routine volunteer work on company time (e.g., volunteer service in local hospitals) when such service may be performed outside of normal working hours. By use of the blue profile, the manager is responsible for informing HR and Payroll in a timely manner of the return to work of an employee off under an approved leave of absence for Community Service Volunteerism.

Human Resources Policy 2.14 provides the guidelines and provisions of a Community Service Volunteerism Leave of Absence.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## SALARY ADMINISTRATION

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Hershey can continue to grow and progress only as long as it can continue to attract, retain, and motivate the kind of quality people whose combined efforts have made us successful. A sound and equitable salary program is obviously an important asset in this regard.

Our basic salary policy is to establish salary ranges which are at competitive levels when compared to national and local companies.

To achieve the objectives of this policy, the Company:

- Maintains a salary program which is competitive and responsive to change.

- Evaluates individual positions and assigns salary grades which recognize the relative value to the Company of each position.

- Provides opportunities for managers and employees to plan, manage, and evaluate individual job performance. They review standards of performance for the job as well as personal objectives for the year.

- Provides information to employees so they understand the salary policy and how it works.

H00000042

IMPORTANT NOTICE

- Provides managers with the tools and guidance necessary to make the program work.

The salary program includes many elements. The following describes some of them.

## THE POSITION

The cornerstone of the salary system is the concept of the position and most importantly the position as it exists irrespective of the person in it. The position is a collection of the activities, dimensions, and skill requirements which comprise the performance required by the Company. In order to evaluate or "price" the position, the activities, scope, required skills, and other pertinent information regarding the position are recorded on a position documentation.

Position documentations are prepared by the manager for a newly created position and by either the employee and/or manager when existing positions are re-described due to a significant change in the position responsibilities.

A good position documentation will accurately depict the position as it is. It is written in clear, precise language. The information supplied should leave little doubt in the mind of the reader about the nature of the position.

It lists such points as the major activities or accountabilities, scope of the position, knowledge, skills, and abilities required to perform the major activities, and decision making authority.

## POSITION EVALUATION

Position evaluation is an orderly way of determining the relative value of each position to the Company.

In evaluating a position, it is compared with other positions within the Company and similar positions surveyed in the appropriate local or national markets. The result of the evaluation is the placement of the position in a particular salary grade. Your manager can tell you the salary grade of your position.

## PERFORMANCE MANAGEMENT (HR Procedure 7.2)

Hershey's Performance Management System is designed to align the work of individuals to the requirements of the business and to reward individuals based on performance. Performance Management is an ongoing process that consists of an annual cycle of activities: Performance Planning, Performance Monitoring, and Performance Appraising. It is a critical people process that is overseen by HR but driven and performed by managers with their employees.

## SALARY RANGES

http://homepage/d_hr/employee_handbook.html                4/22/2005

H00000043

A salary range has been established for each salary grade. The limits of the range are defined as the range minimum and the range maximum. The range provides a meaningful way for your manager to recognize and reward your performance on the job. To help make sure established salary ranges remain fair and competitive, they are reviewed annually. This includes comparisons with area and industry compensation levels. The ranges are adjusted annually, if necessary, to remain competitive. Your manager can tell you your salary range.

Salary ranges are the framework of the salary program and bring order to the otherwise difficult process of paying thousands of employees in hundreds of positions while recognizing the differences in the value of each position and the quality of performance of each employee.

## MERIT REVIEW/SALARY INCREASE

To ensure that employees are compensated for their performance on the job, all employees receive a merit review on an annual basis.

To ensure proper allocation of approved budget funds among employees, managers annually formulate anticipated salary recommendations for the next calendar year. In planning the percentage and timing of your increase, your manager considers a number of factors. Among these are your performance level, the salary within the range for your position, and the amount of funds available to your manager for granting appropriate pay adjustments to all employees in their department.

The manager's plans are reviewed in detail by at least one higher level of management. Then, when all planning has been completed by your manager, the Compensation Department reviews the overall plan for company-wide consistency. Annually, managers plan individual increases for their employees for the next year. Like most major expenditures in a well-managed business, salary increases have to fit within a budget. It is important to recognize the Company's salary planning program is not an attempt to restrict funds but rather to maximize the return on the payroll dollar.

In planning increases for individual employees, managers pay close attention to the relationship between the employee's present salary within the salary range for the position and the employee's performance level.

## PROMOTIONS OR TRANSFERS

When you are promoted to a position in a higher salary grade, the promotion is usually accompanied by a salary increase. The promotion will also provide you with a greater opportunity to earn a higher salary - the amount being determined by your performance in your new position.

In some instances, a move to another position in the same or lower salary grade may be made to give a person additional experience and greater developmental opportunities. Such a move is usually not accompanied by a salary increase.

H00000044

## YOU AND YOUR MANAGER

Only if pay is clearly related to individual performance and is administered consistently throughout the Company can the basic objective of relating pay to performance be achieved.

Therefore, every aspect of the Company's salary program is structured so that, to the maximum extent possible, your salary level and your rate of salary progress are directly related to your performance.

Accordingly, all managers receive the same salary administration guidelines.

In addition to you and your manager, there are others who are also involved in various aspects of the salary program and, therefore, have an influence on your salary and those of other employees in the Company. It may be helpful to your understanding of the Company's salary system to outline "who does what" with respect to salaries.

### Managers:

- Write position documentations or edit and endorse those written by their employees.

- Initiate position evaluation requests.

- Evaluate employee performance and assign performance levels.

- Develop annual individual salary plans and implement approved plans.

- Communicate with employees on performance and salary matters.

### Compensation/Human Resources Department:

- Advise and assist managers and employees in writing position documentations.
- Analyze position documentations and perform evaluations.
- Train and advise managers on salary planning procedures and interpret salary policies.
- Advise managers on communications with employees; answer manager's questions on salary-related matters.
- Monitor proper implementation of compensation programs within the company.
- Participate in and conduct external salary surveys.
- Develop recommendations for salary range adjustments and salary planning budgets.

---

## EMPLOYEE STATUS/OVERTIME  (HR Policy 3.1 and HR Policy 3.2)

As a Hershey employee, you may be full-time salaried exempt or non-exempt or may be a continuous part-time (CPT) employee. Exempt salaried employees are not paid overtime if their work week extends beyond 38.75 hours. Non-exempt salaried employees are paid overtime including straight time for hours worked between 38.75 hours and 40.0 hours per week and one-and-one-half time for all hours worked over 40.0 hours per week. The only exception to this are salaried exempt first-line production supervisors who receive time and one-half for hours worked

H00000045

over 45.0 hours per week when such hours are in the supervision of other employees. Although a CPT would not normally work overtime, if they did, they would receive overtime pay the same as would a non-exempt full-time employee. Overtime worked must be reported within the pay period it is worked.

Compensatory time off may be given as an alternative to overtime pay but with the mutual agreement of both the employee and their manager. Overtime compensated by compensatory time off must be compensated at the rate of time and one-half and must be taken by the next regular pay period.

Based on short or long-term personal needs or changes in job responsibilities, a full-time salaried employee, whether exempt or non-exempt, can change to a continuous part-time status with the approval of the employee's manager. The **maximum** hours a CPT can work is 25 hours per week. Also, all benefits an employee has under FLEX as a full-time employee terminate at midnight of the day prior to changing to CPT status. Participation in the Hershey Retirement Account, ESSIOP, and HESPP if elected, will be continued. Vacation eligibility will be calculated on a pro-rated basis determined by hours worked per week. Employees hired as CPTs or those changing from full-time to CPT status as of July 1, 2000 and later will receive a maximum of 10 days vacation per year regardless of years of service.

There is a separate "Continuous Part-Time Employee Handbook" that is made available when you are hired as a CPT or change from full-time to continuous part-time status.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## PERSONAL AND CAREER ENRICHMENT

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### JOB OPPORTUNITY SYSTEM (HR Policy 6.3)

It is our policy to fill positions with our employees whenever possible. Therefore, we give full consideration to current Hershey employees before we hire someone from outside the Company. The "Job Opportunity System" (JOS) helps you learn about job openings within the Company and provides specific application and hiring procedures.

JOS covers all U.S. salaried non-exempt positions (grades 1 through 13) and most exempt positions. For specific details on how to apply and other provisions of the JOS Policy and Procedure, use the above link to HR Policy 6.3.

### CROSS ENTITY TRAINING/ASSIGNMENT (HR Policy 2.20)

Hershey is committed to the development of its human resources and encourages and supports cross entity assignments and transfers as a key process for developing all employees and for addressing business needs. Through these assignments and transfers, the Company seeks to provide employees with opportunities to better prepare themselves to make more significant contributions, handle different and sometimes more challenging assignments, and fulfill their desire to expand their business knowledge and skill.

Identified employees are re-assigned to a specified different function for up to three years. These

http://homepage/d_hr/employee_handbook.html                                   4/22/2005

moves are employed for defined developmental purposes and/or business needs. During the reassignment, the employee assumes the duties and responsibilities of the position which meet the developmental objective and/or business need. At the close of the pre-determined time, the employee returns to their previous work unit.

If during your career you feel a cross-entity assignment would benefit you and/or the Company, discuss with your manager or your Human Resources representative.

## EDUCATIONAL TUITION REIMBURSEMENT (HR Policy 7.4)

Hershey believes that its growth depends on the strength and capabilities of its employees. Therefore, the Company has a program that provides financial support for further education used to develop your professional skills and abilities. This program is available for all full-time employees.

## IN-HOUSE TRAINING

Developing your abilities is a critical factor in your career progress. Ideally, you can develop these abilities through varied work experiences plus training to enhance such experiences.

Hershey offers numerous in-house training workshops each year that are designed to develop your technical, interpersonal, managerial and conceptual skills. These workshops - together with your manager's recommendations during performance appraisals - will form the foundation of the development plan. We urge you to review the current training and development catalogs.

## CAREER DEVELOPMENT AND COUNSELING

In addition to training and education opportunities, the Company also provides a counseling staff to give you assistance in improving your performance or making career decisions. Vocational questionnaires, books and workbooks, and a career planning guide such as "Where Do I Go From Here" are available to help you review or expand career alternatives.

There may be times during your career when you can benefit from this special service. For an appointment, please contact the Business Consultant or Employee Relations representative for your department or your local Employee Relations representative.

## BENEFITS AND SERVICES

## FLEXIBLE BENEFITS PROGRAM

On your date of hire, you are eligible to participate in Hershey's FLEXIBLE Benefits Program allowing you to select medical, dental, vision, life insurance, and long-term disability benefits that

H00000047

best meet your needs and those of your eligible dependents. Optional additional plans include Accidental Death, Dependent Life Insurance, and Medical and Dependent Child Care Reimbursement Accounts. Because of the numerous choices provided you under this Program, the full description of the plans and their provisions can be found in the Summary Plan Description (SPD) booklet provided you.

---

## SERVICE RECOGNITION  (HR Policy 2.3)

We believe our employees are our greatest resource. Therefore, in recognition and appreciation of our employee's continuous and diligent service with Hershey we have established the Employee Service Award Program.

Awards are made to eligible employees who have completed 10, 20, 30, or 40 years of continuous service. Before your anniversary date, your immediate supervisor/manager will present you with a congratulatory card, an awards brochure, and order form. Upon selecting your award, you return the order form/or use the toll-free automated telephone order system directly to the outside vendor and the award is typically shipped to your home. In honor of their service with the Company, active employees working in Hershey, PA who have attained 40 years or more will receive invitations to the Annual 40-Year Service Recognition Dinner. Please contact your Employee Relations Department to determine how service awards are handled at your facility and related service recognition events.

---

## PHYSICAL FITNESS CENTER

The Hershey Foods Fitness Centers are located at 14 East Chocolate Avenue and 175 Crystal A Drive in Hershey. Fitness Center membership is available to all Hershey Foods' employees, employee spouses, retirees, retiree spouses, contract employees, student interns, and students dependents who are age 18 or older.

The 14 East Facility is the largest facility and includes:

- Cardio-theater – an exercise room with a wide variety of cardiovascular equipment where you can watch television or listen to music while you exercise.

- Weight Room - includes multi-station and single-station machines, free weights, and benches.

- Aerobics Room - various exercise classes are held throughout the day. Steps, slides, mats, dyna-bands, hand weights, and exer-tubes are available for class or individual use.

- Golf Driving Range - located at pool side. Golf clubs, balls, and a putting green are also provided.

- Gymnasium - equipped for basketball, volleyball, and badminton. Balls, racquets, and shuttlecocks are provided for league or recreational play.

- Indoor Heated Swimming Pool - Aquacise classes, wet vest workouts, and lap swimming are

H00000048

available for your enjoyment. Since the pool has a cathedral ceiling, the mezzanine may also be used as a walking track.

- Indoor Track - features three banked lanes with a soft surface for safe walking or jogging. A variety of cardiovascular equipment is also located along the track's edge.

The 175 Crystal A Fitness Center is located on the "Corporate Campus" and includes:

- Cardiovascular equipment
- Weight training equipment
- An aerobics room
- Locker rooms
- 1.6 mile outdoor Fit-Trail
- Outdoor sand volleyball court

**Membership Registration**

Registration forms are available at either Fitness Center or may be obtained by calling the 14 East Fitness Center at x7783 or the 175 Crystal A Fitness Center at x6751. There is a membership fee (the fee varies according to membership type) which may be paid for by check or for employees or spouses, by payroll deduction. Upon registration, if you would like assistance with a personalized exercise program, you may schedule an appointment with the Fitness Center staff. Members who elect to participate in special exercise classes, programs, or leagues may be required to a pay a portion of the cost of these activities.

The hours of operation are as follows: Monday, Wednesday, Friday - 6:30 a.m. - 9:00 p.m.; Tuesday, Thursday - 6:00 a.m. - 1:00 a.m.; Saturday - 8:00 a.m. - 12: 00 Noon; and Sunday 1:00 p.m. - 5: 00 p.m.

If you work at a Hershey location that is not convenient to utilize the Hershey, PA fitness centers, contact your manager or Employee Relations representative for information on what exercise and fitness accommodations have been made for your location.

---

**U.S. SAVINGS BONDS**

You may purchase U.S. Savings Bonds through payroll deduction by contacting Payroll.

---

**HERSHEY SCHOLARSHIP PROGRAM**

All eligible dependent children of Hershey employees have the opportunity to enter an annual scholarship competition, the Hershey Foods Corporation Scholars Program, underwritten by the Hershey Foods Corporation Fund and administered by Citizen's Scholarship Foundation of America (CSFA), a non-profit organization dedicated to improving scholarship opportunities for youth.

Eligible employee dependents include high school seniors, college freshmen, sophomores, and juniors when the parent has been with the Company at least one year and whose salary is

H00000049

$70,000 or less. Recipients must be full-time students attending a two-year or four-year degree-granting institution. Awards are renewable up to three times, contingent upon satisfactory academic progress and continued financial need until a bachelor's degree is earned, whichever occurs first. The minimum award will be $500 with a maximum award of $3,000. Student achievement and financial need are key criteria. Awards are for undergraduate study only.

Copies of an information brochure are available from Human Resources and employees should refer any questions to CSFA at 1-800-537-4180.

## CREDIT UNION

As a Hershey employee, you may join the Hershey Federal Credit Union and take advantage of a wide range of financial products and services including savings and checking accounts, Visa cards, personal loans, and travelers checks.

A minimum share deposit of $50 is required to open an account. Payroll deduction is available for direct deposit. For more information and an enrollment kit, contact the Credit Union at 533-9174 or visit their office at 904 East Chocolate Avenue, Hershey, PA.

## DISCOUNT TICKETS

As an employee of Hershey Foods, discount cards to major theme and recreation parks are available to you. Some club cards offer additional savings on travel expenses, lodging, restaurants and other surrounding area attractions. Discount cards and further information for the following are available through Employee Relations.

- Walt Disney World
- Disneyland
- Cypress Gardens
- Dorney Park/Wildwater Kingdom
- Sea World of California, Ohio, Florida and Texas
- Busch Gardens of Tampa and Williamsburg
- Adventure Island, Tampa
- Sesame Place
- Universal Studios
- Six Flags - Great Adventure

Discount admission tickets for Hershey Park are sold in the Employee Store.

## CHILD CARE

Hershey has made arrangements for the provision of child care services as follows:

- We provide a convenient location to an independent provider for a child care center for infants through kindergarten for our employees in Hershey, Pennsylvania.

http://homepage/d_hr/employee_handbook.html                     4/22/2005

H00000050

- At many of our locations we offer a referral service coordinated by the Employee Relations office, which provides information on child care centers in the local area.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## DIVERSITY/WORK LIFE BALANCE

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Hershey Foods is committed to attaining and maintaining full diversity in our workforce, not merely to meet applicable regulatory requirements but because it is good business through the increase in synergism created by the participation of many races, cultures, ages, and religions. Likewise, there are increasing demands for maintaining a healthy work/life balance. Many of our programs and benefits have been developed to meet the diverse needs of our employees and ensure a healthy work/life balance. These include the FLEXIBLE Benefits Program which allows each employee the opportunity to design their benefits in response to their individual needs and life style. Also included are FLEX and continuous part-time employment work schedules. Some of the newer programs that have been implemented based on diversity follow.

## ELDER CARE

More and more employees are faced with caring for an older loved one in addition to tending to their own personal and professional responsibilities. To help you better manage work and life, Adult Care counseling, education and referral services have been arranged through LifeCare.com free of charge.

LifeCare.com can assist you in finding providers and information on both in-home and out-of-home care facilities, support groups, legal and financial information, and direction on Medicare and Social Security benefits. To speak with a LifeCare.com counselor, call toll-free 800-873-4636.

## LONG-TERM CARE

Arrangements have been made with Met Life Insurance Company to offer employees long-term care insurance on a voluntary basis. All participants in this program will benefit financially through affordable group premium rates that are guaranteed for ten years, as compared with an individual policy purchased on your own. For information, contact the Employee Service Center at ext. 8170 or phoning toll free 800-878-0440.

## TELE-WORKING

Tele-working, the ability to work from home or another location other than an employee's typical office setting, on a full or part-time basis, is an agreed viable option for certain functions and jobs within Hershey. Guidelines are available to managers to help assist in deciding if the expressed need(s) is acceptable and to establish a tele-working arrangement within Company guidelines for security and related. A primary provision is that the tele-working arrangement *must* meet an identified/expressed Company business need and not merely serve an employee's personal

IMPORTANT NOTICE

preference. Business needs include shortage of office space and reduction in fuel exhausts caused by commuting. Some jobs or business functions lend themselves more easily than others to tele-working. Any potential tele-working situation must be discussed with Employee Relations before implementation.

---

### REAL LIFE BENEFITS

Hershey Foods has contracted with Rewards Plus, a leading provider of corporate voluntary benefits, to make available to Hershey Foods' employees a voluntary benefits program called REAL LIFE BENEFITS. These benefits are not part of the flexible benefits program, but are part of a program established and administered by Rewards Plus. The RealLife Benefits program is designed to provide you with a convenient way to purchase products and services that are important in your everyday life, often at lower group rates.

The RealLife Benefits program is a voluntary, employee pay-all program. A single payroll deduction option is an attractive feature for all but two of the benefits offered. RealLife Benefits affords you the opportunity to purchase select benefits by use of a user-friendly customized web site or toll-free number. The initially offered benefits include:

- Auto Insurance
- Home/renters insurance
- Home security systems
- Mortgage/home equity loans

For specific details on these programs, log on to their web site at www.RealLifeBenefits.com or call their toll free 24-hour line at 1-877-469-2363 to speak directly to a RealLife Benefits representative.

Our goal is to integrate work/life balance benefits and programs into our already wide ranging benefits programs. We are regularly reviewing new programs as they become available in the market and will be adding those deemed appropriate for our employees.

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## YOUR FUTURE FINANCIAL SECURITY

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

### HERSHEY RETIREMENT ACCOUNT (HRA)

The following information is intended to provide you a brief overview of the Hershey Retirement Account. Please refer to the Hershey Retirement Account Summary Plan Description (SPD) for full details.

### Eligibility

You are eligible to participate in the Hershey Retirement Account (HRA) once you are age 21 and have completed 1,000 hours of employment within a 12 consecutive month period. The Company pays the full cost of your participation in the Hershey Retirement Account. You are neither required nor permitted to make contributions to the plan.

http://homepage/d_hr/employee_handbook.html                                    4/22/2005

H00000052

IMPORTANT NOTICE

Your retirement account grows over time in several ways. One way is through pay-based credits. Each year, Hershey credits your basic account with an amount based on:

- your current annual pay,
- your years of service as of the last day of the year, and
- the current social security wage base.

Besides earning pay-based credits, your account balance also earns interest each year. This is another reason you can depend on consistent growth in the value of your retirement benefits. The annual interest rate is the average annual yield of 12-month Treasury bills issued on October 1, November 1, and December 1 of the prior year with a minimum of 6% and maximum of 12%.

As pay-based credits and interest are added to your account each year, the value of your benefit continues to grow. The longer you participate in the Hershey Retirement Account, the more your benefit will be worth when you retire.

## How Your Account Grows

Your retirement benefit under the Hershey Retirement Account will continue to grow for as long as you work with Hershey Foods Corporation and meet the plan's eligibility requirements. Remember, each year your account will be credited with additional pay-based credits. Once eligible, you continue to earn retirement benefits each year even if you work less than 1,000 hours. Once a year, you will receive a personal statement showing the value of your account under the plan. By comparing statements each year, you can watch the value of your account grow as you move through your career.

You can also estimate and project your HRA account and ESSIOP account values at retirement by use of the developed basic retirement project spreadsheet.

## Vesting

Under the Hershey Retirement Account, you become vested in (have full ownership of) the value of your retirement account after you complete five years of service or reach age 55, whichever comes first. For purposes of vesting, a year of service is any calendar year in which you work at least 1,000 hours for Hershey Foods.

## Retirement

Under the Hershey Retirement Account, you can retire as early as age 55, or you can continue working. When you retire, you will have several payment options.

## Termination

Under the Hershey Retirement Account, if you are vested and leave before retirement age, you can start receiving your benefit immediately or you may defer your benefit until at least age 55. If you are not vested when you leave the Company, you would forfeit the value of your retirement account.

## Disability

If you are disabled prior to retirement, your benefit will continue to grow under the Hershey

http://homepage/d_hr/employee_handbook.html                              4/22/2005

H00000053

IMPORTANT NOTICE

Retirement Account. Hershey will credit your retirement account each year with pay-based credits based on your pay and the Social Security Wage Base at the time you became disabled.

## Death

If you die before you begin receiving a benefit from the Hershey Retirement Account, the value of your retirement account will be paid to your named beneficiary.

---

## EMPLOYEE SAVINGS STOCK & INVESTMENT PLAN (ESSIOP)

You are eligible to participate in the Employee Savings Stock Investment & Ownership Plan on your date of hire. As part of your employee orientation, you were presented an enrollment packet which explains the plan. If you decided not to participate in ESSIOP when you first became eligible, you may elect to enroll in the plan at any time thereafter.

You may obtain information regarding the ESSIOP Plan by linking to the American Express website. If you do not have internet access, you may call American Express Financial Services at 1-800-266-2266.

---

## HERSHEY EMPLOYEE STOCK PURCHASE PLAN (HESPP)

The purpose of the Hershey Foods Employee Stock Purchase Plan (HESPP) is to provide eligible employees the opportunity to purchase Hershey Foods Corporation common stock through convenient payroll deductions. Participation in the plan is entirely voluntary.

The plan is designed to allow eligible employees to invest a specified amount per pay period and to have it deducted regularly from their pay. That amount is used to purchase Hershey Foods Corporation common stock at market prices in effect at the time of purchase for individual accounts opened in your name with Mellon Investor Services.

The Corporation will pay Mellon Investor Services' commission for stock purchases made with your payroll deductions.

This section of the handbook explains how the plan works. If you would like additional information or an application form, contact the Employee Service Center at Ext. 8170 (or 800-878-0400) or your Employee Relations Manager.

Your account will be credited with all cash dividends due you. These dividends are automatically reinvested to purchase more Hershey Foods Corporation common stock for your account. Investment fees and brokerage commissions on dividend reinvestment are paid by the Corporation for actively participating employees.

Stock dividends and stock splits are also automatically applied to your account in the form of full or fractional shares without charge to you.

If you instruct Mellon Investor Services to sell any or all of your shares, they will be sold at the opening price on the next business day following receipt of your order. All sales must be placed

H00000054

with Mellon Investor Services by calling toll free 1-800-851-4216. You will receive a check for the amount, less brokerage fees or you may request delivery of full shares, subject to a transfer fee along with a check for the net proceeds of the sale of the fractional shares.

You should allow approximately fifteen days from the date of your request to receive your check and/or shares.

Quarterly, you will receive a statement of your account balance and any transactions you may have made during that period.

### Eligibility

As a general rule, full-time and continuous part-time employees who have reached the age of majority in their state of residence are eligible to participate in this plan.

### Your Contributions

Once you decide on the amount (in whole dollars) you would like to invest per pay period (minimum $20 per month), Hershey will arrange to regularly deduct that sum from your pay. That amount is combined at the end of the month with all the money invested by other participating employees and then sent to Mellon Investor Services for investment.

Each month Hershey Foods common stock will be purchased for your account using the total deductions you made the previous month. The Corporation will pay Mellon Investor Services' fees and commissions for stock purchases made with your payroll deductions. Mellon Investor Services' fees and other charges in connection with sales, or in connection with purchases made not through payroll deductions will be paid directly by you when you order such transactions.

### MONEY IN MOTION

Money In Motion is an innovative and comprehensive financial planning program offered to you by Ayco Corporation. This program provides you with the basics of financial planning whether you're single or married, beginning your career or nearing retirement. Money In Motion offers a customized review of your Hershey benefits -- not just a generic discussion of employee benefit plans. This program is designed specifically to help you get the most out of what you already have. You will learn how to better manage your money, control debt, save for your children's education and plan for retirement. You will receive information regarding this program and its cost during the fourth quarter of each year. Group financial planning seminars are conducted onsite primarily directed to those in or nearing the retirement zone which is age 55.

❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦

## HERSHEY FOODS CORPORATION IN THE COMMUNITY

❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦❦

Hershey Foods remains committed to making significant contributions to the communities in which it operates and to society in general. Cash and product contributions are made to support a

http://homepage/d_hr/employee_handbook.html                                              4/22/2005

H00000055

variety of worthy causes and organizations. Particular emphasis is placed on the needs of communities in which the Corporation employs a substantial number of people and on programs and institutions reasonably related to its business purposes and needs, while continuing to consider the broader needs of society. The Corporation's goal is to make aggregate contributions at a level approximating those of other responsible businesses. Following are several of the support programs in which Hershey is involved.

## VOLUNTEER RECOGNITION

Hershey Foods Corporation is very proud to sponsor a program that recognizes employees who perform volunteer service in their communities on their own time. If you have performed 100 hours of community service during any twelve (12) month period for a qualifying non-profit [501 (c) (3)] charitable or educational organization, that organization will be awarded a $200 grant from Hershey Foods in recognition of your service.

To be eligible, you must be a regular full-time employee with at least one year of service. Employees who perform 100 hours of public service as an elected or appointed Federal, State, County, or Municipal official (including School Directors) are also eligible. Organizations that are not typically considered for corporate charitable contributions such as fraternal, veterans', or labor organizations and churches or religious denominations are not eligible for community service awards.

If you feel you meet the qualifications for this award, stop by Employee Relations for a form.

## HIGHER EDUCATION GIFT MATCHING  (HR Policy 2.17)

Hershey plays an active role in supporting educational institutions. The Hershey Foods Corporation Fund will match gifts made by you or your spouse to any junior college, college, university, or professional school in the United States which is accredited by the appropriate regional or professional accrediting groups.

The amount of Hershey's matching gift will be one times the gift, with these restrictions:

- Each of your gifts must be at least $25, whether made to one or more institutions.

- Hershey's total matching gift(s) on your behalf will not exceed $5,000 per calendar year, i.e. matching your gifts to a limit of $2,500 whether made to one or more institutions.

## UNITED WAY

Hershey Foods Corporation, as a good corporate citizen, believes in supporting the communities in which it operates through the local United Way. Additionally, our Company conducts a yearly in-house solicitation for area United Way and provides for payroll deduction or gift by cash or check from those employees who wish to contribute. The employees of Hershey Foods are significant contributors to the United Way in the local area. United Way addresses a very diverse

H00000056

set of community needs and represents a multitude of agencies such as the Salvation Army, the Red Cross, and both the Girl Scouts and Boy Scouts.

## CHILDREN'S MIRACLE NETWORK

Concern for young people is expressed in Hershey Foods' sponsorship of the Children's Miracle Network (CMN), a national program benefiting children's hospitals across the United States and Canada. Locally, Hershey Foods employees donate time, money, and talents to a wide variety of CMN activities and have become the largest corporate employee fundraising group for this effort in the United States. Information about the various CMN activities is available through Company publications and postings.

## HERSHEY'S TRACK & FIELD YOUTH PROGRAM

The Corporation's commitment to being a good neighbor and improving the quality of community life also reaches the broader community beyond where its employees work. One of the most significant examples of its commitment to the youth of North America is Hershey's Track & Field Youth Program, with major funding by Hershey.

This program introduces children between the ages of 9 and 14 to physical fitness through basic track and field events, encouraging them to be the best they possibly can be. Implemented in 1975 as a playground track and field meet, the Hershey Youth Program has become the largest youth sports program of its kind in North America.

Approximately 400,000 children participate in the program yearly, representing over 3,000 communities across the U.S. and Canada. Hershey's Track & Field Youth Program is sponsored by the President's Council on Physical Fitness & Sports, the National Recreation and Park Association, and the National Association for Sport & Physical Education.

This handbook maintained by Lorie Gibson
Last updated: 04/08/05

http://homepage/d_hr/employee_handbook.html

4/22/2005

H00000057

# EXHIBIT E

1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2

3    JULIE CAMPANELLI, SABRINA      :
     ANDERSON, NANCY SMITH, TARYN   :
4    SEDGELEY, DANIEL GOLIN, FRANCIS:
     MCKEEVER, BRYAN MILLER, JAMES  :
5    AMICARELLA, JOSEPHINE GODFREY, :
     JOHN MICHALSKI, KAREN METZGER, :
6    ROBERT MUSOLF, SCOTT WOOD, JUAN:
     CARLOS LOPEZ, CHRIS NIELSEN,   :
7    ANNE COMPTON, PHYLLIS DAVIS,   :
     ANDREW LEVISON, CHARLOTTE BRYN :
8    ALLEN, DANIEL HALLARAN, RON    :
     ROBERTS, KIM TRACY, and RYAN   :
9    PARSONS, on their own behalf   :
     and on behalf of all others    :
10   similarly situated,            :
                                    :
11             Plaintiffs           :
                                    :
12             vs.                  :
                                    :
13   THE HERSHEY COMPANY,           :
                                    :
14             Defendant            :

15

16      Videotaped deposition of CHRISTINE R. SLOTZNICK,

17          taken on behalf of the Plaintiffs

18               at Crowne Plaza Hotel,

19     23 South Second Street, Harrisburg, Pennsylvania,

20     commencing at 9:43 a.m., Tuesday, April 6, 2010,

21   before Rhonda A. Adams, RMR, CMRS, and Notary Public.

22

23   ATKINSON-BAKER, INC.
     COURT REPORTERS
24   (800) 288-3376
     www.depo.com
25   FILE NO.:  A40309A

| | | |
|---|---|---|
| 1 | with respect to Section 3.2? | 11:02:18 |
| 2 | MR. GARRISON:  Take a minute to read it if you | 11:02:25 |
| 3 | need to. | 11:02:26 |
| 4 | THE WITNESS:  I don't see the flex force | 11:02:34 |
| 5 | category in 3.2 right here, and I believe in the | 11:02:37 |
| 6 | full-blown HR Policy 3.2 there is a category called flex | 11:02:45 |
| 7 | force. | 11:02:50 |
| 8 | BY MR. BRANDI: | 11:02:54 |
| 9 | Q.   Now, if you look under it says Your Employment, | 11:02:54 |
| 10 | it says working hours, do you see that? | 11:02:57 |
| 11 | A.   Correct. | 11:02:59 |
| 12 | Q.   It says a normal Hershey workday is 7.75 | 11:02:59 |
| 13 | hours.  The normal workweek is 38.75 hours.  Did I read | 11:03:03 |
| 14 | that correctly? | 11:03:07 |
| 15 | A.   Correct. | 11:03:09 |
| 16 | Q.   And is that your understanding that the normal | 11:03:09 |
| 17 | Hershey workday is 7.75 hours and the normal workweek is | 11:03:12 |
| 18 | 38.75 hours, is that correct? | 11:03:16 |
| 19 | A.   Yes. | 11:03:20 |
| 20 | Q.   In the employee handbook, is there a definition | 11:03:24 |
| 21 | of which employees are full-time salaried exempt and | 11:03:28 |
| 22 | which are nonexempt? | 11:03:33 |
| 23 | A.   I would have to look through it page by page to | 11:03:43 |
| 24 | tell you that. | 11:03:46 |
| 25 | Q.   Please take your time. | 11:03:49 |

Page 51

```
 1            MR. GARRISON:  Same objection.              11:12:06
 2            THE WITNESS:  It's my understanding that is  11:12:07
 3    correct.                                            11:12:11
 4    BY MR. BRANDI:                                      11:12:11
 5       Q.   And compensatory time off is often abbreviated  11:12:11
 6    as CTO?                                             11:12:14
 7       A.   I'm not familiar with that.                 11:12:16
 8       Q.   When did Hershey institute the policy of    11:12:40
 9    providing compensatory time off of time and a half?  11:12:45
10            MR. GARRISON:  Objection.  Beyond the scope of  11:12:49
11    the deposition notice.  Relevance.                  11:12:50
12            THE WITNESS:  I don't know that answer.      11:12:54
13    BY MR. BRANDI:                                      11:12:56
14       Q.   How long has it been in effect?             11:12:56
15            MR. GARRISON:  Same objection.              11:12:59
16            THE WITNESS:  I don't know that answer.      11:13:00
17    BY MR. BRANDI:                                      11:13:01
18       Q.   Has it been in effect since you've been in the  11:13:01
19    compensation position in the early '90s?            11:13:05
20            MR. GARRISON:  Same objection.              11:13:07
21            THE WITNESS:  To the best of my knowledge it  11:13:09
22    was.                                                11:13:10
23    BY MR. BRANDI:                                      11:13:12
24       Q.   And with respect to the overtime policy of one  11:13:12
25    and a half times or time and a half for overtime pay,  11:13:16
```

| | | |
|---|---|---|
| 1 | has that been in effect for employees working greater | 11:13:19 |
| 2 | than 40 hours per week since you've been in the | 11:13:23 |
| 3 | compensation position in the early '90s? | 11:13:28 |
| 4 | MR. GARRISON:  Objection.  Beyond the scope of | 11:13:31 |
| 5 | the depo notice.  Relevance. | 11:13:33 |
| 6 | THE WITNESS:  To the best of my knowledge, yes. | 11:13:35 |
| 7 | BY MR. BRANDI: | 11:13:37 |
| 8 | Q.   In preparing yourself for this deposition, did | 11:13:37 |
| 9 | you read this section that you just looked at from this | 11:13:40 |
| 10 | Exhibit 82? | 11:13:43 |
| 11 | A.   I read the full policy. | 11:13:46 |
| 12 | Q.   And when did you read that? | 11:13:50 |
| 13 | A.   This week with Mr. Garrison. | 11:13:53 |
| 14 | Q.   Do you have it with you today? | 11:13:57 |
| 15 | A.   No. | 11:13:59 |
| 16 | Q.   Do you know where one is? | 11:13:59 |
| 17 | A.   No, I don't. | 11:14:07 |
| 18 | MR. BRANDI:  Mr. Garrison, if you could provide | 11:14:09 |
| 19 | it, it would take away any potential misunderstanding or | 11:14:10 |
| 20 | us requiring us to guess at what policy she read. | 11:14:16 |
| 21 | I would ask out of fairness and courtesy you | 11:14:20 |
| 22 | show the witness this so we are all working on the same | 11:14:22 |
| 23 | document.  We can take a break if you need time to get | 11:14:25 |
| 24 | it. | 11:14:29 |
| 25 | MR. GARRISON:  Well, we're not driving back to | 11:14:29 |

1      Q.   And this is different than the document that's     11:25:05

2   in the employee manual or employee handbook?      11:25:08

3      A.   It's longer.  The substance --       11:25:13

4      Q.   You mean it's longer, it has more words     11:25:17

5   therefore it's different?          11:25:19

6      A.   No.  The substance is the same.      11:25:19

7      Q.   Does the HR Policy and Procedure Manual define   11:25:25

8   who's an exempt and nonexempt employee?      11:25:28

9      A.   To the best of my knowledge, it does not.    11:25:33

10      Q.   Directing your attention to procedure employee  11:25:36

11   status definitions number 1, full-time, it states,   11:25:41

12   quote, full-time, hired for an unspecified period of  11:25:45

13   time into a position requiring a regularly scheduled  11:25:49

14   workweek of 38.75 or more hours, close quote.    11:25:52

15        Did I read that correctly?        11:25:56

16      A.   Yes.           11:25:58

17      Q.   And that's the Hershey status definition of a   11:26:00

18   full-time employee?          11:26:03

19      A.   Correct.         11:26:04

20      Q.   Did you write any portion of this yourself?    11:26:15

21      A.   Yes.           11:26:17

22      Q.   What?          11:26:18

23      A.   Procedure Number 3, Chocolate World Flex Force.  11:26:20

24      Q.   Does that relate to a specific entity within   11:26:29

25   the Hershey structure?         11:26:33

| | | |
|---|---|---|
| 1 | A.   Over time. | 12:02:46 |
| 2 | Q.   But the rate of evaluating the compensatory | 12:02:47 |
| 3 | time off at the rate of one and one half hours for each | 12:02:51 |
| 4 | hour worked in excess of 40 hours, has that been the | 12:02:55 |
| 5 | Hershey policy since 1995? | 12:02:58 |
| 6 | MR. GARRISON:  Objection.  Exceeds the scope of | 12:03:00 |
| 7 | the deposition notice.  Relevance. | 12:03:02 |
| 8 | THE WITNESS:  I believe so. | 12:03:04 |
| 9 | MR. BRANDI:  Thank you.  We have to change | 12:03:06 |
| 10 | tapes. | 12:03:08 |
| 11 | VIDEOGRAPHER:  We are going off camera.  The | 12:03:11 |
| 12 | time is 12:00 p.m. | 12:03:12 |
| 13 | (A recess was taken.) | 12:03:15 |
| 14 | VIDEOGRAPHER:  We are now back on camera.  The | 01:19:14 |
| 15 | time is 1:16 p.m. | 01:19:32 |
| 16 | BY MR. BRANDI: | 01:19:35 |
| 17 | Q.   To your knowledge, has Hershey ever had a | 01:19:35 |
| 18 | policy that provided that overtime was to be compensated | 01:19:38 |
| 19 | at one half of the hourly rate?  Not time and a half but | 01:19:44 |
| 20 | rather one half of the hourly rate? | 01:19:49 |
| 21 | MR. GARRISON:  Objection.  Beyond the scope of | 01:19:54 |
| 22 | the deposition notice. | 01:19:56 |
| 23 | THE WITNESS:  Not to my knowledge. | 01:19:58 |
| 24 | BY MR. BRANDI: | 01:20:00 |
| 25 | Q.   Has there ever been any discussion within | 01:20:00 |

| | | |
|---|---|---|
| 1 | Amicarella confirming the offer of employment for RSR at | 01:56:55 |
| 2 | annual salary of 42,000, correct? | 01:57:02 |
| 3 | A.   Correct. | 01:57:04 |
| 4 | Q.   And there's no mention in this document of | 01:57:05 |
| 5 | noneligibility for overtime, is there? | 01:57:10 |
| 6 | MR. GARRISON:   Objection.   Document speaks for | 01:57:12 |
| 7 | itself. | 01:57:15 |
| 8 | THE WITNESS:   There's no reference to overtime. | 01:57:17 |
| 9 | BY MR. BRANDI: | 01:57:19 |
| 10 | Q.   When a person is hired, they get an offer of | 01:57:19 |
| 11 | employment and then they sign as Mr. Amicarella did at | 01:57:23 |
| 12 | page Bates 97, Page 2 of Exhibit 87, correct? | 01:57:30 |
| 13 | A.   Correct. | 01:57:35 |
| 14 | Q.   Then they receive a Hershey Salaried Employees | 01:57:35 |
| 15 | Handbook, correct? | 01:57:38 |
| 16 | A.   Correct. | 01:57:41 |
| 17 | Q.   And are there any other documents they're given | 01:57:45 |
| 18 | that specifically tell them they're not eligible for | 01:57:48 |
| 19 | overtime? | 01:57:51 |
| 20 | MR. GARRISON:   Objection.   Asked and answered. | 01:57:51 |
| 21 | THE WITNESS:   Work event profile which is the | 01:57:53 |
| 22 | computer-generated page that their manager is to give | 01:57:55 |
| 23 | them with their notice of salary and their subsequent | 01:58:00 |
| 24 | salary increases.   One of the boxes on the top says | 01:58:03 |
| 25 | exempt. | 01:58:07 |

# EXHIBIT F

1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2                   -- -- --
   JULIE CAMPANELLI, SABRINA       )
3  ANDERSON, NANCY SMITH,          )
   TARYN SEDGELEY, DANIEL          )
4  GOLIN, FRANCIS MCKEEVER,        )
   BRYAN MILLER, JAMES             )
5  AMICARELLA, JOSEPHINE           )
   GODFREY, JOHN MICHALSKI,        )
6  KAREN METZGER, ROBERT           )
   MUSOLF, SCOTT WOOD, JUAN        ) CASE NO.
7  CARLOS LOPEZ, CHRIS             ) 08-cv-01862-WDB
   NIELSEN, ANNE COMPTON,          )
8  PHYLLIS DAVIS, ANDREW           ) COLLECTIVE AND CLASS
   LEVISON, CHARLOTTE BRYN         ) ACTION
9  ALLEN, DANIEL HALLARAN, RON     )
   ROBERTS, KIM TRACY, and         )
10 RYAN PARSONS, on their own      )
   behalf and on behalf of all     )
11 others similarly situated,      )
                                   )
12           Plaintiffs,           )
                                   )
13      vs.                        )
                                   )
14 THE HERSHEY COMPANY,            )
                                   )
15           Defendant.            )
   --------------------------------
16

17

18
            VIDEOTAPED DEPOSITION OF
19                THOMAS SMUDA
          HARRISBURG, PENNSYLVANIA
20             JUNE 18, 2009

21
   ATKINSON-BAKER, INC.
22 COURT REPORTERS
   (800) 288-3376
23 www.depo.com

24 REPORTED BY:  DENISE L. TRAVIS, RPR

25 FILE NO.:  A3056DE

| | | | |
|---|---|---|---|
| 1 | Q | Do they have any requirements to get the | 12:07 |
| 2 | job? | | 12:07 |
| 3 | A | Yes. | 12:07 |
| 4 | Q | Okay.  What are they? | 12:07 |
| 5 | A | College degree, aspirations to be a | 12:07 |
| 6 | professional salesperson and aspire to move up within | | 12:07 |
| 7 | the organization, and have a history of strong drive | | 12:07 |
| 8 | for results and success not only academically but in | | 12:07 |
| 9 | also other activities. | | 12:08 |
| 10 | Q | Is prior sales a requirement, prior | 12:08 |
| 11 | sales experience a requirement? | | 12:08 |
| 12 | A | It would be nice. | 12:08 |
| 13 | Q | Is it a requirement? | 12:08 |
| 14 | A | No. | 12:08 |
| 15 | Q | When retail sales reps are recruited, | 12:08 |
| 16 | are they told how many hours they would be expected to | | 12:08 |
| 17 | work? | | 12:08 |
| 18 | A | I believe that they are given a range of | 12:08 |
| 19 | hours. | | 12:08 |
| 20 | Q | What's the range? | 12:08 |
| 21 | A | A range of an eight-hour day. | 12:08 |
| 22 | Q | A 40-hour week? | 12:08 |
| 23 | A | I don't think that's discussed. | 12:08 |
| 24 | Q | Well, what does an eight-hour day mean | 12:08 |
| 25 | to you? | | 12:09 |

# EXHIBIT G

1        IN THE UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              ---oOo---

4   JULIE CAMPANELLI, SABRINA      )
    ANDERSON, NANCY SMITH, TARYN   )
5   SEDGELEY GOLIN, KEVIN SHANAHAN, )
    FRANCIS McKEEVER, BRYAN MILLER, )
6   JAMES AMICARELLA, JOSEPHINE   )
    GODFREY, JOHN MICHALSKI, KAREN )
7   METZGER, ROBERT MUSOLF, SCOTT  )
    WOOD, JUAN CARLOS LOPEZ, CHRIS )
8   NIELSEN, ANNE COMPTON, PHYLLIS )
    DAVIS, ANDREW LEVISON, CHARLOTTE,)
9   BRYN ALLEN, DANIEL HALLARAN, RON )
    ROBERTS, KIM TRACY, and RYAN   )
10  PARSONS, on their own behalf and )
    on behalf of all others similarly)
11  situated,                 )
                            )
12           Plaintiffs,     )
                            )
13      vs.             ) No. 08-cv-01862-BZ
                            )
14  THE HERSHEY COMPANY,       )
                            )
15           Defendant.      )

16  ——————————————————————————————————)

17                 DEPOSITION OF

18                COLLEEN DOW

19        San Francisco, California

20            June7, 2010

21

22  ATKINSON-BAKER, INC.  COURT REPORTERS
    (800) 288-3376
23  www.depo.com
    REPORTER: LAURA AXELSEN, CSR 6173
24  FILE NO.:  A4054E2

25

1          Q.    "Many RSR's find that to perform their job at an

2     effective level more than 40 hours per week is regularly

3     required."  Do you agree with that?

4          A.    It -- again, you know, 40 hours a week is the

5     average, 40 to 45, so I will agree with that but it just,

6     again, depends on the time of the year.

7          Q.    But you're working far more than 40 hours,

8     according to you?

9          A.    40, 45 though 50, just, again, it depends on the

10    time of the year.

11         Q.    Okay.

12         A.    You have to understand, we're a candy company.

13         Q.    Yeah, but you're not saying 30 to 35, 40, right?

14         A.    No.

15         Q.    Okay.  So you're on a regular basis and you have

16    been all along working more than 40 hours a week?

17         A.    Correct.

18         Q.    Now, before you started with Hershey, did anyone

19    tell you that you'd be working regularly over 40 hours?

20              MS. BROOKS:  Objection, vague and ambiguous.

21              THE WITNESS:  I don't recall.

22              MR. FEOLA:   Q.   You don't recall anyone

23    telling you that?

24         A.    No.

25         Q.    And you see there's a whole chart in the middle

96