UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,           )
                                    )
        Plaintiff(s),               )      No. C 08-1862 BZ
                                    )
    v.                              )
                                    )      **ORDER RE EXTENSION**
THE HERSHEY COMPANY,                )
                                    )
        Defendant(s).               )
                                    )
_____)

If the parties have not resolved the dispute over the discovery served on Robert Beasley, plaintiff shall file a declaration, under seal if necessary, stating what cause exists to grant the extension.

Dated: January 19, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE EXTENSION.wpd

1