| | |
|---|---|
| 1 | CHRIS A. HOLLINGER (S.B. #147637) |
| | chollinger@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, CA 94111-3305 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | FRAMROZE M. VIRJEE (S.B. #120401) |
| | fvirjee@omm.com |
| 6 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 7 | Los Angeles, CA 90071 |
| | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6047 |
| 9 | Attorneys for Defendant |
| | THE HERSHEY COMPANY |
| 10 | |
| 11 | THE BRANDI LAW FIRM |
| | THOMAS J. BRANDI (S.B. #53208) |
| 12 | tjb@brandilaw.com |
| | 354 Pine Street, Third Floor |
| 13 | San Francisco, CA 94104 |
| | Telephone: (415) 989-1800 |
| 14 | Facsimile: (415) 707-2024 |
| 15 | HOBAN & FEOLA, LLC |
| | DAVID C. FEOLA (pro hac vice) |
| 16 | David@Feolalaw.com |
| | 4611 Plettner Lane, Suite 110 |
| 17 | Evergreen, CO 80439 |
| | Telephone: (303) 674-7000 |
| 18 | Facsimile: (303) 674-6684 |
| 19 | Attorneys for Plaintiffs |
| | JULIE CAMPANELLI, et al. |
| 20 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, et al., | Case No. C 08-1862 BZ |
| Plaintiffs, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS PHYLLIS DAVIS, ELLIOTT TUPEA, MARY OESTREICH, MICHAEL CRABTREE, ROBERT BEASLEY AND DONALD SIMS WITH PREJUDICE |
| THE HERSHEY COMPANY, | |
| Defendant. | |

STIP. AND [PROPOSED] ORDER TO
DISMISS PLAINTIFFS WITH PREJUDICE;
C 08-1862 BZ

1     WHEREAS, on January 8, 2010, Plaintiffs filed a Third Amended Class Action Complaint against Defendant The Hershey Company ("Hershey") in the United States District Court, Northern District of California, Case No. C 08-1862;

    WHEREAS, Hershey answered the Third Amended Complaint on February 5, 2010;

    WHEREAS, on September 7, 2010, United States Magistrate Judge Bernard Zimmerman signed an Order Re: Notice, in which he instructed Plaintiffs to serve Notices and Consents to Join these proceedings on the putative collective action members by October 1, 2010;

    WHEREAS, Opt-In Plaintiffs Elliott Tupea, Mary Oestreich, Michael Crabtree, Robert Beasley and Donald Sims thereafter returned signed Consents to Join these proceedings, which Plaintiffs filed on their behalves;

    WHEREAS, Named Plaintiff Phyllis Davis and Opt-In Plaintiffs Elliott Tupea, Mary Oestreich, Michael Crabtree, Robert Beasley and Donald Sims now voluntarily seek to dismiss themselves with prejudice from the case;

    WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), Hershey and Plaintiffs hereby stipulate and agree that Phyllis Davis, Elliott Tupea, Mary Oestreich, Michael Crabtree, Robert Beasley and Donald Sims be dismissed with prejudice from this action, Case No. C 08-1862 BZ, with the Parties bearing their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: January 21, 2011.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER

By: /s/ Framroze M. Virjee
　　　　Framroze M. Virjee

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: January 21, 2011.

THE BRANDI LAW FIRM

By: /s/ Thomas J. Brandi
　　　　Thomas J. Brandi

Attorneys for Plaintiffs
JULIE CAMPANELLI, et al.

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 2 Jan '11

Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

LA3:1171489