UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., | |
| Plaintiff(s), | No. C 08-1862 BZ |
| v. | **ORDER RE DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS FROM COLLECTIVE ACTION** |
| THE HERSHEY COMPANY, | |
| Defendant(s). | |

Before me is defendant's motion to strike the following four opt-in plaintiffs from this collective action: Robert Beasley, Conni Smith, Michael Bain, and Sheryl Paxton (Docket No. 304). **IT IS ORDERED** as follows:

1. The Court finds no need for argument at this time and **VACATES** the hearing set for **February 2, 2011.**

2. Defendant's motion as to Beasley, is **DENIED AS MOOT.** On January 21, 2011, based on a stipulation by the parties, Beasley was dismissed with prejudice from this lawsuit (Docket No. 336).

3. Defendant's motion as to Smith and Bain, is **DENIED.** Assuming that defendant's motion to strike is the proper procedural mechanism to dismiss these plaintiffs from this

1

1 | collective action, defendant's concerns about Smith and Bain's
2 | inconsistent declarations are properly addressed through
3 | cross-examination at trial.
4 |     4.  Defendant's request to strike Paxton from this
5 | collective action is taken under submission so that
6 | plaintiffs' counsel may have additional time to contact their
7 | client.  Plaintiffs' counsel shall supplement their opposition
8 | with respect to Paxton by **February 10, 2011.**
9 | Dated: January 25, 2011

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Campanelli v. Hershey\Order re Defendant's Motion To Strike.wpd