

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Two Embarcadero Center, 28th Floor | NEW YORK |
| BRUSSELS | San Francisco, California  94111-3823 | SHANGHAI |
| CENTURY CITY | TELEPHONE  (415) 984-8700 | SILICON VALLEY |
| HONG KONG | FACSIMILE  (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

January 28, 2011

OUR FILE NUMBER
377,861-004

The Honorable Bernard Zimmerman
United States District Court,
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

WRITER'S DIRECT DIAL
(415) 984-8912

WRITER'S E-MAIL ADDRESS
akohsweeney@omm.com

Re: *Campanelli, et al. v. The Hershey Company,*
*Docket No. C-08-1862 BZ (N.D. Ca.)*

Judge Zimmerman:

This is to request the Court's approval for Framroze M. Virjee, one of defendant The Hershey Company's lead counsel in the above-referenced matter, to appear via CourtCall at the Status Conference scheduled for Monday, January 31, 2011, at 4:00 p.m.  On account of other commitments, Mr. Virjee will be in Washington, D.C. on January 31 and unable to attend the Status Conference in person.  Adam P. KohSweeney and the undersigned will attend the Status Conference in person on Hershey's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Chris A. Hollinger
of O'MELVENY & MYERS LLP
Counsel for Defendant The Hershey Company

CXH/wb

cc: Thomas J. Brandi, Esq.
    Brian J. Malloy, Esq.
    David C. Feola, Esq.
    (all via E-mail)

**GRANTED.** Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

[STAMP: GRANTED / Judge Bernard Zimmerman / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

SF1:812368.1

Dated: 1/28/2011