UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,

    Plaintiff(s),

v.

THE HERSHEY COMPANY,

    Defendant(s).

No. C 08-1862 BZ

**CORRECTED ORDER RE DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS FROM COLLECTIVE ACTION**

    Before me is defendant's motion to strike the following four opt-in plaintiffs from this collective action: Robert Beasley, Conni Smith, Michael Bain, and Sheryl Paxton (Docket No. 304). **IT IS ORDERED** as follows:

    1. The Court finds no need for argument at this time and **VACATES** the hearing set for **February 2, 2011.**

    2. Defendant's motion as to Beasley, is **DENIED AS MOOT.** On January 21, 2011, based on a stipulation by the parties, Beasley was dismissed with prejudice from this lawsuit (Docket No. 336).

    3. Defendant's motion as to Paxton and Bain, is **DENIED**. Assuming that defendant's motion to strike is the proper procedural mechanism to dismiss these plaintiffs from this

1

1 | collective action, defendant's concerns about Paxton's and
2 | Bain's inconsistent declarations are properly addressed
3 | through cross-examination at trial.
4 |     4.  Defendant's request to strike Smith from this
5 | collective action is taken under submission so that
6 | plaintiffs' counsel may have additional time to contact their
7 | client.  Plaintiffs' counsel shall supplement their opposition
8 | with respect to Smith by **February 10, 2011.**
9 | Dated: February 1, 2011

                        Bernard Zimmerman
                   United States Magistrate Judge

22 | g:\bzall\-bzcases\Campanelli v. Hershey\Order re Defendant's Motion To Strike.wpd