CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

FRAMROZE M. VIRJEE (S.B. #120401)
fvirjee@omm.com
MICHAEL W. GARRISON (S.B. #212647)
mgarrison@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
THE HERSHEY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JULIE CAMPANELLI, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　　　　Defendant. | Case No. C 08-1862 BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**<br><br>Judge:  Hon. Bernard Zimmerman |

1 WHEREAS, on January 12, 2011, Plaintiffs filed an Administrative Motion to File Exhibits in Support of Plaintiffs' Motion for Partial Summary Judgment Under Seal with respect to the following Exhibits: HH, II, JJ, and KK.

WHEREAS, on January 19, 2011, Defendant The Hershey Company filed the Declaration of Thomas Smuda and a Memorandum in Support of Plaintiffs' motion setting forth the basis to seal certain of the above-referenced exhibits, and withdrawing its "confidentiality" designations with respect to the balance of the above-referenced exhibits.

Compelling reasons appearing, IT IS THEREFORE ORDERED:

1. Exhibits II, JJ, and KK shall be sealed; and

2. Exhibit HH shall not be sealed, and accordingly shall become part of the public record.

Dated:  February 4, 2011       , 2011

_____
Hon. Bernard Zimmerman
Magistrate Judge
United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING MOTION TO
FILE EXHIBITS UNDER SEAL
NO. C 08-1862 BZ