UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al., )
                          )
         Plaintiff(s), )      No. C 08-1862 BZ
                          )
   v. )     **SECOND ORDER REGARDING**
                          )     **DEFENDANT'S MOTION TO STRIKE**
THE HERSHEY COMPANY, )
                          )
         Defendant(s). )
                          )
_____)

     Having received plaintiffs' supplemental opposition (Docket No. 369), **IT IS ORDERED** that defendant's motion to strike (Docket No. 304) opt-in plaintiff Conni Smith from this collective action is **DENIED**.

Dated: February 11, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Campanelli v. Hershey\Order re Defendant's Motion To Strike.wpd

1