```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   JULIE CAMPANELLI, et al.,    )
                                  )
12           Plaintiff(s),        )   No. C 08-1862 BZ
                                  )
13       v.                       )   ORDER RE EVIDENTIARY
                                  )   OBJECTIONS FOR PLAINTIFFS'
14   THE HERSHEY COMPANY,         )   PARTIAL SUMMARY JUDGMENT
                                  )   MOTION ON EXEMPTIONS
15           Defendant(s).        )
                                  )
16   _____)
```

17       There are two evidentiary objections before the Court in
18  connection with plaintiffs' motion for partial summary
19  judgment (Docket No. 315) regarding the outside sales and
20  administrative exemptions.
21       1.  Defendant has objected to plaintiffs submitting
22  exhibits in their reply that they did not submit in their
23  moving papers.  Docket No. 372.  The Court overrules this
24  objection with respect to exhibits that were not available at
25  the time plaintiffs filed their motion.  Defendant had an
26  opportunity to bring to the Court's attention any favorable
27  testimony from these witnesses when it filed its request to
28  take additional opt-in depositions (Docket No. 370) which the

1  Court has read.  Because the Court does not rely on
2  plaintiffs' other reply exhibits, defendant's objection is
3  overruled as moot.
4      2.  In its reply, plaintiffs have objected to defendant's
5  use of declarations from RSRs that the Court previously
6  struck.  <u>See</u> Docket No. 107.  The objection is overruled to
7  the limited extent that the Court relied on such declarations.
8  <u>See</u> footnote 8 of the Order Granting Plaintiffs' Motion for
9  Partial Summary Judgment.
10 Dated: February 23, 2011

                                    Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\SUMMARY JUDGMENT EVIDENTIARY OBJECTIONS.wpd