UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> THE HERSHEY COMPANY, ) <br> ) <br> Defendant(s). ) <br> ) | No. C 08-1862 BZ <br><br> **SCHEDULING ORDER** <br> **RE OVERTIME DAMAGES** |

For the reasons expressed at the status conference on February 28, 2011, **IT IS ORDERED** as follows:

1. By **March 10, 2011**, plaintiffs' counsel shall file a writing identifying which plaintiffs claim they reached a clear understanding with the defendant that their salary was intended to compensate them for a fixed number of hours, and not for any hours in excess of that number.[1]

---

[1] At this stage, the Court need not decide whether defendant was required to make a contemporaneous overtime payment to plaintiffs. The "starting point" is whether the plaintiffs' wage was intended to compensate them for any and all hours they worked in a week or for some other fixed number of hours and nothing more. See Urnikis-Negro v. American Family Property Services, et al., 616 F.3d 665, 681 (7th Cir. 2010).

1

2. Once the Court knows the number of plaintiffs who claim such an understanding, it will decide whether this issue can be resolved at trial, or by a special master following trial.

3. Defendant will be permitted to take discovery on this issue with respect to such plaintiffs. The parties are ordered to meet and confer as soon as possible to determine how this discovery shall proceed. If the parties cannot reach an agreement, they shall notify the Court and submit separate proposals for taking this discovery by **March 10, 2011**.

Dated: March 1, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\SCHEDULING ORDER RE OVERTIME DAMAGESbz.wpd

2