UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,        )
                                 )
          Plaintiff(s),          )    No. C 08-1862 BZ
                                 )
     v.                          )
                                 )    **ORDER RE TRIAL**
THE HERSHEY COMPANY,             )
                                 )
          Defendant(s).          )
                                 )
_____)

In review of the shortened trial, the Court is considering starting the trial on **Monday, April 25, 2011**. The parties should be prepared to discuss this at the pretrial conference.

Dated: March 10, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE TRIAL.wpd

1