1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JULIE CAMPANELLI, et al.,    )
                                 )
12            Plaintiff(s),      )        No. C 08-1862 BZ
                                 )
13        v.                     )
                                 )        **ORDER RE CALIFORNIA**
14  THE HERSHEY COMPANY,         )        **OPT-IN PLAINTIFFS**
                                 )
15            Defendant(s).      )
                                 )
16  _____)

17       Having received defendant's request for a telephonic

18  conference (Docket No. 391), and reviewed the parties' letters

19  regarding the dispute, I find that a conference is

20  unnecessary.  California opt-in plaintiffs appeared in this

21  action by filing their consent to join form in which they

22  notified defendant they were asserting both their federal and

23  California overtime claims and agreed to be bound by any

24  judgment on these claims.  Docket No. 163-2.  To the extent

25  that defendant claims it was not aware that California opt-in

26  plaintiffs were also asserting their state claims, it could

27  have asked for further clarifying language in the opt-in form

28  or it could have objected when all California opt-in

                                  1

1   plaintiffs moved for summary judgment on their California and

2   federal overtime claims.   Docket No. 315 at 1.   Objecting on

3   the eve of trial is untimely.

4       Defendant's reliance on <u>Luna v. Del Monte</u> is misplaced.

5   2009 WL 4801357 (N.D.Ga. 2009).   <u>Luna</u> did not hold that before

6   an opt-in plaintiff can assert a state claim, "he or she must

7   first become full parties to the action by amending the

8   complaint to assert their individual claims."   Doc. 391-2, at

9   p.6.   <u>Luna</u> merely granted a joinder motion and a motion to

10  amend.   Many of the reasons for permitting plaintiffs to

11  proceed in <u>Luna</u> apply here: "The opt-in plaintiffs are already

12  participating in the case as FSLA claimants.   Defendant has

13  been aware of their identity and their potential claims. .

14  .for months."   <u>Id.</u> at *3.

15      **IT IS THEREFORE ORDERED** that both federal and state

16  claims of California opt-in plaintiffs are properly before the

17  Court.

18  Dated:   March 10, 2011

19  _____

20              Bernard Zimmerman
        United States Magistrate Judge

21

22  G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE CA OPT-IN PLAINTIFFS.wpd

23

24

25

26

27

28