UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al., ) | |
|     Plaintiff(s), ) | No. C 08-1862 BZ |
|   v. ) | |
| THE HERSHEY COMPANY, ) | **ORDER RE STIPULATION CONTINUING TRIAL DATE** |
|     Defendant(s). ) | |

In view of the parties' stipulation, **IT IS ORDERED** that the trial shall commence on **Monday, April 25, 2011**. Whether the trial will last ten court days depends on whether the Court is convinced at the pretrial conference that this much time is required. The parties should expect time limits.

The pretrial conference remains scheduled for **April 5, 2011** inasmuch as the Court is unavailable the following the week. All the pretrial deadlines remain (Docket No. 387) in effect.

Dated: March 11, 2011

                                Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER GRANTING STIP RE TRIAL DATE.wpd