UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>       Defendant(s). | No. C 08-1862 BZ<br><br>**ORDER CONTINUING<br>APPROVAL HEARING** |

At the request of the parties, the hearing scheduled for Wednesday, April 6, 2011 is **continued** to **Wednesday, May 4, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall file their settlement papers by **April 20, 2011.**

Dated: April 5, 2011

                           Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORD CONTINUING APPROVAL HEARING.wpd

1