UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.,          )
                                   )
            Plaintiff(s),          )        No. C 08-1862 BZ
                                   )
    v.                             )
                                   )        **ORDER RE APPROVAL HEARING**
THE HERSHEY COMPANY,               )
                                   )
            Defendant(s).          )
                                   )
_____)

**IT IS HEREBY ORDERED** that by **noon, May 2, 2011**, plaintiff shall:

1. File a list of any plaintiffs who have objected to the settlement or have refused to sign the "consent to collective action settlement."

2.  If there are any such plaintiffs, provide authority for the proposition enumerated in paragraph 26d and 28 of the settlement agreement that this Court can bind objecting plaintiffs or refusing plaintiffs to the terms of the settlement.

Dated: April 27, 2011

                            Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPANELLI V. HERSHEY\ORDER RE APPROVAL HEARING.wpd

1