| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP<br>REBECCA EISEN, SBN 96129 |
| 2 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 3 | Telephone: 415.442.1000; Facsimile:<br>415.442.1001<br>E-mail: reisen@morganlewis.com |
| 4 | MORGAN, LEWIS & BOCKIUS LLP |
| 5 | MICHAEL J. PUMA (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103 |
| 6 | Telephone: 215.963.5000; Facsimile:<br>215.963.5001 |
| 7 | Email: mpuma@morganlewis.com |
| 8 | *Counsel for Defendant, The Hershey<br>Company* |

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: 415.989.1800; Facsimile:
415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (admitted *pro hac vice*)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Telephone: 303.674.7000; Facsimile:
303.382.4685
E-mail: David @Feolalaw.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | RYAN ZULEWSKI, JOHN DAVIS, ALEX<br>LANGAN, NICHOLAS ESPOSITO, BRANDON<br>TURNER, SHARRELL FISHER, JAY COOK,<br>MARKESSA CARTER, RACHEL ECKROTH,<br>CHRISTINA TYSON, SHANE HUEY,<br>DOMINICK IPPOLITO, ROBERT CHURNEY,<br>HARRY KLOS, CONSTANCE COLE,<br>BRITTANY DANGERFIELD, TRACY DEBUS,<br>TERESA FLORES, CASSANDRA HALE,<br>BRETT KITTERMAN, AMY KRAMER, CHRIS<br>LANDERS, KIMBERLY LEKARCYK, TYLER<br>MCKENZIE, ANDREW MEEK, DAVID<br>RISSER, SUSAN SPOHN, MIKE THOMPSON,<br>YOLANDA TURNER, JENNA VERRASTRO,<br>ERIN WADLEY, ANDREA GREENWAY<br>SMITH, BRENT BRUST, AMAR ANDERSON,<br>SHANNON YOUNG, JESSICA JOHNSON,<br>CHRISTINA LEE, JOHN FINERTY, BRADLEY<br>RICHARDSON, ASHLEY GATES, VANESSA<br>PIANALTO, ZACHARY MITCHELL,<br>RODERICK BELL, BRITTNEY SELLERS,<br>PATRICIA GENARD, JESSICA GERSTNER,<br>CATHY ADDAMAN, SCOTTIE WELLS,<br>MICHAEL STEWART, SHERYL PAXTON,<br>DARRIN McGOWAN, KANDI FRANKLIN,<br>BRODIE BOILARD, and STEPHANIE<br>RIPBERGER on their own behalf and on behalf<br>of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, Defendant. | Case No. 3:11-CV-05117 NC<br><br>**JOINT STIPULATED REQUEST FOR<br>ORDER EXTENDING TIME<br>PURSUANT TO CIVIL L.R. 6-2 FOR<br>DEFENDANT TO REPLY IN<br>FURTHER SUPPORT OF ITS MOTION<br>TO DENY CLASS CERTIFICATION** |

1    Defendant The Hershey Company ("Defendant") and Plaintiffs Ryan Zulewski, John

2  Davis, Alex Langan, Nicholas Esposito, Brandon Turner, Sharrell Fisher, Jay Cook, Markessa

3  Carter, Rachel Eckroth, Christina Tyson, Shane Huey, Dominick Ippolito, Robert Churney, Harry

4  Klos, Constance Cole, Brittany Dangerfield, Tracy DeBus, Teresa Flores, Cassandra Hale, Brett

5  Kitterman, Amy Kramer, Chris Landers, Kimberly Lekarcyk, Tyler McKenzie, Andrew Meek,

6  David Risser, Susan Spohn, Mike Thompson, Yolanda Turner, Jenna Verrastro, Erin Wadley,

7  Andrea Greenway Smith, Brent Brust, Amar Anderson, Shannon Young, Jessica Johnson,

8  Christina Lee, John Finerty, Bradley Richardson, Ashley Gates, Vanessa Pianalto, Zachary

9  Mitchell, Roderick Bell, Brittney Sellers, Patricia Genard, Jessica Gerstner, Cathy Addaman,

10  Scottie Wells, Michael Stewart, Sheryl Paxton, Darrin McGowan, Kandi Franklin, Brodie

11  Boilard, and Stephanie Ripberger ("Plaintiffs"), by and through their respective counsel, request

12  an order extending the time for Defendant to reply in further support of its Motion to Deny Class

13  Certification pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California, as

14  follows:

15    1.    WHEREAS, on December 29, 2011, Plaintiffs filed an Amended Complaint in

16  their action against Defendant in the United States District Court for the Northern District of

17  California, Case No. 3:11-CV-05117, entitled *Zulewski, et al. v. The Hershey Company*;

18    2.    WHEREAS, on January 6, 2012, the parties filed a Stipulation to Extend

19  Defendant's Deadline to Respond to Plaintiffs' Amended Complaint until January 20, 2012,

20  pursuant to Civil Local Rule 6-1(a);

21    3.    WHEREAS, on January, 20, 2012, Defendant filed its Answer and Affirmative

22  Defenses to Plaintiffs' Purported Amended Collective and Class Action Complaint;

23    4.    WHEREAS, on January 20, 2012, Defendant also filed its Motion to Deny Class

24  Certification;

25    5.    WHEREAS, on February 3, 2012, Plaintiffs filed their Opposition to Defendant's

26  Motion to Deny Class Certification;

27    6.    WHEREAS, pursuant to Civil Local Rule 7-3(c), Defendant's Reply in Further

28  Support of its Motion to Deny Class Certification by default would be due on February 10, 2012;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATED REQUEST FOR
ORDER EXTENDING TIME
(CASE NO.: 3:11-CV-05117 BZ)

1    7.    WHEREAS, the parties have discussed and agreed to an extension until February

2    21, 2012, for Defendant to reply in further support of its Motion to Deny Class Certification;

3    8.    WHEREAS, this extension is requested because of a death in the family

4    experienced by the principal drafter of Defendant's motion and anticipated reply;

5    9.    WHEREAS, Defendant's Motion to Deny Class Certification is noticed for April

6    4, 2012; and

7    10.    WHEREAS, this extension will not alter the date of any event or any deadline

8    already fixed by Court Order or the date of the hearing on the Motion;

9    THEREFORE, the parties respectfully request that Defendant have until February 21,

10   2012, to file its Reply in Further Support of its Motion to Deny Class Certification.

11

12   Dated: February 6, 2012          MORGAN LEWIS & BOCKIUS, LLP

13                                    By: /s Michael J. Puma

14                                        Michael J. Puma

15                                    *Counsel for Defendant, The Hershey Company*

16                                    THE BRANDI LAW FIRM

17                                    By: /s Thomas J. Brandi

18                                        Thomas J. Brandi

19                                    *Counsel for Plaintiffs*

20
     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21

22   DATED: 7 Feb 2012

23                                        Zimmerman, J.

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2          JOINT STIPULATED REQUEST FOR
           ORDER EXTENDING TIME
           (CASE NO.: 3:11-CV-05117 BZ)