THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Pro hac vice application pending*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZULEWSKI, et al., | ) Case No.: 3:11-cv-05117 |
| Plaintiffs, | ) **REQUEST FOR COURT CALL APPEARANCE** |
| v. | ) |
| THE HERSHEY COMPANY, | ) |
| Defendant. | ) |

Plaintiffs' counsel, Thomas J. Brandi and Brian J. Malloy, hereby request permission to appear by telephone at the March 7, 2012 case management conference.  Both Mr. Brandi and Mr. Malloy have a trial beginning on February 27, 2012 in Humboldt County, California that will last approximately two weeks. The trial day lasts from 8:30 to 12:00, so Plaintiffs' counsel will be available for the 4:00 p.m. starting time on March 7, 2012.

Dated:  February 13, 2012        THE BRANDI LAW FIRM

                                 By:  /s/ Brian J. Malloy
                                           Brian J. Malloy

                                 Attorneys for Plaintiffs



DATED:  2/16/2012

REQUEST IS GRANTED - NO OPPOSITION.