UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZULEWSKI, et al., | ) |
| Plaintiff(s), | ) No. C11-5117 BZ |
| v. | ) |
| THE HERSHEY COMPANY, | ) **BRIEFING ORDER** |
| Defendant(s). | ) |

In accordance with the instructions provided to the parties during the status conference held on February 29, 2012, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendants shall file a brief of no longer than 5 pages on or before **March 7, 2012** addressing the issue of whether employees who do not opt in to a collective action are permitted to file successive collective actions under 29 U.S.C. § 216(b), and thus, whether the court is permitted to send out an additional notice to members of the collective class;

2. Plaintiffs shall file a reply brief of no longer than 5 pages on or before **March 14, 2012** addressing the same issue;

1

      3.   Plaintiffs' motion for summary judgment is taken off calendar;

      4.   Discovery is open and the parties are permitted to proceed with discovery under the applicable Federal Rules of Civil Procedure;

      5.   The status conference set for March 7, 2012 is hereby **VACATED**.

Dated: February 29, 2012

                                Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\ZULEWSKI V. THE HERSHEY CO\BRIEFING ORDER.wpd

2