UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZULEWSKI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> THE HERSHEY COMPANY, <br><br> Defendant(s). | No. C11-5117 BZ <br><br> **ORDER FOR NOTICE** |

**IT IS HEREBY ORDERED** that defendant's objections to the scope of notice are **OVERRULED**. **IT IS FURTHER ORDERED** that notice in this case shall be sent to all (1) RSRs in California, irrespective of whether they were sent notice of Campanelli; (2) RSRs nationwide who were not sent notice of Campanelli because they became part of the conditional class in Campanelli after notice in that case had already been sent; and (3) RSRs who were employed in that position at the time that the Campanelli notice was sent, and who remained employed as RSRs through January 1, 2012.  The parties shall agree to a process for giving notice, and submit a proposed stipulation and order to that effect, by April 20, 2012.  If they cannot

1

1  agree, each side shall submit its form of proposed notice and
2  order for the giving of notice, by April 23, 2012 and the
3  Court will issue its own order.
4  Dated: April 13, 2012

   _____
   Bernard Zimmerman
   United States Magistrate Judge

G:\BZALL\-BZCASES\ZULEWSKI V. THE HERSHEY CO\ORDER RE PROCESS OF SERVICE.wpd

2