**Michael J. Puma, Esquire**
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

**Thomas J. Brandi, Esquire**
THE BRANDI LAW FIRM
345 Pine Street, Third Floor
San Franciscio, CA 94104

**GRANTED**
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

**VIA ECF**

April 16, 2012

The Honorable Bernard Zimmerman
United States District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom C - 15th Floor
San Francisco, CA 94102

Re: *Zulewski et al. v. Hershey*, Docket No. 3:11-CV-05117 BZ

Dear Judge Zimmerman:

The parties in the above-referenced matter write to Your Honor jointly to request a 90-day extension of the time period in which to complete ADR in this matter, which is currently set to expire today. As the Court is already aware, the parties currently have a mediation scheduled for June 4, 2012. A 90-day extension of the ADR deadline would allow the parties to complete their mediation on the scheduled date if possible or, if necessary, to reschedule the mediation for a date in late June or early July after the period allowed for individuals to opt into this action has passed. For these reasons, the parties respectfully request a 90-day extension of the deadline to complete ADR in this matter.

/s Michael J. Puma

Michael J. Puma
Attorney for Defendant

/s Thomas J. Brandi

Thomas J. Brandi
Attorney for Plaintiffs