| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>REBECCA EISEN, SBN 96129<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: 415.442.1000; Facsimile: 415.442.1001<br>E-mail: reisen@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>MICHAEL J. PUMA (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000; Facsimile: 215.963.5001<br>Email: mpuma@morganlewis.com<br><br>*Counsel for Defendant, The Hershey Company* | THE BRANDI LAW FIRM<br>THOMAS J. BRANDI, SBN 53208<br>BRIAN J. MALLOY, SBN 234882<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>Telephone: 415.989.1800; Facsimile: 415.707.2024<br>E-mail: tjb@brandilaw.com<br><br>HOBAN & FEOLA, LLC<br>DAVID C. FEOLA (admitted *pro hac vice*)<br>1626 Wazee Street, Suite 2A<br>Denver, Colorado 80202<br>Telephone: 303.674.7000; Facsimile: 303.382.4685<br>E-mail: David @Feolalaw.com<br><br>*Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RYAN ZULEWSKI, JOHN DAVIS, ALEX LANGAN, NICHOLAS ESPOSITO, BRANDON TURNER, SHARRELL FISHER, JAY COOK, MARKESSA CARTER, RACHEL ECKROTH, CHRISTINA TYSON, SHANE HUEY, DOMINICK IPPOLITO, ROBERT CHURNEY, HARRY KLOS, CONSTANCE COLE, BRITTANY DANGERFIELD, TRACY DEBUS, TERESA FLORES, CASSANDRA HALE, BRETT KITTERMAN, AMY KRAMER, CHRIS LANDERS, KIMBERLY LEKARCYK, TYLER MCKENZIE, ANDREW MEEK, DAVID RISSER, SUSAN SPOHN, MIKE THOMPSON, YOLANDA TURNER, JENNA VERRASTRO, and ERIN WADLEY, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:11-CV-05117 ~~NC~~ BZ<br><br>**[PROPOSED] ORDER REGARDING MAILING OF CORRECTED NOTICES** |

Subject to the parties' Stipulation Regarding Mailing of Corrected Notices, IT IS

HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs SHALL re-mail Notice to those 420 putative collective action members who were sent Notice at their address with the incorrect name, and to the two newly identified

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER REGARDING MAILING
OF CORRECTED NOTICES
(NO.: 3:11-CV-05117 BZ)

individuals.

2.  Defendant SHALL pay the costs of mailing the second Notice.

3.  The opt-in period SHALL be extended by two weeks, through and including July 13, 2012, for individuals being sent the second Notice.

4.  The FLSA and California claims SHALL be tolled for two weeks for putative collective action members who are sent the second Notice and who timely opt into this action.

5.  A corrective insert SHALL be included with the second Notice containing the following language:

> Dear [NAME]:
>
> Enclosed is a corrected version of the Notice previously sent to you regarding the <u>Zulewski, et al. v. The Hershey Company</u> matter.  The initial Notice you received was sent to this address, but it contained an incorrect name due to a clerical error by Hershey's counsel that was not attributable to any of the Plaintiffs or their counsel and that resulted in Notices being sent to a present or former RSR's address that were addressed to the incorrect RSR.  The substance of the enclosed Notice is the same as the initial Notice you received with three exceptions: (1) your name has been corrected in the enclosed Notice, (2) as a result of the re-mailing of the Notice to you, the June 30 deadline for you to respond to the Notice if you wish has been extended to July 13, and (3) if you opt-in to the case, the parties have agreed that the limitation period will be extended by two weeks due to these errors.

6.  Plaintiffs SHALL file the consent to join forms on ECF as they arrive.

DATED: June 5, 2012

Zimmerman, J.



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER REGARDING
MAILING OF CORRECTED NOTICES
(NO.: 3:11-CV-05117 BZ)